# UNION COUNTY, ARKANSAS

Contract for

## HEALTHCARE PERSONNEL AND ADMINISTRATION

### At the

## UNION COUNTY DETENTION CENTER

**For the**

UNION COUNTY SHERIFF'S OFFICE
**Ricky Roberts, Sheriff**

250 American Road
El Dorado, AR 71730


Exhibit
A

This Contract is entered into between Union County, Arkansas on behalf of the Union County Sheriff's Office ("Agency") and Turn Key Health Clinics, LLC ("Contractor"). The purpose of this Contract is to contract for the Healthcare Personnel and Administration at the Union County Detention Center in El Dorado, Arkansas (herein called the "Facility") under the terms and conditions detailed in the Contract.

# I. DUTIES AND RESPONSIBILITIES OF THE CONTRACTOR

## 1.1 SCOPE OF CONTRACT

The Contractor shall be the supplier and/or coordinator of the health care delivery system at the Facility, as set forth herein. The Contractor shall be responsible for medical care for all inmates (except Work Release inmates who shall, when in the Facility, receive only emergency care from the provider) at the Facility up to the limits described in this Contract. The responsibility of the Contractor for the medical care of an inmate commences with the commitment of the inmate to the custody of the Facility and ends with the release of the inmate.

## 1.2 INSURANCE

The Contractor will carry professional liability insurance in minimum amounts of One Million Dollars ($1,000,000.00) per occurrence and Three Million Dollars ($3,000,000.00) in the aggregate annually during the entire term and any renewal term of this Contract.

## 1.3 COMPLIANCE WITH APPLICABLE LAW

The Contractor will comply with the standards set forth by the Arkansas Department of Health and Jail Standards for the State of Arkansas for the duration of the term of this Agreement with the Agency.

## 1.4 CONTRACTOR COOPERATION

All The Contractor personnel, including the personnel of its subcontractors and agents, will be subject to security background checks and clearances by the Agency. In each instance, the individual and the Contractor will provide such cooperation as may be reasonably required to complete the security check. The Agency agrees to perform such security checks in a timely manner and not unduly delay such checks.

## 1.5 PHARMACEUTICAL

The Contractor shall provide for pharmaceutical management services to assure the availability of prescribed medications within a reasonable time period of the order of issue being written except where such medications are not readily available in the local community. In order to facilitate the timely administration of medications, the Agency agrees to allow the use of an inmate's home medication, as appropriate, upon the verification of the medication by Contractor personnel.

The Contractor shall provide a method for the recording of the administration of medications by Agency and/or Contractor personnel on a pre-approved form that includes documentation of the

fact that inmates are receiving and ingesting their prescribed medications. Medication administration and medication documentation training shall be made available for Agency staff, upon request, for times when Contractor personnel are not at the Facility to administer medications.

The Contractor will negotiate discounted rates with a pharmacy licensed in the State of Arkansas. The Agency will be responsible to pay the costs of all pharmaceutical as required by current applicable law.

## 1.6 HOSPITALIZATION, OFF-SITE SERVICES AND SPECIALTY CARE

The Contractor will arrange for hospitalization, off-site (outside the Facility) services, and specialty care for inmates who, in the opinion of the treating provider and/or the medical director, require treatment beyond what is provided at the Facility. Costs for such services shall be the responsibility of the Agency. Nothing in this Subsection shall prevent or impede the Agency from transporting inmates whom the Agency determines, in its own discretion, to require emergent medical treatment outside of the Facility.

## 1.7 LABORATORY AND RADIOLOGY SERVICES

The Contractor shall arrange laboratory and radiology services to be performed on-site (within the Facility) to the extent reasonably practicable. The Contractor shall make appropriate off-site arrangements for required laboratory and radiology services that cannot be rendered on-site. The Contractor will arrange and coordinate with the Sheriff's Office for the transportation for such off-site services. Costs for such services shall be the responsibility of the Agency.

## 1.8 TRANSPORTATION

The cost of emergency medical transportation will be considered an off-site service. Costs for such services shall be the responsibility of the Agency. All other non-emergent transportation relating to the provision of health services shall be the responsibility of the Agency.

## 1.9 FINANCIAL LIABILITY FOR NON-CONTRACTOR SERVICES

All financial liability for hospitalizations, inmate transportation, off-site medical care, diagnostic services, specialty consultation and services, dental services, specific medications, required prosthesis, and individual medical devices shall be the responsibility of the Agency.

## 1.10 INMATES FROM OTHER JURISDICTIONS

The Contractor will provide on-site services for inmates incarcerated at the Facility for the Arkansas Department of Corrections, Arkansas municipalities, the U.S. Marshals, the Federal Bureau of Prisons, and/or other custodial jurisdictions. However, hospitalizations, off-site services, specialty services, and pharmaceutical costs associated with inmates from other jurisdictions shall not be the responsibility of the Contractor. The Contractor shall promptly notify the Jail Administrator for any needed pharmaceutical, specialty service or off-site services for such inmates and shall provide documentation of required treatment to the custodial jurisdiction as requested. Upon receipt, the Contractor shall submit all related bills to the Agency

for appropriate processing.

## 1.11 IMMUNITY FROM LIABILITY

The Contractor agrees to indemnify and to hold the Agency harmless for, from, and against claims, suits, reasonable attorney's fees, damages, or injuries to persons or property or other liabilities arising out of the sole negligence of the Contractor or the Contractor's personnel to properly provide medical care or administration pursuant to the terms of this Contract; including but not limited to claims for violation of privacy, medical malpractice, governmental enforcement or remedial actions, federal or state discrimination claims and tort actions.

Immunity from liability and/or indemnity shall not extend to the Agency for the actions, omission of action, neglect, the prevention of any person from receiving medical care, or the lack of personnel training, by the Agency or any Agency personnel or agents.

The Contractor shall not be responsible for any claims arising from the negligence or torts on the part of the Agency or any Agency personnel or agents in promptly and/or accurately presenting a person to the appropriate Contractor's personnel or independent contractors if it should have been reasonably known that the individual was in need of medical attention, or in denying Contractor or its personnel access to treat any such individuals in need of medical attention. The Contractor shall not be responsible for the failure of the Agency or Agency personnel or agents to obtain emergency medical care in the event that Contractor personnel are not available at the Facility.

The Agency shall hold harmless the Contractor and the Contractor's officers and personnel against any loss or damage, including attorney's fees or other litigation costs, caused or necessitated by the sole negligence of the Agency, Agency employees and agents, and/or other vendors which is related to medical treatment or care.

The terms and provisions of this Section 1.11 shall survive the termination of this Contract.

## 1.12 THIRD PARTY PAYORS

The Contractor shall assist with obtaining private health insurance information, whenever possible, to help ensure claims are billed appropriately for applicable off-site and specialty care medical expenses. However, in no event shall any patient be denied access to appropriate medical care due to a lack of insurance coverage, nor shall insurance coverage and/or a patient's financial condition be taken into consideration when rendering medical care or in the exercise of medical decision-making by the Contractor or its personnel.

## 1.13 INMATE MEDICAL FEE FOR SERVICE SYSTEM

The Contractor and Agency may implement an inmate fee for medical services program for medical encounters as directed by the Agency. Any inmate charges will be established by the Agency in accordance with Arkansas State Statutes. Fees for services shall be collected directly by the Agency and will be utilized by the Agency. The Contractor will not be responsible to collect any of the fees from the inmates.

4

## 1.14 NEGOTIATION OF DISCOUNTS

The Contractor shall use its best efforts to negotiate discounts for medical services and pharmaceuticals. The Agency will be allowed to use the contractual discounts negotiated by the Contractor.

## 1.15 PERSONNEL RECORD KEEPING

The Contractor shall, upon request, provide to the Agency proof of licenses and/or certificates for all Contractor professional staff. Personnel files of Contractor's employees assigned to the Facility shall be maintained at Contractor's corporate office and shall be available to the Agency upon written request.

## 1.16 HEALTHCARE PERSONNEL SERVICES PROVIDED

All medical and mental health personnel providing services through the Contractor under this Contract shall be the employees and/or agents of the Contractor and not of the Agency. Such individuals shall hereby be referred to as the "Healthcare Personnel." All wages, worker's compensation, insurance, benefits, vacations, and claims of any kind relating to the Healthcare Personnel provided by the Contractor shall be the sole responsibility of the Contractor and not of the Agency. Healthcare Personnel associated with the terms of this contract shall not include employees and/or agents of the Agency.

1. The Contractor shall provide medical unit coverage to include:

   a. **Up to seventy-seven (77) hours a week (11 hours a day / 7 days a week) of Nursing Services (RN, LPN, etc.);**
   b. **Up to one (1) physician or midlevel provider (ARNP or PA) onsite or telemedicine patient clinic per week, granted capabilities are made available for such services by the Facility;**
   c. **A physician or midlevel provider who will provide 24 hours a day, seven days a week, EMERGENCY on-call coverage for consultation on an as needed basis.**

2. The Healthcare Personnel shall perform intake screenings while at the Facility. Intake screenings performed by detention staff while Healthcare Personnel are not at the Facility shall be reviewed by Healthcare Personnel within forty-eight hours of being conducted. Inmates identified with significant health concerns will be scheduled for follow-up care, as appropriate.

3. Healthcare Personnel shall administer medications, as prescribed, while at the Facility;

4. Healthcare Personnel shall conduct sick call triage and follow-up, as indicated; and

5. Healthcare Personnel shall provide appropriate and timely response to medical needs and emergencies during regularly scheduled hours at the Facility.

## 1.17 SATISFACTION WITH HEALTHCARE PERSONNEL

In recognition with the sensitive nature of the Facility's operation, if the Agency becomes dissatisfied with any member of the Contractor's Healthcare Personnel, the Agency shall provide Contractor written notice of such dissatisfaction and the reason(s) therefore. Following receipt of such notice, Contractor shall use reasonable efforts to resolve the dissatisfaction. If the problem is not resolved to the satisfaction of the Agency within ten (10) business days following the Contractor's receipt of the notice, Contractor shall remove the individual from providing services at the Facility within a reasonable timeframe considering the affects of such removal on Contractor's ability to deliver healthcare services and recruitment/hiring of an acceptable replacement.

## 1.18 POLICIES AND PROCEDURES / PROTOCOLS

A written manual of the Agency and Contractor's standardized policies and defined procedures will be available at all times for the Contractor's personnel. The Contractor's nursing protocols shall be devised and approved by a physician licensed in the State of Arkansas. Policies and procedures and nursing protocols will be reviewed and revised as necessary.

## 1.19 NON-INMATE HEALTH SERVICES

Non-inmate health services shall be provided in the form of emergency care for Facility staff and visitors for the purpose of stabilizing the condition and arranging for transport. Emergency services include first aid, assessment, stabilization and the coordination of transport of employees or visitors who become ill or injured in the Facility.

The Contractor shall make available the Hepatitis B vaccination program and annual Tuberculosis Skin Testing (TST) for all Facility staff as requested by the Sheriff. However, the Agency will bear the cost of the vaccine and serum.

## 1.20 EMERGENCY ASSISTANCE

The Contractor shall, in times of emergency or threat thereof, whether accidental, natural or man-made, provide medical assistance to the Facility to the extent or degree required by policies and procedures.

## 1.21 TESTIFYING IN COURT

The Contractor personnel shall be aware that they might, from time to time, be subpoenaed to testify in court or at a deposition regarding medical treatment. The Contractor will keep the Agency informed of any and all requests.

## 1.22 MEDICAL RECORDS REQUIREMENTS

An electronic health record consistent with state regulations and community standards of practice shall be maintained for each inmate held beyond the first appearance in court for services rendered following the inmate's assignment to a housing area. These records shall be kept separate from the jail confinement records of the inmate on a server designated and owned by the

Agency.

In any case where medical care is at issue, or in any criminal or civil litigation where the physical or mental condition of an inmate is at issue, the Contractor shall make accessible to the Agency such records and, upon request, provide copies. The Contractor additionally acknowledges compliance with and understanding of all applicable HIPAA requirements as they apply to correctional facilities.

The Contractor acknowledges and agrees that all records prepared or acquired by the Contractor during performance of services under the Contract are the property of the Union County Sheriff's Office. The Contractor shall be considered the records custodian during the duration of the Contract. Upon the termination of this Contract, all inmate medical records shall remain in the care and custody of the Agency. Inactive medical records will be maintained in accordance with the laws of the State of Arkansas.

The Contractor shall be responsible for costs associated with leasing and/or maintenance of the electronic health record software program. However, all costs associated with computer hardware and server maintenance and/or replacement and software other than the electronic health record program shall be the responsibility of the Agency.

## II. DUTIES OF AGENCY

### 2.1 MONTHLY REIMBURSEMENT FOR SERVICES

The reimbursement for the Contract shall be paid by the Agency to the Contractor on a monthly basis. The monthly reimbursement shall be in the amount of Eighteen Thousand, Three Hundred Seventy-Seven Dollars and Zero Cents ($18,377). All monthly reimbursements shall be eligible to be pro-rated for any partial months and subject to any reconciliation as applicable.The first payment for the month of August 2021 shall be paid to the Contractor by the 1st day of September 2021 for the services administered in the month of August. All subsequent payments shall be paid in the full amount by the Agency to the Contractor by the 1st day of each month for services rendered the previous month.

This Agreement shall cover services provided by the Contractor for the Agency with a facility average daily population (ADP) up to two hundred fifteen (215) inmates. The ADP will be calculated as the monthly total for all inmates in the jail at 8:00am each day divided by the number of days in that month. Should the ADP exceed 215 inmates for three consecutive months, the Agency agrees to renegotiate the terms of the Contract in good faith.

The Contract shall be subject to an annual increase for the reimbursement for services in the amount of 2.80% beginning August 2022 and each subsequent year thereafter.

### 2.2 USE OF FACILITY, EQUIPMENT AND SUPPLIES

The Agency shall be responsible for providing the non-exclusive use and access to certain office equipment (phones, computers, etc.), office supplies (chart folders, pens, paper, etc.) durable medical equipment (exam tables, sinks, cabinets, etc.), internet connectivity, and phone service required for the administrative operation of the medical unit. Agency agrees that the Contractor

will be provided appropriate space in the Facility to perform all required duties and that the Contractor will be allowed use of the medical office areas, medical equipment, and medical supplies currently at the facility at the initiation of services.

In the event additional durable office or medical equipment needs to be purchased, or existing equipment needs to be repaired, it will be the Agency's responsibility to purchase/repair the required equipment, and it will be owned by the Agency. Provided that, the Contractor shall provide and bear the cost of standard disposable medical supplies, as well as the following: exam table, exam light, vital station, desk, fax machine, copy machine, file cabinets, and other office furniture.

## 2.3 MEDICAL WASTE

The Agency shall be responsible to arrange for the disposal of medical waste, including infectious or hazardous medical waste. The material must be removed from the Facility and disposed of as regulated by federal, state and local laws. Costs for such services shall be the responsibility of the Agency.

## III.  CONTRACT TERM

The term of this Contract shall commence on August 1, 2021 and will continue through July 31, 2022. The Contract shall then be eligible for indefinite annual renewals upon mutual agreement of both parties.

## IV. CONTRACT TERMINATION

### 4.1 TERMINATION FOR CAUSE

If either party fails to fulfill its obligations under the Contract in a timely proper manner, or if either party violates any material covenant, agreement, or stipulation of the Contract, the aggrieved party shall thereupon have the right to terminate the Contract by giving written notice of termination to the other party, which such notice shall be given not less than thirty (30) calendar days prior to the stated effective date of termination. The notice shall specify the effective date of the termination, and the reasons therefore, unless the party to whom notice is given cures the breach to the satisfaction of the party giving notice prior to the effective date of termination.

### 4.2 TERMINATION FOR COVENIENCE

The Agency or the Contractor may terminate the Contract out of convenience at any time by giving written notice to the Contractor of termination, which such notice shall be given not less than ninety (90) calendar days prior to the stated effective date of termination.

### 4.3 PAYMENT UPON TERMINATION

Upon termination of this Contract for any reason, prior to the end of the then existing term, the Contractor will be paid up to the effective termination date such sums and expenses, prorated as necessary, in accordance with those monthly fees described in paragraph 2.1.

## 4.4 PROPERTY UPON TERMINATION

All health records, Agency policies and procedures, and Agency manuals shall be the property of the Agency and, at the termination of the Contract, shall remain the property of the Agency without further obligation.

## V.   GENERAL TERMS AND CONDITIONS

## 5.1 ALTERATIONS TO CONTRACT

Any alterations, variations, modifications, or waivers of the provisions of the Contract will be valid only if they are reduced to writing, agreed upon by the parties, and attached to the original Contract.

## 5.2 FORCE MAJEURE

Neither party shall be liable in damages or have the right to terminate this Agreement for any delay or default in performing hereunder if such delay or default is caused by conditions beyond its control including, but not limited to Acts of God, Government restrictions (including the denial or cancellation of any export or other necessary license), wars, insurrections and/or any other cause beyond the reasonable control of the party whose performance is affected.

## 5.3 INDEPENDENT CONTRACTOR STATUS

It is mutually understood and agreed, and it is the intent of the parties hereto that an independent contractor relationship be and is hereby established under the terms and conditions of this Contract. Nothing in this Contract shall be construed to create an agency relationship, an employer/employee relationship, a joint venture relationship, or any other relationship allowing the Agency to exercise control or direction over the manner or methods by which the Contractor, its employees, agents or subcontractors perform hereunder, or the Contractor to exercise control or direction over the manner or methods by which the Agency and its employees, agents or subcontractors perform hereunder, other than as provided in this Contract.

## 5.4 SUBCONTRACTING

In order to discharge its obligation hereunder, the Contractor may engage certain physicians as independent contractors rather than employees ("Contract Professionals"). The Contractor shall not engage any Contract Professionals that do not meet the applicable professional licensing requirements and the Contractor shall exercise administrative supervision over such Contract Professionals as necessary to ensure the strict fulfillment of the obligations contained in this Contract. Services provided by Contract Professionals under this Contract shall be provided in a manner reasonably consistent with the independent medical judgment the Contract Professionals are required to exercise.

## 5.5 AGENCY STATUTORY DELEGATION

For purposes of asserting any statutory rights afforded to the Agency or the Facility to pay

providers for medical services at certain reduced rates, Agency designates the Contractor as its agent to assert such rights and privileges.

## 5.6 EQUAL EMPLOYMENT OPPORTUNITY

The Contractor will not discriminate against any employee or applicant for employment because of race, color, religion, sex, ancestry, national origin, place of birth, marital status, sexual orientation, age or handicap unrelated to a bona fide occupational qualification of the position or because of status as a disabled veteran or Vietnam-Era veteran. The Contractor will distribute copies of its commitment not to discriminate to all persons who participate in recruitment, screening, referral and selection of job applicants, and to prospective job applicants.

## 5.7 WAIVER OF BREACH

The waiver of either party of a breach or violation of any provision of this Contract shall not operate as, or be construed to be, a waiver of any subsequent breach of the same or other provision hereof.

## 5.8 NOTICES

Any notice of termination, requests, demands or other communications under this Contract shall be in writing and shall be deemed delivered: (a) when delivered in person to a representative the parties listed below: (b) 3 days after mailing when mailed by first-class certified mail, return receipt requested, addressed to the party at the address below; or (c) upon confirmation of receipt if sent by electronic means or facsimile to the parties listed below:

If for Turn Key:
Turn Key Health Clinics, LLC
Attn: Flint Junod, CEO
19 NE 50th Street
Oklahoma City, OK 73105

Telephone: (405) 516-0276

If for Union County Sheriff's Office:
Union County Sheriff's Office
Attn: Ricky Roberts, Sheriff
250 American Road
El Dorado, AR 71730

Telephone: (870) 864-1970

Either party may change such address or phone number from time to time by providing written notice as provided above.

## 5.9 GOVERNING LAW

This Contract shall be governed by and construed in accordance with the laws of the State of

Arkansas regard to the conflicts of laws or rules of any jurisdiction.

## 5.10 COUNTERPARTS

This Contract may be executed in several counterparts, each of which shall be considered an original and all of which shall constitute but one and the same instrument.

## 5.11 TITLE OF PARAGRAPHS AND INTERPRETATION

Titles of paragraphs are inserted solely for convenience of reference and shall not be deemed to limit, expand or otherwise affect the provisions to which they relate. Further, as used in this Contract, the word "or" shall have the conjunctive as well as the disjunctive meaning and refers to alternatives that are not necessarily exclusive. As used in this Contract, references to "include" and similar terms shall be construed as if followed by the phrase "without limitation."

## 5.12 SEVERABILITY

In the event that any one or more provisions of this Contract shall, for any reason, be held to be invalid, illegal or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect any other provision of this Contract and this Contract shall be construed and enforced as if such invalid, illegal or unenforceable provision had never been contained herein.

## 5.13 ENTIRE CONTRACT

This Contract constitutes the entire agreement of the parties and is intended as a complete and exclusive statement of the promises, representations, negotiations, discussions and agreements that have been made in connection with the subject matter hereof. This Contract may be amended at any time, but only with the written consent of all parties.

IN WITNESS WHEREOF, the parties have caused this Contract to be executed as their official action by their respective representative, each of whom is duly authorized to execute the same.

AGREED TO AND ACCEPTED AS STATED ABOVE:

TURN KEY HEALTH CLINICS, LLC.

Dated: June 23, 2021          By: _____
                                   Flint Junod, Chief Executive Officer

UNION COUNTY SHERIFF'S OFFICE

Dated: 6/23/2021          By: _____
                               Ricky Roberts, Sheriff

FOR THE COUNTY OF UNION

Dated: 6-23, 2021          By: _____
                               Judge Mike Loftin

**UNION COUNTY SHERIFF'S OFFICE**
**CONTRACT FOR HEALTHCARE PERSONNEL AND ADMINISTRATION**
<u>**FIRST AMENDMENT**</u>

This Amendment shall serve as a revision to the Contract for Healthcare Personnel and Administration (the "Main Agreement") between Union County, Arkansas on behalf of the Union County Sheriff's Office (collectively "Agency") and Turn Key Health Clinics, LLC ("Contractor") at the Union County Detention Center in El Dorado, Arkansas.

In consideration to the mutual covenants contained herein, the receipt and sufficiency of which are hereby acknowledged, it is agreed upon as follows:

1.  The terms and conditions of this Amendment, as set forth, shall be effective as of August 1, 2022 through December 31, 2022.

2.  In all other respects, the terms and conditions of the Main Agreement and any subsequent amendments or renewals thereto shall continue unchanged and remain in full force and effect.

**TURN KEY HEALTH CLINICS, LLC.**

Dated: 7/22 , 2022          By: _____
                                    Flint Junod, Chief Executive Officer

**UNION COUNTY SHERIFF'S OFFICE**

Dated: 7/24 , 2022          By: _____
                                    Ricky Roberts, Sheriff

**FOR THE COUNTY OF UNION**

Dated: 7/28 , 2022          By: _____
                                    Judge

**Court Session Worksheet**
Case #: DWI-22-19

**Jurisdiction:** Arkansas State Police

First Appearance Hearing - Arkansas State Police
01:30 PM Wednesday, June 8, 2022

**Name: Castillo, Eusevio Rodriguez**

DOB: [ ]    Ht: 0.00    Race: Unknown    SSN: [ ]    Home: [ ]
Age: 42    Wt: 0    Sex: Male    DL #: [ ]    Work: [ ]

**Addr:** 1205 Mt Holly Rd. , El Dorado, Arkansas 71730

Employer:

Alias:

| T/P Contract #: TP-18-1248 | Start Date: 08/11/18 | Freq: Monthly | Min Amt: | $60.00 | Last Pay Date: | Pay By Date: | Balance: $ 681.00 | Status: DLQ |

☑ Defendant: Castillo, Eusevio Rodriguez    Dfns Atty(P):    Officer(P): Tatum, Trevoris

| Events: | | |
|---|---|---|
| 04/28/22 | Charge Document# 400A6018 filed 04/27/22. Initial Assessment for $500.00 of Fine; $300.00 of Cost; Fees of ($20.00 for County Jail Fee;$40.00 for Jail Booking and Admin Fee;) for Total Fees of $60.00 ; for a Total Amount of $860.00. |
| 04/28/22 | Initially Set for Arraignment on 06/06/22 at 09:00 AM. |
| 05/02/22 | Party (135450) Castillo, Eusevio Has Been Consolidated To Party (122554) Castillo, Eusebio Rodriguez. |
| 06/02/22 | Hearing Rescheduled From 06/06/22 ( Arraignment ) To 06/08/22 ( First Appearance Hearing). Requested By The Court. |
| 06/06/22 | Case Hearing( Arraignment on 06/06/22) Completed by presiding Judge ( Barker, Jack) . |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22) Defendant ( Castillo, Eusevio Rodrigu ) Was Present. |
| 06/08/22 | Defendant Waives Right Of Counsel And Signs Waiver Agreement. |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg# 1 ( -Driving While Intoxicated ). Defendant Plead: Guilty. Court Found Defendant: Guilty. Finding Entered. |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg#1 ( -Driving While Intoxicated), Court Ordered Defendant To Pay: ($1,000.00 Of Fine, $300.00 Of Cost, $20.00 Of County Jail Fee, $40.00 Of Jail Booking And Admin Fee) In The Total Amount Of $1 |
| 06/08/22 | ,360.00. Dwi 1st Offense. Entered. |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg#1 ( -Driving While Intoxicated), Court Ordered Defendant To Jail For 0 Years With 1 Years Adjusted. In County Jail. Entered. |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg#1 ( -Driving While Intoxicated), Court Ordered Dwi - Dasep. Entered. This Order Starts On 06/08/22 And Is Due By 06/08/22. |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg#1 ( -Driving While Intoxicated), Court Ordered Ignition Interlock. Entered. This Order Starts On 06/08/22 And Is Due By 06/08/22. |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg#1 ( -Driving While Intoxicated), Court Ordered Defensive Driving School. Must Be Completed By 09/13/22. Entered. This Order Starts On 06/08/22 And Is Due By 06/08/22. |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg#1 ( -Driving While Intoxicated), Court Ordered Community Service For 24 Hours. Entered. This Order Starts On 06/08/22 And Is Due By 06/08/22. |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22) Defendant ( Castillo, Eusevio Rodrigu ) Was Present. |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg#1 ( -Driving While Intoxicated), Court Ordered Defendant To Jail For 10 Days. In County Jail. Entered. |

Chrg Doc#: 400A6018    Viol Date: 04/27/22    BAC: 0.000    Speed: 0 / 0    Seatbelt: Yes    Accident: No    Type: Traffic Citation    Filing Date: 04/27/22
**Location:** Hwy 167s Hwy 7 S (iron Mountain Road)    Comments:

**Exhibit**

**B**

**Court Session Worksheet**
Case #: DWI-22-19

First Appearance Hearing – Arkansas State Police
01:30 PM Wednesday, June 8, 2022

Jurisdiction: Arkansas State Police

Charge: **(1st) Driving While Intoxicated**

| Plea: G | Find: G | Disp: FE | Fine: $ 1,000.00 | Cost: $ 300.00 | Fees: $ 60.00 | Rest: $ 0.00 | Adj: $ 0.00 | Paid: $ 0.00 | Bal: $ 1,360.00 |
|---|---|---|---|---|---|---|---|---|---|

**Advised Rights:** ☑ Advised Of Rights To Attorney ,Trial, Appeal, and Penalty for Offense
**Waived Rights:** ☑ Waives Right To Counsel with Signed Waiver ☐ Plea Statement
☐ Court Appoints Public Defender
☑ Court Provides Interpreter by phone

☐ Enhanced Penalties Explained For Subsequent Offenses
☐ Waives Right To Speedy Trial
☐ Assess Public Defender User Fee of $
☐ Assess Court Interpreter Fee of $

**Plea:** ☑ G ☐ NG ☐ NC ☐ DM ( ☐ With ☐ Without ) Prejudice **DM Reason:**
**Finding:** ☑ G ☐ NG ☐ NP ☐ Bond Forfeiture ☐ Probation
**Disposition:** ☐ Finding Entered ☐ 1st Offender Program ☐ Deferred Sentence
☐ Under Advisement ☐ Other
☐ Deferred Adjudication

☐ Improper Filing
☐ Officer Not Present
☐ Witness Not Present
☐ Other

☐ Lack of Evidence
☐ Lack of Jurisdiction
☐ Merged

**Comments:** Judge:

**Orders:**
Fine: $1000
Cost: $ 360
Restitution: $
Fees: $
Seat Belt Credit: $
Total: $1,360

Jail: 10
Jail Suspended: 1
Jail Credit Time Served:
Jail Time To Be Served:

S.I.S. - Jail:
S.I.S. - Fine: $

H-D-M-Y
H-D-M-Y
H-D-M-Y
☐ Consecutively
☐ Concurrently
H-D-M-Y

D.L. Susp: ☑
D.D. School:
D.W.I. School: ☑
Comm. Service: 24
Work Program:

H-D-M-Y
H-D-M-Y
H-D-M-Y
H-D-M-Y
H-D-M-Y
H-D-M-Y

F T A: ☐
F T A Bond Set At: $
Cash Bond Only: ☐
Transfer Felons ☐
Ignition Interlock: ☑
T/P Eligible: ☑

**Comments:**

**Re-Schedule: Date:** 12/13/22 **Time:** 9am **Type:** ☐ Arraignment ☐ Bench Trial ☐ Jury Trial ☑ Review Hearing
☑ Per Court ☐ Per Defense ☐ Per Prosecution ☐ Show Cause ☐ Sentencing ☐ Hearing

STATE OF ARKANSAS
COUNTY OF UNION    CERTIFIED
I hereby certify this to be a true copy of the original filed in the
Union County District Clerk's Office of the Court.
Witness my hand and seal this
20
Lisa Bates, District Court Clerk
by
D.C.

**Court Session Worksheet**
**Case #: TR-22-1778**

Jurisdiction: Arkansas State Police

First Appearance Hearing – Arkansas State Police
01:30 PM Wednesday, June 8, 2022

Name: **Castillo, Eusevio Rodriguez**

DOB:
Age: 42

Ht: 0.00
Wt: 0

Race: Unknown
Sex: Male

SSN:
DL #:
Employer:

Home:
Work:

Addr: 1205 Mt Holly Rd. , El Dorado, Arkansas 71730

Alias:

| T/P Contract #: TP-18-1248 | Start Date: 08/11/18 | Freq: Monthly | Min Amt: | $60.00 | Last Pay Date: | Pay By Date: | Balance: $ 681.00 | Status: DLQ |

☑ Defendant: Castillo, Eusevio Rodriguez      Dfns Atty(P):      Officer(P): Tatum, Trevoris

| Events: | 04/28/22 | Charge Document# 400A6018 filed 04/27/22. Initial Assessment for Fine of $1,000.00 of Fine, $75.00 of Cost; Fees of ($20.00 for County Jail Fee;$40.00 for Jail Booking and Admin Fee;) for Total Fees of $60.00 ; for a Total Amount of $1,135.00. |
|---|---|---|
| | 04/28/22 | Initially Set for Arraignment on 06/06/22 at 09:00 AM. |
| | 05/02/22 | Party (135450) Castillo, Eusevio Has Been Consolidated To Party (122554) Castillo, Eusebio Rodriguez. |
| | 06/06/22 | Hearing Rescheduled From 06/06/22 ( Arraignment) To 06/08/22 ( First Appearance Hearing). Requested By The Court. |
| | 06/06/22 | Case Hearing( Arraignment on 06/06/22) Completed by presiding Judge ( Barker, Jack) . |
| | 06/08/22 | In Court ( First Appearance Hearing On 06/08/22) Defendant ( Castillo, Eusevio Rodrigu ) Was Present. |
| | 06/08/22 | Defendant Waives Right Of Counsel And Signs Waiver Agreement. |
| | 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg# 1 ( -Driving On Suspended Dl Dwi ). Defendant Plead: Guilty. Court Found Defendant: Guilty. Finding Entered. |
| | 06/08/22 | defendant Originally Charged With –()- Driving On Suspended Dl Dwi And Found Guilty Of Lesser Included Charge Of – ()- Driving On Suspended Revoked Dl. |
| | 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg#1 ( -Driving On Suspended Revoked Dl), Court Ordered Defendant To Pay: ($1,000.00 Of Fine, $75.00 Of Cost, $20.00 Of County Jail Fee, $40.00 Of Jail Booking And Admin Fee) In The Total Amount |
| | 06/08/22 | Of $1,135.00 With $940.00 Adjusted. Entered. |
| | 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg#1 ( -Driving On Suspended Revoked Dl), Court Ordered Defendant To Jail For 0 Days With 10 Days Adjusted. In County Jail. Entered. |

| Chrg Doc#: 400A6018 | Viol Date: 04/27/22 | BAC: 0.000 | Speed: 0 / 0 | Seatbelt: No | Accident: No | Type: Traffic Citation | Filing Date: 04/27/22 |
| Location: | | | Comments: | | | | |

**Court Session Worksheet**
**Case #: CR-22-1228**

**Jurisdiction:** Arkansas State Police

First Appearance Hearing - Arkansas State Police
01:30 PM Wednesday, June 8, 2022

**Name: Castillo, Eusevio Rodriguez**

| | | | | |
|---|---|---|---|---|
| **DOB:** | **Ht:** 0.00 | **Race:** Unknown | **SSN:** | **Home:** |
| **Age:** 42 | **Wt:** 0 | **Sex:** Male | **DL #:** | **Work:** |

**Addr:** 1205 Mt Holly Rd. , El Dorado, Arkansas 71730        **Employer:**

**Alias:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **T/P Contract #:** TP-18-1248 | **Start Date:** 08/11/18 | **Freq:** Monthly | **Min Amt:** | $60.00 **Last Pay Date:** | **Pay By Date:** | **Balance:** $ 681.00 | **Status:** DLQ |

Defendant: Castillo, Eusevio Rodriguez        Dfns Atty(P):        Officer(P): Tatsta

STATE OF ARKANSAS
COUNTY OF UNION        **CERTIFIED**

I hereby certify this to be a true copy of the original filed in the Union County District Clerk's Office of the court of

**Events:**

| | |
|---|---|
| 04/28/22 | Charge Document# 400A6018 filed 04/27/22. Initial Assessment for $100.00 of Fine; $100.00 of Cost; Fees of ($20.00 for County Jail Fee) of $220.00. |
| 04/28/22 | Initially Set for Arraignment on 06/06/22 at 09:00 AM. |
| 05/02/22 | Party (135450) Castillo, Eusevio Has Been Consolidated To Party (122554) Castillo, Eusebio Rodriguez. |
| 06/06/22 | Hearing Rescheduled From 06/06/22 ( Arraignment) To 06/08/22 ( First Appearance Hearing). Requested By The Court. |
| 06/06/22 | Case Hearing( Arraignment on 06/06/22) Completed by presiding Judge ( Barker, Jack) . |

Witness my hand and seal this _____ day of _____ 20__

Lisa Series, District Court Clerk

| | | | | | | |
|---|---|---|---|---|---|---|
| **Chrg Doc#:** 400A6018 | **Viol Date:** 04/27/22 | **BAC:** 0.000 | **Speed:** 0 / 0 | **Seatbelt:** No | **Accident:** No | **Typ:** Traffic Citation **Filing Date:** 04/27/22 D.C. |
| **Location:** | | | **Comments:** | | | |

**Charge:** **[5-71-218] (1st) Open Container Containing Alcohol in Vehicle**

| **Plea:** | **Find:** | **Disp:** | **Fine:** $ 100.00 | **Cost:** $ 100.00 | **Fees:** $ 20.00 | **Rest:** $ 0.00 | **Adj:** $ 0.00 | **Paid:** $ 0.00 | **Bal:** $ 220.00 |
|---|---|---|---|---|---|---|---|---|---|

**Advised Rights:** ☑ Advised Of Rights To Attorney ,Trial, Appeal, and Penalty for Offense        ☐ Enhanced Penalties Explained For Subsequent Offenses
**Waived Rights:** ☑ Waives Right To Counsel with Signed Waiver   ☐ Plea Statement        ☐ Waives Right To Speedy Trial
☐ Court Appoints Public Defender        ☐ Assess Public Defender User Fee of $_____
☑ Court Provides Interpreter by phone        ☐ Assess Court Interpreter Fee of   $_____

**Plea:** ☑ G ☐ NG ☐ NC   ☐ DM ( ☐ With   ☐ Without ) Prejudice   **DM Reason:**
**Finding:** ☑ G ☐ NG ☐ NP
**Disposition:** ☑ Finding Entered   ☐ 1st Offender Program   ☐ Deferred Sentence
☐ Under Advisement   ☐ Other_____
☐ Deferred Adjudication
☐ Bond Forfeiture   ☐ Probation

DM Reason: ☐ Improper Filing   ☐ Officer Not Present   ☐ Witness Not Present   ☐ Other
☐ Lack of Evidence   ☐ Lack of Jurisdiction   ☐ Merged

**Comments:**        **Judge:**

| **Orders:** | | | |
|---|---|---|---|
| **Fine:** $ 100 00 | **Jail:** | H-D-M-Y | **D.L. Susp:** H-D-M-Y |
| **Cost:** $ 120 00 | **Jail Suspended:** | H-D-M-Y | **D.D. School:** H-D-M-Y |
| **Restitution:** $ | **Jail Credit Time Served:** | H-D-M-Y | **D.W.I. School:** H-D-M-Y |
| **Fees:** $ | **Jail Time To Be Served:** | ☐ Consecutively | **Comm. Service:** H-D-M-Y |
| **Seat Belt Credit:** $ | | ☐ Concurrently | **Work Program:** H-D-M-Y |
| **Total:** $ 220 00 | **S.I.S. - Jail:** | | H-D-M-Y |
| | **S.I.S. - Fine:** $ | H-D-M-Y | H-D-M-Y |

**FTA:** ☐
**F T A Bond Set At:** $
**Cash Bond Only:** ☐
**Transfer Felon:** ☐
**Ignition Interlock:** ☐
**T/P Eligible:** ☑

**Comments:**

| **Re-Schedule: Date:** ___/___/___ **Time:** _____ | **Type:** | ☐ Arraignment | ☐ Bench Trial | ☐ Jury Trial | ☐ Review Hearing |
|---|---|---|---|---|---|
| ☐ Per Court   ☐ Per Defense   ☐ Per Prosecution | | ☐ Show Cause | ☐ Sentencing | | ☐ Hearing |

Court Session Worksheet
Case #: DWI-22-19

**Jurisdiction:** Arkansas State Police

First Appearance Hearing - Arkansas State Police
01:30 PM Wednesday, June 8, 2022

**Name:** Castillo, Eusevio Rodriguez

**DOB:** 08/14/79
**Age:** 42

**Ht:** 0.00
**Wt:** 0

**Race:** Unknown
**Sex:** Male

**SSN:**
**DL #:** AR / 933551185
**Employer:**

**Home:** (870) 866-9791
**Work:**

**Addr:** 1205 Mt Holly Rd. , El Dorado, Arkansas 71730

**Alias:**

**T/P Contract #** TP-18-1248   **Start Date:** 08/11/18   **Freq:** Monthly   **Min Amt:** $60.00   **Last Pay Date:**   **Pay By Date:**   **Balance:** $ 581.00   **Status:** DLQ

☑ **Defendant:** Castillo, Eusevio Rodriguez   ☐ Dfns Atty(P):   ☐ Officer(P): Tatum, Trevons

**Events:**

| | |
|---|---|
| 04/28/22 | Charge Document 400A6018 filed 04/27/22  Initial Assessment for $500.00 of Fine, $300.00 of Cost, Fees of ($20.00 for County Jail Fee, $40.00 for Jail Booking and Admin Fee) for Total Fees of $60.00 ; for a Total Amount of $860.00. |
| 04/28/22 | Initially Set for Arraignment on 06/06/22 at 09:00 AM. |
| 05/02/22 | Party (135450) Castillo, Eusevio Has Been Consolidated To Party (135454) Castillo, Eusebio Rodriguez. |
| 06/06/22 | Hearing Rescheduled From 06/06/22 ( Arraignment) To 06/08/22 ( First Appearance Hearing). Requested By The Court |
| 06/06/22 | Case Hearing( Arraignment on 06/06/22 ) Completed by presiding Judge ( Barker, Jack). |
| 06/06/22 | In Court ( First Appearance Hearing On 06/08/22) Defendant ( Castillo, Eusevio Rodrigu ) Was Present. |
| 06/08/22 | Defendant Waives Right Of Counsel And Signs Waiver Agreement. |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg# 1 ( -Driving While Intoxicated ).  Defendant Plead: Guilty.  Court Found Defendant: Guilty.  Finding Entered. |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg# 1 ( -Driving While Intoxicated), Court Ordered Defendant To Pay: ($1,000.00 Of Fine, $300.00 Of Cost, $20.00 Of County Jail Fee, $40.00 Of Jail Booking And Admin Fee) In The Total Amount Of $1,360.00.  Dwi 1st Offense. Entered. |
| 06/08/22 | In Court ( First Apperance Hearing On 06/08/22), On Chrg# 1 ( -Driving While Intoxicated), Court Ordered Defendant To Jail For 0 Years With 1 Years Adjusted. In County Jail. Entered. |
| 06/08/22 | In Court ( First Apperance Hearing On 06/08/22), On Chrg# 1 ( -Driving While Intoxicated), Court Ordered Dwi - Dasep. Entered. This Order Starts On 06/08/22 And Is Due By 06/08/22. |
| 06/08/22 | In Court ( First Apperance Hearing On 06/08/22), On Chrg# 1 ( -Driving While Intoxicated), Court Ordered Ignition Interlock. Entered. This Order Starts On 06/08/22 And Is Due By 06/08/22. |
| 06/08/22 | In Court ( First Apperance Hearing On 06/08/22), On Chrg# 1 ( -Driving While Intoxicated), Court Ordered Defensive Driving School. Must Be Completed By 09/13/22. Entered. This Order Starts On 06/08/22 And Is Due By 06/08/22. |
| 06/08/22 | In Court ( First Apperance Hearing On 06/08/22), On Chrg# 1 ( -Driving While Intoxicated), Court Ordered Community Service For 24 Hours.  Entered.  This Order Starts On 06/08/22 And Is Due By 06/08/22. |
| 06/08/22 | In Court ( First Apperance Hearing On 06/08/22) Defendant ( Castillo, Eusevio Rodrigu ) Was Present. |
| 06/08/22 | In Court ( First Apperance Hearing On 06/08/22), On Chrg#1 (-Driving While Intoxicated), Court Ordered Defendant To Jail For 10 Days. In County Jail. Entered. |

**Chrg Doc#** 400A6018   **Viol Date:** 04/27/22   **BAC:** 0.000   **Speed:** 0/0   **Seatbelt:** Yes   **Accident:** No   **Type:** Traffic Citation   **Filing Date:** 04/27/22

**Location:** Hwy 167s Hwy 7 S (Iron Mountain Road)   **Comments:**

June 08, 2022
2:22:37 pm

Union County District Court

**Court Session Worksheet**
**Case #: DWI-22-19**

First Appearance Hearing – Arkansas State Police
01:30 PM Wednesday, June 8, 2022

Jurisdiction: Arkansas State Police

**Charge:** (1st) **Driving While Intoxicated**

| Plea: G | Find: G | Disp: FE | Fine: $ 1,000.00 | Cost: $ 300.00 | Fees: $ 60.00 | Rest: $ 0.00 | Adj: $ 0.00 | Paid: $ 0.00 | Bal: $ 1,360.00 |

**Advised Rights:** ☑ Advised Of Rights To Attorney, Trial, Appeal, and Penalty for Offense    ☐ Enhanced Penalties Explained For Subsequent Offenses
**Waived Rights:** ☑ Waives Right To Counsel with Signed Waiver    ☐ Plea Statement    ☐ Waives Right To Speedy Trial
☑ Court Appoints Public Defender    ☐ Assess Public Defender User Fee of $ _____
☑ Court Provides Interpreter by phone    ☐ Assess Court Interpreter Fee of $ _____

**Plea:** ☑ G ☐ NG ☐ NC ☐ DM ( ☐ With ☐ Without ) Prejudice    **DM Reason:**
**Finding:** ☑ G ☐ NG ☐ NP

**Disposition:** ☐ Finding Entered    ☐ Bond Forfeiture    ☐ Probation
☐ Under Advisement    ☐ 1st Offender Program    ☐ Deferred Sentence
☐ Deferred Adjudication    ☐ Other

☐ Improper Filing    ☐ Lack of Evidence
☐ Officer Not Present    ☐ Lack of Jurisdiction
☐ Witness Not Present    ☐ Merged
☐ Other

**Comments:**

**Judge:**

**Orders:** Fine: $1,000    Jail: 10    H-D-M-Y    D.L. Susp: _____ H-D-M-Y    **F T A:** ☐
Cost: $360    Jail Suspended: _____    H-D-M-Y    D.D. School: _____ H-D-M-Y
Restitution: $ _____    Jail Credit Time Served: _____    H-D-M-Y    D.W.I. School: _____ N-D-M-Y    **F T A Bond Set At:** $ _____
Fees: $ _____    Jail Time To Be Served: _____    ☐ Consecutively    Comm. Service: 24    H-D-M-Y    **Cash/Bond Only:** ☐
Seat Belt Credit: $ _____    ☐ Concurrently    Work Program: _____ H-D-M-Y    **Transfer Felony** ☐
Total: $1,360    S.I.S. - Jail: _____    ☐ _____ H-D-M-Y    **Ignition Interlock:** ☑
S.I.S. - Fine: $ _____    H-D-M-Y    _____ H-D-M-Y    **T/P Eligible:** ☑

**Comments:**

**Re-Schedule:** **Date:** 12/13/22    **Time:** 9am    **Type:** ☐ Arraignment    ☐ Bench Trial    ☐ Jury Trial    ☑ Review Hearing
☑ Per Court    ☐ Per Defense    ☐ Per Prosecution    ☐ Show Cause    ☐ Sentencing    Hearing



STATE OF ARKANSAS
COUNTY OF UNION    **CERTIFIED**
I hereby certify this to be a true copy of the original filed in the
Union County District Clerk's Office of the Court.

Witness my hand and seal this _____

Lisa Bates, District Court Clerk

by _____

Union County First Court

**Court Session Worksheet**
Case #: TR-22-1778

Jurisdiction: Arkansas State Police

First Appearance Hearing - Arkansas State Police
01:30 PM Wednesday, June 8, 2022

Name: **Castillo, Eusevio Rodriguez**

DOB: 08/14/79
Age: 42

Ht: 0.00
Wt: 0

Race: Unknown
Sex: Male

SSN:
DL #: AR / 933551185

Home: (870) 866-9791
Work:

Addr: 1205 Mt Holly Rd. , El Dorado, Arkansas 71730

Employer:

Alias:

T/P Contract #: TP-18-1248      Start Date: 08/11/18      Freq: Monthly  Min Amt:    $60.00  Last Pay Date:                    Pay By Date:                    Balance: $ 681.00      Status: DLQ

☑ Defendant: Castillo, Eusevio Rodriguez      ☐ Dfus Atty(P):                    ☐ Officer(P): Tatum, Trevoris

Events:

| | |
|---|---|
| 04/28/22 | Charge Document# 400A6018 filed 04/27/22.  Initial Assessment for $1,000.00 of Fine, $75.00 of Cost; Fees of $20.00 for County Jail Fee, $40.00 for Jail Booking and Admin Fee) for Total Fees of $60.00 ; for a Total Amount of $1,135.00. |
| 04/28/22 | Initially Set for Arraignment on 06/06/22 at 09:00 AM. |
| 05/02/22 | Party (135450) Castillo, Eusevio Has Been Consolidated To Party (122554) Castillo, Eusebio Rodriguez. |
| 06/06/22 | Hearing Rescheduled From 06/06/22 ( Arraignment) To 06/08/22 ( First Appearance Hearing), Requested By The Court. |
| 06/06/22 | Case Hearing( Arraignment on 06/06/22) Completed by presiding Judge ( Barker, Jack). |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22) Defendant ( Castillo, Eusevio Rodriga) Was Present. |
| 06/08/22 | Defendant Waives Right Of Counsel And Signs Waiver Agreement. |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg# 1 ( -Driving On Suspended Dl Dwi ).  Defendant Plead: Guilty,  Court Found Defendant: Guilty,  Finding Entered. |
| 06/08/22 | defendant Originally Charged With --()- Driving On Suspended Dl Dwi And Found Guilty Of Lesser Included Charge Of - ()- Driving On Suspended Revoked Dl. |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg# 1 ( -Driving On Suspended Revoked Dl), Court Ordered Defendant To Pay ($1,000.00 Of Fine, $75.00 Of Cost, $20.00 Of County Jail Fee, $40.00 Of Jail Booking And Admin Fee) In The Total Amount |
| 06/08/22 | Of $1,135.00 With $940.00 Adjusted.  Entered. |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg# 1 ( -Driving On Suspended Revoked Dl), Court Ordered Defendant To Jail For 0 Days With 10 Days Adjusted. In County Jail. Entered. |

Chrg Doc#: 400A6018
Location:

Viol Date: 04/27/22      BAC: 0.000      Speed: 0 / 0      Seatbelt: No      Accident: No      Type: Traffic Citation      Filing Date: 04/27/22

Comments:

Union County Dist Court

**Court Session Worksheet**
Case #: CR-22-1228

First Appearance Hearing - Arkansas State Police
01:30 PM Wednesday, June 8, 2022

**Jurisdiction:** Arkansas State Police

**Name:** **Castillo, Eusevio Rodriguez**

DOB: 08/14/79
Age: 42

Ht: 0.00
Wt: 0

Race: Unknown
Sex: Male

SSN:
DL #: AR / 933551185

Home: (870) 866-9791
Work:

**Addr:** 1205 Mt Holly Rd. , El Dorado, Arkansas 71730

Employer:

**Alias:**

☑ T/P Contract #: TP-18-1248    Start Date: 08/11/18    Freq: Monthly   Min Amt: $60.00   Last Pay Date:    Pay By Date:    Balance: $ 681.00   Status: DLQ

☐ Defendant: Castillo, Eusevio Rodriguez    ☐ Dfns AttyQ():    ☐ Officer(P): Targum Felton

**Events:**

| | |
|---|---|
| 04/28/22 | Charge Document# 400A6018 filed 04/27/22.  Initial Assessment for $100.00 of Fine, $100.00 of Cost, Fees of ($20.00 for County Jail Fee, $50.00 of Subseque... |
| 04/28/22 | $220.00. |
| 04/28/22 | Initially Set for Arraignment on 06/06/22 at 09:00 A.M. |
| 05/02/22 | Party (135450) Castillo, Eusevio Has Been Consolidated To Party (122554) Castillo, Eusevio Rodriguez. |
| 06/06/22 | Hearing Rescheduled From 06/06/22 ( Arraignment) To 06/08/22 ( First Appearance Hearing). Requested By The Court. |
| 06/06/22 | Case Hearing( Arraignment on 06/06/22) Completed by presiding Judge ( Barker, Jack). |

**Chrg Doc#:** 400A6018    Viol Date: 04/27/22    BAC: 0.000    Speed: 0 / 0    Seatbelt: No    Accident: No

**Location:**    Comments:

**Charge:** [5-71-218] (1st) Open Container Containing Alcohol in Vehicle

**Plea:**    Find:    Disp:    Fine: $ 100.00    Cost: $ 100.00    Fees: $ 20.00    Rest: $ 0.00    Adj: $ 0.00    Paid: $ 0.00    Bal: $ 220.00

**Advised Rights:** ☑ Advised Of Rights To Attorney, Trial, Appeal, and Penalty for Offense    ☐ Enhanced Penalties Explained For Subsequent Offenses

**Waived Rights:** ☑ Waives Right To Counsel with Signed Waiver    ☐ Plea Statement    ☐ Waives Right To Speedy Trial

☑ Court Appoints Public Defender    ☐ Assess Public Defender User Fee of $ _____

☑ Court Provides Interpreter by phone    ☐ Assess Court Interpreter Fee of $ _____

| Plea: | Finding: | Disposition: | | | | DM Reason: | |
|---|---|---|---|---|---|---|---|
| ☑ G ☐ NG | ☑ G ☐ NG ☐ NP | ☐ NC | ☐ DM ( ☐ With ☐ Without ) Prejudice | | | ☐ Improper Filing | ☐ Lack of Evidence |
| | | ☐ Finding Entered | ☐ Bond Forfeiture | ☐ Probation | | ☐ Officer Not Present | ☐ Lack of Jurisdiction |
| | | ☐ Under Advisement | ☐ 1st Offender Program | ☐ Deferred Sentence | | ☐ Witness Not Present | ☐ Merged |
| | | ☐ Deferred Adjudication | ☐ Other | | | ☐ Other | |

**Comments:**    TIME DAY

**Orders:**

Fine: $ 100.00   Cost: $ 120.00   Restitution: $ _____   Fees: $ _____   Seat Belt Credit: $ _____   Total: $ 220.00

Jail:   Jail Suspended:   Jail Credit Time Served:   Jail Time To Be Served:   S.I.S. - Jail:   S.I.S. - Fine: $ _____

☐ H-D-M-Y
☐ H-D-M-Y ☐ Consecutively
☐ H-D-M-Y ☐ Concurrently
☐ H-D-M-Y
☐ H-D-M-Y

D.L. Susp:   D.D. School:   D.W.I. School:   Comm. Service:   Work Program:

Judge:

☐ H-D-M-Y
☐ H-D-M-Y
☐ H-D-M-Y
☐ H-D-M-Y
☐ H-D-M-Y
☐ H-D-M-Y

F T A:   F T A Bond Set At: $ _____   Cash Bond Only:   Transfer Felon:   Ignition Interlock:   T/P Eligible: ☑

**Comments:**

**Re-Schedule:** Date: __/__/__   ☐ Per Court   ☐ Per Defense    Time: _____   ☐ Per Prosecution    Type: ☐ Arraignment   ☐ Show Cause   ☐ Bench Trial   ☐ Jury Trial   ☐ Review Hearing
☐ Sentencing   Hearing



## ANGELA GALVIS SCHNUERLE, LL.M.

**5523 John F. Kennedy Boulevard, North Little Rock, AR 72116**

Friday, July 15, 2022

<u>VIA FAX: 501-682-9410</u>
<u>VIA CERTIFIED MAIL: 7019 2280 0002 3027 3422</u>

Jason Daniel
Office of Court Interpreter Services Director
625 Marshall Street, Suite 1100
Little Rock, AR 72201

      RE:    FOIA REQUEST

To Whom It May Concern:

Under the **Arkansas Freedom of Information Act § 25-19-101 et seq.,** I am requesting the following information:

1. Please provide any and all documents pertaining to the name and contact information of the interpreter who interpreted for State v. Eusevio Castillo, Case No. DWI-22-19, in Union County District Court on June 8, 2022.
2. Please provide any and all documents pertaining to the request for an interpreter in Case No. DWI-22-19, from Union County District Court for the hearing which took place June 8, 2022, including when the request was made, and the name and contact information of the requester.
3. Please provide any recordings which might exist made of the interpretation via phone call for State v. Eusevio Castillo, Case No. DWI-22-19.

If there are any fees for searching or copying these records, please inform me if the cost will exceed $20.00. This information is not being sought for commercial purposes.

The Arkansas Freedom of Information Act requires a response within three business days. If access to the records I am requesting will take longer, please contact me with information about when I might expect copies or the ability to inspect the requested records.

If you deny any or all of this request, please cite each specific exemption you feel justifies the refusal to release the information and notify me of the appeal procedures available to me under the law. Thank you for considering my request.

If you have any questions or need additional information, I can be reached at the telephone number or e-mail address listed below. Please notify me when the records I have requested will be available. You may email the records to galvislaw@gmail.com or alternatively I will make arrangements to retrieve them during normal business hours

Thank you for your attention to this matter.



Exhibit
C

Sincerely,

**GALVIS LAW, PLLC**

Angela Schnuerle, LL.M

AGS/bs

# Arkansas Office of the Courts - Office of Court Interpreter Services Jobs

Jobs    New Jobs    Offers (>24 Hrs)    Unconfirmed (>24 Hrs)

Arkansas Office of the Courts - Office of Court Interpreter Services: All Jobs (4=Filters)
☐ Only Applicant required jobs that are unfilled
☐ All jobs (with current filters applied)

Export ▾

| ID | Date ▲ | Time ▲ | Customer | Location | Language | Start | Interpreter | Reference | Type | Job Type | Client | Created on | Est. Dur. Hrs. |
|----|--------|--------|----------|----------|----------|-------|-------------|-----------|------|----------|--------|------------|----------------|
| ☐ | | | | | | ▼ | | | ▼ | | | | |
| ▪ 4246008 | 06/08/22 | 1:30 PM | Union County Dorado | Union County District Court - El  ☎ 501-593-8655 | Spanish | C14 | SHANNON TANNER (100129838) [501-949-6959] ( ☎ ) | Case Number: DWI-22-19, TR-22-, 4778,CR-22-1229,TR-22-1776,1717 (+3 others) | ☎ | 1st Appearance | Jack Barker | 06/08/22 | 0.50 |

‹ ‹ 1 › › 50 ▾ 1

Page 1 of 1 (1 Total Records)

Arkansas Office of the Courts - Office of Court Interpreter Services Support
Phone: 501-682-9400
Email: aoc.interpreterservices@arcourts.gov

© 2012 - 2020 Interpreter Intelligence. All rights reserved.
Version 3.87.961

← → ⟳ ⌂   🔒 securerepinterpreterintelligence.com/job/show/4245006
Home ▾   Manage ▾   Reports ▾   Accounts ▾   Admin ▾
teresa.deeb@accounts.gov ▾
📋 Jobs

JOB DETAILS

- Customer
- Location
- Details
- Calendar
- Notes
- Documents

[Edit] [Unfill] [+]

Booking #2942681 / Job # 4245006
Spanish, 06/08/22 1:30 PM

Status
Closed C13

Last Modified By
sandra.theecore@account.gov
Last Modified
(16/08/22 10:38 AM
Created By
l.banks@interpreter.com
Created
06/08/22 11:45 AM
Interpreter
SHANNON TANNER (190129896)

## Booking #2942681 / Job # 4245006 - Customer Information

Status: C13 🗓 06/08/22 1:30 PM



Client 🛈
Jack Barker

Requested By 🛈
Lisa Barker (870-564-1592)

Notification Email
l.banks@unioncounyer.com

Notification Email Enabled
✓

Exclude from Auto Offer
✗

Exclude from Job Offer Pool
✗

### Service Information

Service Type*
Telephonic Translation (Scheduled)

Location 🛈
250 American Rd. El Dorado, AR 71730

Site Contact

Venue Information

Customer* 🛈
Union County District Court - El Dorado (cust247)

Bill To* 🛈
Union County District Court - El Dorado (cust247)

Customer notes

Location Requesting Service* 🛈
250 American Rd., El Dorado, AR 71730

**Documents (Booking #2942681)**
❖ Add Document

**Documents (Job #4245006)**
❖ Add Document

### Special Instructions 🛈

|  Internal  |  Customer  |  Interpreter  |

### Appointment Details

Language* 🛈
Spanish

# Interpreters
1

Preferred Interpreter
N/A

Interpreter Gender Required 🛈
N/A

### Additional References

Case Number*
DWI-22-119,TR-22-1778,CR-22-1226,TR-22-1716,1717

Case Charges*
DWI, Susp DL, Open Container/Speeding, No DL

Name of Individual(s) Needing Interpreter*
Eusonio Castillo, Noe Castillo

Job Type*
1st Appearance

# Arkansas Office of the Courts - Office of Court Interpreter Services

Contacts

Calendar View    Availability    Assessments

Arkansas Office of the Courts - Office of Court Interpreter Services, All Contacts (all contacts in the database)
Query matched (company & type in it)

Export all contacts (with current filters applied)

| | | Rater Lvg | Name ▲ | | Number | Email | Location | Region | Status ▼ | Cert. | Ref | Active Note | Availability | Experience | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | 1 | Lisa SANDERSON (+1) TANNER (1557128) | ☎ | 501-650-3989 (+1 cell) | (Lisa123.translation @gmail.com | PO BOX 1454, Searcy AR 72145-1454 | | Active | cert 1132126 846 9 | 3402296 | ◉ | ◉ | CERTIFIED | ◉ |

Page 1  of 1  ‹ ‹ 1 › ›    View 1 - 1 of 1

Arkansas Office of the Courts - Office of Court Interpreter Services Support:

Phone: 501-682-9400

Email: aoc.interpreter.services@arcourts.gov

© 2012 - 2025 interpreterbookingtimes.us. All rights reserved.    [H] Interpreter Scheduler. Version v3.87.50.1

**Judge:** Do you have any questions about anything, Sir?

**Court translator:** ¿Tiene cualquier pregunta, señor?

*(Verified translation):* Do you have any question, sir?

**Eusebio:** Si, tengo unas preguntas. Muchos han ido tomando, yo ahorita no puedo, pero a veces veo en la carretera y... (he is interrupted)

*(Verified translation):* *Yes, I have some questions. Many are drinking, I can't right now, but sometimes I see in the road and... (he is interrupted)*

**Court translator:** Your honour, I am going to ask him to repeat his underline the first part of it, okay?

**Judge:** Okay.

**Court translator:** ¿Señor puede repetirme, por favor?

*(Verified translation):* *Sir, can you repeat it for me, please?*

**Eusebio:** Que, por favor, muchos carros han ido mordiendo raya y han ido tomando y policías han ido atrás y no les hacen nada, nada más a uno, porque es mexicano.

**Court translator:** So, I am not really understanding why there are so many different charges. I wasn't that drunk, and I just feel like the police were following me.

(what should have been translated ): That, please, many cars have gone over the line and have been drinking; The police have gone behind and they don't do anything to them, only to us, because we are Mexicans.

**Judge:** I will change. I will give you ten days of care jail for DWI first offence.

**Court translator:** Voy a modificar la pena y le voy a dar 10 días por la infracción de haber manejado mientras tomado.

**Judge:** You were three times the legal limit for drinking.

**Court translator:** Porque usted estaba tres veces por encima del límite legal.

**Judge:** You were drinking beer and vodka and no regards for the public.

**Court translator:** Usted estaba tomando cerveza y vodka y le falto al respeto al público en general.

**Judge:** Take him into custody.

**Court translator:** Llévele preso



**Exhibit**
**D**

## VERIFIED STATEMENT OF TRANSLATIONS

STATE OF ARKANSAS
COUNTY OF UNION

Before me, the undersigned authority, on this day personally appeared Nubia M. Lozada known to me, who being duly sworn, upon oath states that she is familiar with the Spanish and English languages, that she has carefully translated the enclosed translation titled **Partial Transcription of Court Recording of June 13, 2022 – DWI-22-19** (One page) is true and correct, and that the same is a complete translation to the best of knowledge, ability, and belief.

_____
Angela Galvis Schnuerle

SUBSCRIBED and sworn to before me on this 13th day of December, 2022.

_____
Notary Public

My Commission Expires: 01/20/2024

DENISE BERUMEN
MY COMMISSION # 12400473
EXPIRES: August 20, 2024
Pulaski County

Printed Inmate Name: _Eusenio Castillo_   Date: _6·9·2022_

# Turn+Key
### HEALTH

## Intake Medical Questions

| | |
|---|---|
| Was medical treatment given upon arrest? | YES or (NO) |
| Allergies to medication or food? | YES or (NO) |
|     If yes, what? _____ | |
| Do you take any medication? | (YES) or NO |

If yes, list your medications that you take: _Blood Pressure, Diabetes (Unsure name, needs wife to bring meds)_

| | |
|---|---|
| Diabetes? | (YES) or NO |
|     If yes, are you insulin dependent? | YES or (NO) |
| Seizures? | (YES) or NO |
|     If yes, when was the last one? _____ | |
| Heart Problems? | YES or (NO) |
|     If yes, what problems? _____ | |
| Suicidal/Homicidal? | YES or (NO) |
| Asthma? | YES or (NO) |
| Hepatitis or (Liver Problems?) | (YES) or NO |
| HIV or STDs? | YES or (NO) |
| Mental Health Issues? | YES or (NO) |
|     If yes, what conditions? _____ | |
| Have you ever been positive for TB? | YES or (NO) |
|     If yes, where were you treated? _____ | |

Any of the following symptoms associated with TB? (Circle all that apply) Productive Cough, Nights Sweats, Fever, Fatigue, Weight Loss

| | |
|---|---|
| Staph Infection? | YES or (NO) |
| Are you under the influence of alcohol or any controlled substance? | YES or (NO) |
| Any Chance in Detox occurring? | YES or (NO) |
| Are you Pregnant? | YES or (NO) |
|     If yes, how many months are you? _____ | |

**Plaintiff Exhibit**

**E**



# Turn+Key

## HEALTH

19 NE 50th St.
Oklahoma City, OK 73105
Phone: (405)516-0276
Fax (405)563-9121

**CORONAVIRUS SCREENING**

Inmate Name _Eugene Ca Sti_ Inmate # _____

**TRAVEL HISTORY**

1. In the past 30 days. Have you traveled outside of the United States?          ___ Yes X No

   When? _____ Where? _____

2. Does the inmate report a history of traveling to or from Europe or Asia?          ___ Yes X No

**CONTACT HISTORY**

3. In the past 30 days, have you had close contact with anyone known to

   have traveled to Europe or Asia?          ___ Yes X No

   If so, who is person that you had close contact with? _____

   When was the contact? _____    How long was contact for? _____ mins/hrs/days

   What was your proximity with the other individual during contact?          _____ ft.

4. Have you or anyone you've been in contact with had a laboratory confirm Coronavirus? (The incubation period is 2-14 days)          Yes    No

5. Do you have fever, cough, shortness of breath, difficulty breathing, persistent pain or pressure on chest, bluish lips or face, chills, shaking with chills, muscle pain, headache, sore throat, newly noticed difficulty with smell or taste, or other symptoms of lower respiratory illness?  (If yes, circle symptom(s)they are experiencing)          Yes    No


_____                    _____
Detention Staff Signature                          Date

If inmate answers "YES" to the questions 2,3,4, or 5 above, immediately place a mask on him/her and escort to the isolation cell in the medical unit. The nurse is to be notified and will complete the symptoms check list AFTER the inmate has been placed in isolation.

TEMP: _____          Respirations: _____

BP: _____          Shortness of Breath: ____ Y ____ N

O2Sat: _____          Cough: ____ Y ____ N____          If yes, productive cough: ___ Y ___ N


_____                    _____
Medical Staff Signature                          Date

REVISED 12/17/20

Please Print and Make Sure to sign and date both places at the bottom of this form

Phone #_____ Full Name_____

Address_____ County_____ ZipCode_____

Date of Birth_____ Social Security#_____ Are you married_____

What is your spouse's name, date of birth and social security #_____

Does your spouse have any income_____If so from whom and how much is their gross monthly
pay_____Are you currently enrolled in a health insurance plan yes or no
If so Name of plan and date enrolled_____Have you lost coverage recently yes or no

Do you have any income_____If so from whom and what is your gross monthly pay_____
_____Do you have children that you claim on a tax return_____
If so, what are their names, dates of birth and Social Security Numbers_____
Do you have any children or dependents that receive income yes or no How much, from who and how often
What is your email address?

Is there anybody that claims you as a dependent on their tax return_____If so please list their name, date of birth, social security number, address, employer or source of income and their gross monthly amount of income_____

Where you recently released from one of the following: Department of Corrections,Department of Community Correction, County Jail, City Jail or Juvenile Detention Facility? Yes or no  If so, which one and when were you released_____
Does anyone in the household need help paying for medical bills this month or in the past 3 months_____
Where you ever in Foster carre_____

Is anyone in the household blind_____If so who_____Is anyone in the household disabled_____If
so who_____Does anyone in your household need help with activities of daily living through personal assistance
services, a nursing home, or other medical facility_____
If so who and in what form

Is anyone in the household in a nursing home, human development center, Arkansas state hospital, Arkansas health center, Intermediate Care Facility for the Intellectually Disabled_____Are you currently enrolled in a health insurance plan? Yes or No. If so, with who
If so which one and state the name of the facility and how long you have been
there_____

Are you a resident of Arkansas and a US Citizen_____Are you a tobacco user_____
Are you an American Indian or Alaskan Native_____Are you pregnant now or delivered a baby in the last 90
days_____If so, what is your due date, how many babies are you expecting or how many did you deliver_____

I'm signing this application under penalty of perjury, which means I have provided true answers to all the questions on this form to the best of my knowledge. I know that I may be subject to penalties under the federal law if I intentionally provide false or untrue information. I have read the privacy act subject to this application for health insurance

_____                  _____
Signature                                                                Date

To Whom It May Concern I am unemployed and have no income.

_____                  _____
Signature                                                                Date

## Arkansas Blue Cross and Blue Shield Agent of Record Form

This Agent of Record Form can be used to document assistance of an Exchange or Arkansas Works enrollment. In cases where Arkansas Blue Cross and Blue Shield does not receive an agent's NPN from the FFM (Federally Facilitated Marketplace) or Department of Human Services this form can be submitted to facilitate appropriate credit.

Primary Applicant Name:_____

## Applicant Information

My signature below is representative of my consent to provide information to below-named agent in order assist in the quoting and (potentially) enrollment process. Additionally, agent has provided me with instructions as to where and how I can access the privacy notice statement. I understand that this authorization can be used, should I end up enrolling with Arkansas Blue Cross and Blue Shield, as consent for agent to access certain information on my account. Further, it is my right to remove this authorization at any time.

Applicant Signature:_____ Date:_____

## Agent Information

Agent Name: Matthew Glass

Agent NPN: 7489086

Agent Phone Number: (870) 732-0707

Agent Email Address: matthew.gless@fumic.com

I attest that I assisted the above client with their enrollment on the FFM or Insure Ark website.

Agent Name (print): Matthew Glass

Agent Signature: _____ Date: 5/14/2020

This form should not be used as a substitute for providing your NPN on the e-enrollment. If, after submitting an enrollment, you have found that you did not receive attribution as the Agent of Record for an enrollment you assisted, this can be used as supporting documentation for attribution. Please send to agentmarketingsupport@arkbluecross.com via secure/encrypted email for consideration.



Arkansas
**BlueCross BlueShield**
An Independent Licensee of the Blue Cross and Blue Shield Association



# Turn+Key HEALTH

## General Consent for Care and Treatment

*TO THE PATIENT: You have the right, as a patient, to be informed about your condition and the recommended surgical, medical or diagnostic procedure to be used so that you may make the decision whether or not to undergo any suggested treatment or procedure after knowing the risks and hazards involved. At this point in your care, no specific treatment plan has been recommended. This consent form is simply an effort to obtain your permission to perform the evaluation necessary to identify the appropriate treatment and/or procedure for any identified condition(s).*

This consent provides us with your permission to perform reasonable and necessary medical examinations, testing and treatment. By signing below, you are indicating that (1) you intend that this consent is continuing in nature even after a specific diagnosis has been made and treatment recommended; and (2) you consent to treatment at_____(Facility). The consent will remain fully effective until it is revoked in writing or you are released from custody. You have the right at any time to discontinue services.

You have the right to discuss the treatment plan about the purpose, potential risks, and benefits of any test or treatment ordered for you. If you have any concerns regarding any test or treatment recommended by your health care provider, we encourage you to ask questions.

I voluntarily request health care providers, or the designees as deemed necessary, to perform reasonable and necessary medical examination, testing and treatment. I understand that if additional testing, invasive or interventional procedures are recommended, I will be asked to read and sign additional consent forms prior to the test(s) or procedure(s).

I certify that I have read and fully understand the above statements and consent fully and voluntarily to its contents.

_Eusebio Castillo_
**Signature**

_6.9.22_
**Date**

_Eusebio Castillo_
**Printed Name**

**Printed** Name of Witness

**Job Title**

**Signature of Witness**

**Date**

REVISED 12/16/20

# Turn+Key
HEALTH
## AUTHORIZATION FOR DISCLOSURE AND RELEASE OF
## PROTECTED HEALTH INFORMATION

**Patient Name:** _____  ID#/DOB: _____  Facility: _____

I hereby authorize the use or disclosure of the Protected Health Information (PHI) described below to be provided to or obtained by the following (please provide complete address):

Name of Facility or Person to receive PHI:

Name of Facility or Person to Release PHI:

Address:_____
Phone no.:_____
Fax no.:_____

Address:_____
Phone no.:_____
Fax no.:_____

**The type of information to be disclosed:**

Evaluations_____
Diagnosis_____
Treatment Plan _____
X-ray reports _____

Medical/Hospital Records_____
Psychological Test Results _____
Medical Test Results _____
Lab results_____
Medications ____

Mental Health Record Summary_____
Psychotherapy Notes_____
Domestic Violence Information_____
Sexual Assault Information_____
Pregnancy Test Results _____

**The purpose of such disclosure:**

Ongoing Treatment_____ Medical Care_____ Consultation_____
Evaluation_____ Transfer_____ Coordination of Care_____

The designated information about me____may____may not be transmitted by fax, electronic mail or other electronic file transfer mechanisms. The above designated person____may____may not discuss by telephone the content of the information released.

This consent is in effect until release from custody. I understand that I may revoke this authorization, in writing, at any time unless action based on it has already taken place.

I hereby release all parties stated herewith from any liability resulting from the release of this information. I agree that a photocopy of this release shall be as valid as the original.

I understand that the information authorized for release may include records related to mental health, or drug, substance, or alcohol abuse. I also, understand that my communications in therapy are protected under federal and state confidentiality regulations and cannot be disclosed without my written authorization. The information provided by a client during therapy sessions is legally confidential in the case of licensed clinical social workers, except as provided in **section 12.43.218 CRS** and except for certain legal exceptions. In general, these exceptions pertain to matters of danger to self or others, and to assault or neglect of children.

I further understand that the potential exists for re-disclosure of my private mental health information, and that it may no longer be protected under the HIPAA privacy regulations.

I understand that information I have or may have a communicable or venereal disease is made confidential by law and cannot be disclosed without permission except in limited circumstances including disclosure to persons who have had risk exposures, disclosure pursuant to an order of the court or the U.S. Department of Health, disclosure among health care providers or disclosure for statistical or epidemiological purposes. When such information is disclosed, it cannot contain information from which you could be identified unless disclosure of that identifying information is authorized by you, by an order of the court or the U.S. Department of Health or by law.

This is to certify that I have given consent freely and voluntarily, and that the benefits and disadvantages of releasing the information, if known, have been explained to me.

**Signature of Patient:**_____   Date:_____

**Signature of Parent/Guardian:** _____   Date:_____

**Witness Signature:**_____   Date:_____

**FEDERAL REGULATIONS PROHIBIT THE RECIPIENT OF THIS INFORMATION FROM MAKING ANY FURTHER DISCLOSURES OF THIS INFORMATION.**



EXHIBIT
F

# Union County Sheriff

RICKY ROBERTS
SHERIFF

CHARLIE PHILLIPS
CHIEF DEPUTY

250 AMERICAN ROAD
EL DORADO, AR 71730

PHONE 870-864-1970
FAX 870-864-1992

On 06/12/2022 at approximately 0030 hours, I Sgt Walka, was conducting cell checks with Sgt Cotton when we entered H pod. Upon entering H pod, inmate EUSEBIO CASTILLO was acting erratically and was attempting to exit the pod whenever we entered for checks. A couple inmates in the pod stated that he was acting weird and was attempting to walk up on them and get in their face when they were trying to sleep. They said they were worried about him and did not want anything to happen to him, so they asked if we could relocate Castillo to keep an eye on him. I spoke with Sgt Cotton and he stated that Castillo was detoxing from alcohol. We concluded that for his health and safety we would place him in Booking 3 for closer observation. We then moved Castillo without incident into Booking 3 at approximately 0040 hours.

On 06/13/2022, I began my shift at approximately 0515 hours. I noticed Castillo was lying on the floor in the cell face down, in his underwear. Lt Perry had just offered him a breakfast try at the time and Lt Perry stated he denied his tray. Lt Perry stated that Castillo was alert but refused his tray. I monitored Castillo in the morning via cell checks until Nurse Kasey Sanford arrived at approximately 0800 hours. I advised her that Castillo was laying on the floor, trembling, and was incoherent when attempting to talk with him. She advised me to bring him to nursing for her to evaluate him.

Officer Freeman and myself then opened the door to Booking 3 and attempted to have Castillo put his uniform on to go see the nurse. Due to the language barrier, I used the Google Translate app on the Guardian device and had it translate that we were going to take him to nursing and needed him to get dressed. Castillo remained on the floor, trembling and would not respond to the translation. Officer Freeman and myself then assisted Castillo to the bench in the cell and dressed him in the uniform. We then took him to nursing exam room in a wheelchair for evaluation.

After the nurse evaluated Castillo, she stated that she was going to have him transported to the hospital. Officer Freeman and myself then returned Castillo to booking and waiting for further information. A short time later, Lt Worley advised that the judge had released him and he would be transported to the hospital by Sgt Ward. Officer Freeman and myself then placed Castillo in the civilian clothes he entered jail with and wheeled him to Sgt Ward's vehicle in the sally port. We hoisted Castillo into the backseat of Sgt Ward vehicle and secured him with the seatbelt. We waited for the nurse to bring his medicine and medical paperwork before leaving. When nurse arrived at the vehicle, she advised Castillo was now unresponsive. She then asked for an ambulance to come and transport Castillo to the hospital. The nurse had me retrieve smelling salt capsules and she attempted to get Castillo alert. He appeared to have some response to the smelling salt. A few moments later ProMed ambulance arrived and transported Castillo to the hospital.

***No further information***

Sgt Joseph Walka-1832

EXHIBIT

G

10/57

## Union County District Court

Felony _____          Misdemeanor ___✓___

Date 6-13-22                              Party # _____

Name Eusebio Castillo                     _____

Charges Review                            _____

The above named defendant, currently incarcerated in the Union County Criminal Justice Facility, shall be immediately released for the reason(s) stated below:

_____ Warrant recalled. The defendant has no outstanding charges with the Union County District Court.

_____ Fines have been worked out or paid in full

_____ Jail Credit for days served in jail ($40/Day for _____ days)

(Must turn in copy of Intake Sheet from UCSO to the District Court in order to get credit)

_____ Restitution has been paid in full

__✓__ Other May be released per Judge on medical.

Jack Barker – District Judge

By: _____ - District Court

EXHIBIT
H



UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: ████████, DOB: ██████, Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

Discharge Summary Note

Discharge Summary

Kayln Denise Holloway, MD at 6/22/2022 1130

Version 1 of 1

## Physician Discharge Summary

**Patient ID:**
Eucevio Castillo

42 y.o.
████████

**Admit date**: 6/13/2022

**Discharge date and time:** 6/22/22 11:22

**Admitting Physician**: Harmeen Goraya, MD

**Discharge Physician:** Larry G Johnson, MD

**Admission Diagnoses:** Altered mental status [R41.82]
Acute respiratory failure with hypoxia (HCC) [J96.01]
Acute renal failure, unspecified acute renal failure type (HCC) [N17.9]
Altered mental status, unspecified altered mental status type [R41.82]
Thrombocytopenia (HCC) [D69.6]

**Discharge Diagnoses:**
Altered Mental Status
Acute Variceal Bleeding
Acute Liver Failure
Diabetic Ketoacidosis
Severe Anion Gap Metabolic Acidosis
Thrombocytopenia
Acute Renal Failure requiring CRRT
Rhabdomyolysis

**Admission Condition:** critical

**Discharged Condition:** Deceased

**EXHIBIT
I**

**Indication for Admission:** Acute Hypoxic Respiratory Failure, Severe Metabolic Acidosis, DKA, Rhabdomyolysis

**Hospital Course:**
Per admission H/P
"Eucevio Castillo is a 42 y.o. year old with reported PMH of HTN, DM and ETOH abuse who presented from OSH with altered mental status, Rhabdo, Lactic acidosis, AGMA, Abnormal LFT's, Shock, Elevated ammonia, likely AKI and respiratory failure. Patient was placed in jail on Monday and started having withdrawals on Thursday. He was treated



UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: [       ], DOB: [       ], Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

**06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)**

### Discharge Summary Note (continued)

with clonidine, vitamins, folic acid, ibprophen, methocarbamol, omeprazole and vit B. He was found slumped over unresponsive in the jail today. Taken to outside hospital and found to have K 6.5, CO2 14, Cr. 10.6, Glucose 64, Lipase 514, Ck 12332, Neg drug screen, pH 7.14 and lactate 12.9. He received approximately 4L of NS at OSH and zosyn. On arrival to UAMS he was emregently intubated and started on Levo, vaso and Epi. CVL and artline placed. The was a report from ED staff of seizure like activity on arrival prior to intubation. MICU consulted for admission. Admission labs in process, CT Head pending. Spoke with Union County Sheriff's office and they reported he was released from custody upon transport to outside hospital."

While in the ICU, patient continued on pressers and started on lactulose and rifaximin. ECG showed sinus tachycardia. CT head showed no acute abnormalities. Renal consulted to start CRRT for severe acidosis. Also had elevated CK concerning for rhabdomyolysis so was treated with continued fluids. Presented with low platelets likely secondary to undiagnosed cirrhosis. Also started vanc./merrem/micafungin for empiric coverage. Blood and urine cultures with no growth during ICU stay. Respiratory cultures also unremarkable and RPP negative. Neurology consulted due to concern for possible seizures. EEG ordered due to possible seizure like activity but did not show any signs of seizure activity. Patient showed primitive reflexes but otherwise minimally responsive to verbal stimuli despite being on minimal sedation. Cardiology consulted for elevated troponin and attributed changes as likely due to shock/renal failure. Echo showed 40-45% with no valvular abnormalities. DM managed with SSI.

During stay, patient started having large volume bloody bowel movements. GI consulted for EGD where they banded varices and started patient on octreotide for 72 hours. For a brief period patient's pressers were able to be weaned down to levo and vaso as well as showed good response to albumin volume replacement and pulling on CRRT. 6/19 patient became hypotensive requiring levo, vaso, neo, and epi as well as steroids to keep MAPs >65. Also started having increased frothy sputum requiring suction, NG tube suction output increased with bloody output and had continued bloody bowel movements that worsened after requiring epinephrine. Replaced blood products as needed throughout the stay. Required significant amounts of pRBCs as well as FFP, cryo and platelets based on rotems. Were going to attempt to take patient for pan-CT scan to evaluate source of bleed and other possible sources of infection but patient too medically unstable to take for imaging. Unable to wean patient down from FiO2 of 100% on ventilator. Also concern for worsening of third spacing of fluids as repeat chest xrays appeared to show worsening fluid status but pressures unable to tolerate fluid matching. GI contacted again regarding continued GI bleeding but due to elevated INR and patient instability not a candidate for TIPS at this time.

Over the evening 6/21-6/22 the patient had 4 cardiac arrests requiring brief resuscitation. He had worsening hypoxic respiratory failure despite maximum ventilator settings and worsening acidosis. His family ultimately made the decision to transition to DNR and the patient expired shortly after.

**Consults:** cardiology, GI and nephrology

### Significant Diagnostic Studies: endoscopy: EGD

Findings:
Esophagus Protruding lesions 3 cords of grade III varices were seen in the lower third of the esophagus. The varices were not bleeding. 3 bands were applied for hemostasis successfully. Bands were placed using the Wilson-Cook Saeed multiband ligator kit which was attached to the tip of the endoscope.
Stomach Mucosa Diffuse congestion, petechiae and mosaic mucosal pattern of the mucosa was noted in the fundus. These findings were suggestive of portal hypertensive gastropathy.
Duodenum Mucosa Normal mucosa was noted in the whole examined duodenum.



UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: [REDACTED], DOB: [REDACTED], Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

**06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)**

Discharge Summary Note (continued)

Findings:
Esophagus Protruding lesions 3 cords of grade III varices were seen in the lower
third of the esophagus. The varices were not bleeding. All the bands are in
place. No active bleeding. A NGT was placed.
Stomach Mucosa Diffuse congestion, petechiae and mosaic mucosal pattern of the
mucosa was noted in the stomach. These findings were suggestive of portal
hypertensive gastropathy. No varices in the fundus. One clot was visualized. No
active bleeding.
Duodenum Mucosa Normal mucosa was noted in the whole examined duodenum.

**Treatments:** antibiotics: vancomycin, Meropenem and Micafungin, analgesia: fentanyl, steroids: solu-medrol, insulin:
regular, respiratory therapy: O2, chest PT and mechanical ventilation and therapies: blood product transfusion for
coagulopathy

**Discharge Exam:**
I received a call from Eucevio Castillo's nurse concerning patient's non-responsiveness. Upon arrival to the room,
found patient supine in bed. Patient was without response to verbal or noxious stimuli.  Carotid pulses were absent.
 Pupils without light response and eyes with fixed gaze and dilated.  Patient was without heart tones by auscultation
for 2 minutes.   Patient pronounced dead at 09:03 AM.  Family present on the unit and informed.
Dr. Johnson, attending physician of record, was notified of change in patient status.

**Disposition:** Deceased (N/A)

**Patient Instructions:**

**Your Medication List - The checkmarks below show the times you should take
your medicines.**

**ASK your doctor about these medications**

|  | Morn ing | Arou nd Noon | After noon | Even ing | Bedti me | As Need ed |
|---|---|---|---|---|---|---|
| **amLODIPine** 10 MG tablet Commonly known as: Norvasc Take 10 mg by mouth daily. |  |  |  |  |  |  |
| **atorvastatin** 40 MG tablet Commonly known as: Lipitor Take 40 mg by mouth at bedtime. |  |  |  |  |  |  |
| **glipiZIDE** 10 MG 24 hr tab Commonly known as: Glucotrol XL Take 10 mg by mouth daily. |  |  |  |  |  |  |



UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: ████████  DOB: ████████, Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

Discharge Summary Note (continued)

| | Morn ing | Arou nd Noon | After noon | Even ing | Bedti me | As Need ed |
|---|---|---|---|---|---|---|
| hydroCHLOROthiazide 50 MG tablet<br>Commonly known as: Hydrodiuril<br>Take 50 mg by mouth daily. | | | | | | |
| meloxicam 15 MG tablet<br>Commonly known as: Mobic<br>Take 15 mg by mouth daily. | | | | | | |
| metoprolol tartrate 25 MG tablet<br>Commonly known as: Lopressor<br>Take 25 mg by mouth daily. | | | | | | |
| olmesartan 40 MG tablet<br>Commonly known as: BENICAR<br>Take 40 mg by mouth daily. | | | | | | |

Activity: N/A
Diet: N/A
Wound Care: N/A

**UAMS Appointments Scheduled in the Next 30 Days**
No future appointments.

**Additional Follow-up**
Follow-up not needed.

**Inpatient Attending at Discharge:** Larry G Johnson, MD.

**Signed:**
KAYLN DENISE HOLLOWAY
6/22/2022
11:30 AM

Electronically signed by Kayln Denise Holloway, MD at 6/24/2022 9:14 AM
Electronically signed by Larry G. Johnson, MD at 6/25/2022 9:58 PM



UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

Castillo, Eucevio
MRN: ███████ DOB: ███████ Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

H&P Notes

H&P

Derek Markham, APRN, CNP at 6/13/2022 1457

Version 1 of 1

Attestation signed by Harmeen Goraya, MD at 6/13/2022 10:37 PM

## Pulmonary and Critical Care Attending Admission Note

Patient was seen and examined at bedside with critical care team and I agree with their history and exam. Assessment and plan was jointly made. I personally reviewed pertinent labs and radiographic images.

LOS: 0

42 y.o. male admitted to ICU with profound shock.

Briefly he was arrested for driving under intoxication and was suppose to be in jail for ten days. He was found in jail unresponsive as per reports and was transferred to OSH and eventually to UAMS.

Prior Pertinent History:
ETOH abuse
Diabetes Mellitus
Essential Hypertension

Active issues:
- Acute hypoxic and hypercapneic respiratory failure : requiring intubation
- On mechanical ventilation
- Shock : septic
- Toxic metabolic hepatic encephalopthy
- ETOH abuse and withdrawal
- Severe lactic acidosis
- Anion gap metabolic acidosis
- Suspected diabetic ketoacidosis
- Suspected Starvation ketoacidosis
- Rhabdomyolysis
- Acute kidney injuty requiring RRT
- ? Shock liver with hyperammonemia
-
- Plan:
- CT noted : follow final read, lactulose enema and per OG, UDS negative in OSH, EEG, thiamine and folate
- EKG and troponins, check echo with bubble study, wean pressors to maintain map > 65, fluid resuscitation, calcium drip, bicarb drip
- C/w current full vent support and wean as tolerated
- Keep NPO, PPI



UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: ███████, DOB: ███████, Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

---

**06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)**

**H&P Notes (continued)**

- Consult renal to start RRT and Quinton in place, trend lactate until clears, monitor UO
- Glycemic control < 180, start insulin drip
- Broad spectrum antibiotics, Cx, procal, RPP
-
- NOK : wife, at bedside, has two daughters and one son
-
- Full Code
- Admit to ICU
-
-
- *This note was dictated using M\*Modal medical voice recognition software. Variances in spelling and vocabulary are possible and errors are unintentional.*
-
- I spent 60 minutes of critical time which excludes teaching, performing procedure and updating family.

### MICU History and Physical

**Date of Service**: 6/13/2022
**Patient**: Eucevio Castillo
**MRN**: ███████

***Chief Complaint:*** Altered mental status

### *History of Presenting Illness*
Eucevio Castillo is a 42 y.o. year old with reported PMH of HTN, DM and ETOH abuse who presented from OSH with altered mental status, Rhabdo, Lactic acidosis, AGMA, Abnormal LFT's, Shock, Elevated ammonia, likely AKI and respiratory failure. Patient was placed in jail on Monday and started having withdrawals on Thursday. He was treated with clonidine, vitamins, folic acid, ibprophen, methocarbamol, omeprazole and vit B. He was found slumped over unresponsive in the jail today. Taken to outside hospital and found to have K 6.5, CO2 14, Cr. 10.6, Glucose 64, Lipase 514, Ck 12332, Neg drug screen, pH 7.14 and lactate 12.9. He received approximately 4L of NS at OSH and zosyn. On arrival to UAMS he was emregently intubated and started on Levo, vaso and Epi. CVL and artline placed. The was a report from ED staff of seizure like activity on arrival prior to intubation. MICU consulted for admission. Admission labs in process, CT Head pending. Spoke with Union County Sheriff's office and they reported he was released from custody upon transport to outside hospital.

---

***Past Medical History***
History reviewed. No pertinent past medical history.

***Past Surgical History***
No past surgical history on file.

---



UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: ████████ DOB: ████████ Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

## 06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)

**H&P Notes (continued)**

*Family History*
History reviewed. No pertinent family history.
No family history of premature heart disease or MI

*Social History*
**Social History**

Socioeconomic History
- Marital status:          Married
      Spouse name:         Not on file
- Number of children:      Not on file
- Years of education:      Not on file
- Highest education level: Not on file

Occupational History
- Not on file

Tobacco Use
- Smoking status:          Not on file
- Smokeless tobacco:       Not on file

Substance and Sexual Activity
- Alcohol use:             Not on file
- Drug use:                Not on file
- Sexual activity:         Not on file

Other Topics                Concern
- Not on file

Social History Narrative
- Not on file

**Social Determinants of Health**

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file
Housing Stability: Not on file

*Home Meds*
**Current/Updated Med List**
Not on File

*Allergies*
Allergies as of 06/13/2022



UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: ██████ DOB: ██████ , Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

**H&P Notes (continued)**

• (No Known Allergies)

*Review of Systems*
Unable to complete 2/2 patient condition.

---

*Physical Exam:*
Temp: [98.2 °F (36.8 °C)] 98.2 °F (36.8 °C)
Pulse: [90-106] 106
Resp: [16-46] 16
BP: (56-114)/(48-64) 114/64
Arterial Line BP: (98)/(45) 98/45
FiO2 (%): [100 %] 100 %
- **Gen:** intubated, unresponsive
- **HEENT:** PERRL - sluggish , EOMI, no jaundice
- **Neck**: No JVD, midline trachea
- **Resp**: Clear bilateral air entry, no wheezing or crackles.
- **CV:** RRR, no M/R/G, pulses 1+ bilaterally. tachy
- **GI:** Soft, not distended, +BS x 4
- **MSS**: No lower ext. edema or swelling, spontaneously moves extremities
- **Skin:** warm, intact
- **Neuro:** weak cough/gag, minimal response to pain

---

*Pertinent Labs:*

| | CBC | | | | BMP | | | PT/INR |
|---|---|---|---|---|---|---|---|---|
| **Recent Labs** | | | **Recent Labs** | | | | | No results for input(s): INR in the last 72 hours. |
| | 06/13/22 1422 | | | | 06/13/22 1422 | | | |
| WBC | 4.16 | | NA | | 151* | | | Invalid input(s): PT |
| RBC | 3.91* | | POTASSIUM | | 5.4* | | | |
| HGB | 13.3 | | CL | | 102 | | | **Lipid Profile** |
| HCT | 40.1 | | CO2 | | 16* | | | No results for input(s): CHOL, TRIG, HDL, LDLCALC in the last 72 hours. |
| PLT | 66* | | ANIONGAP | | 33* | | | |
| | | | BUN | | 76* | | | |
| **Lab Results** | | | CREATININE | | 9.1* | | | |
| Component | Value | Date/Time | GLUCOSE | | 229* | | | |
| WBC | 4.16 | 06/13/202 2 02:22 PM | **Lab Results** | | | | | |
| | | | Component | Value | Date/Time | | | |
| RBC | 3.91 (L) | 06/13/202 2 02:22 | CREATININE | 9.1 (H) | 06/13/2022 02:22 PM | | | |



UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: ▮▮▮▮, DOB: ▮▮▮▮, Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

---

**06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)**

**H&P Notes (continued)**

| | | | | |
|---|---|---|---|---|
| HGB | 13.3 | PM 06/13/202 2 02:22 PM | | |
| HCT | 40.1 | 06/13/202 2 02:22 PM | | |
| HCT | 40 | 06/13/202 2 02:01 PM | | |
| PLT | 66 (L) | 06/13/202 2 02:22 PM | | |

| **Liver Enzymes** | **Cardiac Enzymes** | **Endocrine** |
|---|---|---|
| No results for input(s): ALBUMIN, GGT, AST, ALT, ALKPHOS, INR in the last 72 hours.<br><br>Invalid input(s): PT<br>No results found for: ALBUMIN, GGT, AST, ALT, ALKPHOS, INR | No results for input(s): CKTOTAL, CKMB, CKMBINDEX, TROPONINI, BNP in the last 72 hours.<br>No results found for: CKTOTAL, CKMB, CKMBINDEX, TROPONINI, BNP | No results for input(s): HGBA1C, TSH, T4FREE, T3FREE, CORTISOL in the last 72 hours.<br>No results found for: HGBA1C, TSH, T4FREE, T3FREE, CORTISOL |

---

*Assessment and Plan of care:*
Eucevio Castillo is a 42 y.o. year old with reported PMH of HTN, DM and ETOH abuse who presented from OSH with altered mental status, Rhabdo, Lactic acidosis, AGMA, Abnormal LFT's, Shock, Elevated ammonia, likely AKI and respiratory failure. MICU consulted for admission.

**Problem List**
Altered Mental Status
Withdrawal seizure?
Rhabdo
AKI
Lactic Acidosis
AGMA
Elevated LFT's
Shock
Elevated ammonia
Hypoxic and Hypercapnic respiratory failure

**1) CNS:**
- Hold sedation
- CT Head Pending
- UDS negative at OSH, repeat pending



UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: ■■■■ DOB: ■■■, Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

**06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)**

**H&P Notes (continued)**

- Ammonia 534
    - -Start lactulose enema Q2hr
    - -When OGT confirmed, start PO lactulose Q2hr and enema Q4hr
    - -start rifaximin
- Check ethanol level and serum osm for osmolar gap
- EEG ordered stat
- Assessment unchanged after 2mg IV versed

**2) CVS:**
- Hypotensive
    - -Continue levo, vaso and epi
- ECG ST
- Trop pending
- ECHO ordered

**3) Pulmonary:**
- Rate increased to 22 in ED, increase to 28 in ICU
- CXR pending final read, ETT in place

**4) GI:**
- PPX: Protonix
- Nutrition: NPO
- Confirm OGT
- Start PO lactulose and lactulose enema

**5) Renal:**
- Baseline Cr unknown
- Presumed AKI
- Consult Renal for CRRT for severe acidosis
- Q4hr RC10

**6) Heme/Onc:**
- H&H stable
- Low Plts
    - -Check PS
- DVT ppx pending CT Head results
- DIC pending

**7) Endocrine:**
- Hx of DM
- Monitor Glucose Q4hr, SSI if indicated

**8) ID:**
- No clear source of infection at this time
- Vanc and ceftaz
- BC and UC in process
- Resp cult ordered
- RPP pending



UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: DOB: Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

---

**06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)**

**H&P Notes (continued)**

---

- Unable to reach family, Sheriff paperwork shows wife Care Raos, 870-814-7961 as next of kin

**Code Status:**
full code

Patient plan of care discussed with Dr. Goraya, Attending on call

*Derek Markham, APRN*

Electronically signed by Derek Markham, APRN, CNP at 6/13/2022  4:33 PM
Electronically signed by Harmeen Goraya, MD at 6/13/2022 10:37 PM

---

Russell J Roark at 6/16/2022 1314

Version 1 of 1

Attestation signed by Felix Tellez-Avila, MD at 6/17/2022  8:26 AM

I have seen and examined the patient with the fellow. Agree with history, exam, assessment, and plan.

# Brief H&P and Moderate Sedation Pre-Assessment

Patient: Eucevio Castillo; 42 y.o. male     MRN# 003919388
Primary Service: icu - Attending: Harmeen Goraya, MD

**CC / Diagnosis / Indication for Procedure:** bleeding
**Procedure:** egd
**Last Colonoscopy Performed:**na

**Patient History**
History reviewed. No pertinent past medical history.

History reviewed. No pertinent surgical history.

Patient/Family anesthesia problems: No



UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: 003919388, DOB: 8/14/1979, Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

---

**06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)**

### Discharge Summary Note

#### Discharge Summary

##### Kayln Denise Holloway, MD at 6/22/2022 1130

Version 1 of 1

## Physician Discharge Summary

**Patient ID:**
Eucevio Castillo
003919388
42 y.o.
8/14/1979

**Admit date:** 6/13/2022

**Discharge date and time:** 6/22/22 11:22

**Admitting Physician:** Harmeen Goraya, MD

**Discharge Physician:** Larry G Johnson, MD

**Admission Diagnoses:** Altered mental status [R41.82]
Acute respiratory failure with hypoxia (HCC) [J96.01]
Acute renal failure, unspecified acute renal failure type (HCC) [N17.9]
Altered mental status, unspecified altered mental status type [R41.82]
Thrombocytopenia (HCC) [D69.6]

**Discharge Diagnoses:**
Altered Mental Status
Acute Variceal Bleeding
Acute Liver Failure
Diabetic Ketoacidosis
Severe Anion Gap Metabolic Acidosis
Thrombocytopenia
Acute Renal Failure requiring CRRT
Rhabdomyolysis

**Admission Condition:** critical

**Discharged Condition:** Deceased

# EXHIBIT
# I

**Indication for Admission:** Acute Hypoxic Respiratory Failure, Severe Metabolic Acidosis, DKA, Rhabdomyolysis

**Hospital Course:**
Per admission H/P
"Eucevio Castillo is a 42 y.o. year old with reported PMH of HTN, DM and ETOH abuse who presented from OSH with altered mental status, Rhabdo, Lactic acidosis, AGMA, Abnormal LFT's, Shock, Elevated ammonia, likely AKI and respiratory failure. Patient was placed in jail on Monday and started having withdrawals on Thursday. He was treated



UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: 003919388, DOB: 8/14/1979, Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

**06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)**

### Discharge Summary Note (continued)

with clonidine, vitamins, folic acid, ibprophen, methocarbamol, omeprazole and vit B. He was found slumped over unresponsive in the jail today. Taken to outside hospital and found to have K 6.5, CO2 14, Cr. 10.6, Glucose 64, Lipase 514, Ck 12332, Neg drug screen, pH 7.14 and lactate 12.9. He received approximately 4L of NS at OSH and zosyn. On arrival to UAMS he was emregently intubated and started on Levo, vaso and Epi. CVL and artline placed. The was a report from ED staff of seizure like activity on arrival prior to intubation. MICU consulted for admission. Admission labs in process, CT Head pending. Spoke with Union County Sheriff's office and they reported he was released from custody upon transport to outside hospital."

While in the ICU, patient continued on pressers and started on lactulose and rifaximin. ECG showed sinus tachycardia. CT head showed no acute abnormalities. Renal consulted to start CRRT for severe acidosis. Also had elevated CK concerning for rhabdomyolysis so was treated with continued fluids. Presented with low platelets likely secondary to undiagnosed cirrhosis. Also started vanc./merrem/micafungin for empiric coverage. Blood and urine cultures with no growth during ICU stay. Respiratory cultures also unremarkable and RPP negative. Neurology consulted due to concern for possible seizures. EEG ordered due to possible seizure like activity but did not show any signs of seizure activity. Patient showed primitive reflexes but otherwise minimally responsive to verbal stimuli despite being on minimal sedation. Cardiology consulted for elevated troponin and attributed changes as likely due to shock/renal failure. Echo showed 40-45% with no valvular abnormalities. DM managed with SSI.

During stay, patient started having large volume bloody bowel movements. GI consulted for EGD where they banded varices and started patient on octreotide for 72 hours. For a brief period patient's pressers were able to be weaned down to levo and vaso as well as showed good response to albumin volume replacement and pulling on CRRT. 6/19 patient became hypotensive requiring levo, vaso, neo, and epi as well as steroids to keep MAPs >65. Also started having increased frothy sputum requiring suction, NG tube suction output increased with bloody output and had continued bloody bowel movements that worsened after requiring epinephrine. Replaced blood products as needed throughout the stay. Required significant amounts of pRBCs as well as FFP, cryo and platelets based on rotems. Were going to attempt to take patient for pan-CT scan to evaluate source of bleed and other possible sources of infection but patient too medically unstable to take for imaging. Unable to wean patient down from FiO2 of 100% on ventilator. Also concern for worsening of third spacing of fluids as repeat chest xrays appeared to show worsening fluid status but pressures unable to tolerate fluid matching. GI contacted again regarding continued GI bleeding but due to elevated INR and patient instability not a candidate for TIPS at this time.

Over the evening 6/21-6/22 the patient had 4 cardiac arrests requiring brief resuscitation. He had worsening hypoxic respiratory failure despite maximum ventilator settings and worsening acidosis. His family ultimately made the decision to transition to DNR and the patient expired shortly after.

**Consults:** cardiology, GI and nephrology

### Significant Diagnostic Studies: endoscopy: EGD

Findings:
Esophagus Protruding lesions 3 cords of grade III varices were seen in the lower third of the esophagus. The varices were not bleeding. 3 bands were applied for hemostasis successfully. Bands were placed using the Wilson-Cook Saeed multiband ligator kit which was attached to the tip of the endoscope.
Stomach Mucosa Diffuse congestion, petechiae and mosaic mucosal pattern of the mucosa was noted in the fundus. These findings were suggestive of portal hypertensive gastropathy.
Duodenum Mucosa Normal mucosa was noted in the whole examined duodenum.



UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: 003919388, DOB: 8/14/1979, Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

**06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)**

Discharge Summary Note (continued)

Findings:
Esophagus Protruding lesions 3 cords of grade III varices were seen in the lower
third of the esophagus. The varices were not bleeding. All the bands are in
place. No active bleeding. A NGT was placed.
Stomach Mucosa Diffuse congestion, petechiae and mosaic mucosal pattern of the
mucosa was noted in the stomach. These findings were suggestive of portal
hypertensive gastropathy. No varices in the fundus. One clot was visualized. No
active bleeding.
Duodenum Mucosa Normal mucosa was noted in the whole examined duodenum.

**Treatments:** antibiotics: vancomycin, Meropenem and Micafungin, analgesia: fentanyl, steroids: solu-medrol, insulin:
regular, respiratory therapy: O2, chest PT and mechanical ventilation and therapies: blood product transfusion for
coagulopathy

**Discharge Exam:**
I received a call from Eucevio Castillo's nurse concerning patient's non-responsiveness. Upon arrival to the room,
found patient supine in bed. Patient was without response to verbal or noxious stimuli.  Carotid pulses were absent.
Pupils without light response and eyes with fixed gaze and dilated.  Patient was without heart tones by auscultation
for 2 minutes.  Patient pronounced dead at 09:03 AM.  Family present on the unit and informed.
Dr. Johnson, attending physician of record, was notified of change in patient status.

**Disposition:** Deceased (N/A)

**Patient Instructions:**

**Your Medication List - The checkmarks below show the times you should take
your medicines.**

**ASK your doctor about these medications**

| | Morning | Around Noon | After noon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|---|
| **amLODIPine** 10 MG tablet<br>Commonly known as: Norvasc<br>Take 10 mg by mouth daily. | | | | | | |
| **atorvastatin** 40 MG tablet<br>Commonly known as: Lipitor<br>Take 40 mg by mouth at bedtime. | | | | | | |
| **glipiZIDE** 10 MG 24 hr tab<br>Commonly known as: Glucotrol XL<br>Take 10 mg by mouth daily. | | | | | | |



UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: 003919388, DOB: 8/14/1979, Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

## 06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)

Discharge Summary Note (continued)

| | Morn ing | Arou nd Noon | After noon | Even ing | Bedti me | As Need ed |
|---|---|---|---|---|---|---|
| hydroCHLOROthiazide 50 MG tablet Commonly known as: Hydrodiuril Take 50 mg by mouth daily. | | | | | | |
| meloxicam 15 MG tablet Commonly known as: Mobic Take 15 mg by mouth daily. | | | | | | |
| metoprolol tartrate 25 MG tablet Commonly known as: Lopressor Take 25 mg by mouth daily. | | | | | | |
| olmesartan 40 MG tablet Commonly known as: BENICAR Take 40 mg by mouth daily. | | | | | | |

Activity: N/A
Diet: N/A
Wound Care: N/A

**UAMS Appointments Scheduled in the Next 30 Days**
No future appointments.

**Additional Follow-up**
Follow-up not needed.

**Inpatient Attending at Discharge:** Larry G Johnson, MD.

**Signed:**
KAYLN DENISE HOLLOWAY
6/22/2022
11:30 AM

Electronically signed by Kayln Denise Holloway, MD at 6/24/2022 9:14 AM
Electronically signed by Larry G. Johnson, MD at 6/25/2022 9:58 PM



UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: 003919388, DOB: 8/14/1979, Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

H&P Notes

H&P

Derek Markham, APRN, CNP at 6/13/2022 1457

Version 1 of 1

Attestation signed by Harmeen Goraya, MD at 6/13/2022 10:37 PM

### Pulmonary and Critical Care Attending Admission Note

Patient was seen and examined at bedside with critical care team and I agree with their history and exam. Assessment and plan was jointly made. I personally reviewed pertinent labs and radiographic images.

LOS: 0

42 y.o. male admitted to ICU with profound shock.

Briefly he was arrested for driving under intoxication and was suppose to be in jail for ten days. He was found in jail unresponsive as per reports and was transferred to OSH and eventually to UAMS.

Prior Pertinent History:
ETOH abuse
Diabetes Mellitus
Essential Hypertension

Active issues:
• Acute hypoxic and hypercapneic respiratory failure : requiring intubation
• On mechanical ventilation
• Shock : septic
• Toxic metabolic hepatic encephalopthy
• ETOH abuse and withdrawal
• Severe lactic acidosis
• Anion gap metabolic acidosis
• Suspected diabetic ketoacidosis
• Suspected Starvation ketoacidosis
• Rhabdomyolysis
• Acute kidney injuty requiring RRT
• ? Shock liver with hyperammonemia
•
• Plan:
• CT noted : follow final read, lactulose enema and per OG, UDS negative in OSH, EEG, thiamine and folate
• EKG and troponins, check echo with bubble study, wean pressors to maintain map > 65, fluid resuscitation, calcium drip, bicarb drip
• C/w current full vent support and wean as tolerated
• Keep NPO, PPI



UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: 003919388, DOB: 8/14/1979, Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

**06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)**

**H&P Notes (continued)**

- Consult renal to start RRT and Quinton in place, trend lactate until clears, monitor UO
- Glycemic control < 180, start insulin drip
- Broad spectrum antibiotics, Cx, procal, RPP
- 
- NOK : wife, at bedside, has two daughters and one son
- 
- Full Code
- Admit to ICU
- 
- 
- *This note was dictated using M\*Modal medical voice recognition software. Variances in spelling and vocabulary are possible and errors are unintentional.*
- 
- I spent 60 minutes of critical time which excludes teaching, performing procedure and updating family.

### MICU History and Physical

**Date of Service**: 6/13/2022
**Patient**: Eucevio Castillo
**MRN**: 003919388

***Chief Complaint:*** Altered mental status

### *History of Presenting Illness*
Eucevio Castillo is a 42 y.o. year old with reported PMH of HTN, DM and ETOH abuse who presented from OSH with altered mental status, Rhabdo, Lactic acidosis, AGMA, Abnormal LFT's, Shock, Elevated ammonia, likely AKI and respiratory failure. Patient was placed in jail on Monday and started having withdrawals on Thursday. He was treated with clonidine, vitamins, folic acid, ibprophen, methocarbamol, omeprazole and vit B. He was found slumped over unresponsive in the jail today. Taken to outside hospital and found to have K 6.5, CO2 14, Cr. 10.6, Glucose 64, Lipase 514, Ck 12332, Neg drug screen, pH 7.14 and lactate 12.9. He received approximately 4L of NS at OSH and zosyn. On arrival to UAMS he was emregently intubated and started on Levo, vaso and Epi. CVL and artline placed. The was a report from ED staff of seizure like activity on arrival prior to intubation. MICU consulted for admission. Admission labs in process, CT Head pending. Spoke with Union County Sheriff's office and they reported he was released from custody upon transport to outside hospital.

***Past Medical History***
History reviewed. No pertinent past medical history.

***Past Surgical History***
No past surgical history on file.



UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: 003919388, DOB: 8/14/1979, Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

**06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)**

**H&P Notes (continued)**

*Family History*
History reviewed. No pertinent family history.
No family history of premature heart disease or MI

*Social History*
**Social History**

Socioeconomic History
- Marital status:          Married
  Spouse name:             Not on file
- Number of children:      Not on file
- Years of education:      Not on file
- Highest education level: Not on file
Occupational History
- Not on file
Tobacco Use
- Smoking status:          Not on file
- Smokeless tobacco:       Not on file
Substance and Sexual Activity
- Alcohol use:             Not on file
- Drug use:                Not on file
- Sexual activity:         Not on file
Other Topics                Concern
- Not on file
Social History Narrative
- Not on file

**Social Determinants of Health**

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file
Housing Stability: Not on file

*Home Meds*
**Current/Updated Med List**
Not on File

*Allergies*
Allergies as of 06/13/2022



UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: 003919388, DOB: 8/14/1979, Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

**06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)**

**H&P Notes (continued)**

| • (No Known Allergies) |
|---|

*Review of Systems*
Unable to complete 2/2 patient condition.

-----------------------------------------------------------------

*Physical Exam:*
Temp: [98.2 °F (36.8 °C)] 98.2 °F (36.8 °C)
Pulse: [90-106] 106
Resp: [16-46] 16
BP: (56-114)/(48-64) 114/64
Arterial Line BP: (98)/(45) 98/45
FiO2 (%): [100 %] 100 %
- **Gen:** intubated, unresponsive
- **HEENT:** PERRL - sluggish , EOMI, no jaundice
- **Neck**: No JVD, midline trachea
- **Resp**: Clear bilateral air entry, no wheezing or crackles.
- **CV:** RRR, no M/R/G, pulses 1+ bilaterally. tachy
- **GI:** Soft, not distended, +BS x 4
- **MSS**: No lower ext. edema or swelling, spontaneously moves extremities
- **Skin:** warm, intact
- **Neuro:** weak cough/gag, minimal response to pain

-----------------------------------------------------------------

*Pertinent Labs:*

| CBC | | | | BMP | | | PT/INR |
|---|---|---|---|---|---|---|---|
| **Recent Labs** | | | | **Recent Labs** | | | No results for input(s): INR in the last 72 hours. |
| | 06/13/22 1422 | | | | 06/13/22 1422 | | |
| WBC | 4.16 | | | NA | 151* | | Invalid input(s): PT |
| RBC | 3.91* | | | POTASSIUM | 5.4* | | |
| HGB | 13.3 | | | CL | 102 | | **Lipid Profile** |
| HCT | 40.1 | | | CO2 | 16* | | No results for input(s): CHOL, TRIG, HDL, LDLCALC in the last 72 hours. |
| PLT | 66* | | | ANIONGAP | 33* | | |
| | | | | BUN | 76* | | |
| **Lab Results** | | | | CREATININE | 9.1* | | |
| Component | Value | Date/Time | | GLUCOSE | 229* | | |
| WBC | 4.16 | 06/13/202 2 02:22 PM | | **Lab Results** | | | |
| | | | | Component | Value | Date/Time | |
| RBC | 3.91 (L) | 06/13/202 2 02:22 | | CREATININE | 9.1 (H) | 06/13/2022 02:22 PM | |



UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: 003919388, DOB: 8/14/1979, Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

**06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)**

**H&P Notes (continued)**

| | | |
|---|---|---|
| HGB | 13.3 | PM 06/13/202 2 02:22 PM |
| HCT | 40.1 | 06/13/202 2 02:22 PM |
| HCT | 40 | 06/13/202 2 02:01 PM |
| PLT | 66 (L) | 06/13/202 2 02:22 PM |

| **Liver Enzymes** | **Cardiac Enzymes** | **Endocrine** |
|---|---|---|
| No results for input(s): ALBUMIN, GGT, AST, ALT, ALKPHOS, INR in the last 72 hours.<br><br>Invalid input(s): PT<br>No results found for: ALBUMIN, GGT, AST, ALT, ALKPHOS, INR | No results for input(s): CKTOTAL, CKMB, CKMBINDEX, TROPONINI, BNP in the last 72 hours.<br>No results found for: CKTOTAL, CKMB, CKMBINDEX, TROPONINI, BNP | No results for input(s): HGBA1C, TSH, T4FREE, T3FREE, CORTISOL in the last 72 hours.<br>No results found for: HGBA1C, TSH, T4FREE, T3FREE, CORTISOL |

--------------------------------------------------------------------------------

*Assessment and Plan of care:*
Eucevio Castillo is a 42 y.o. year old with reported PMH of HTN, DM and ETOH abuse who presented from OSH with altered mental status, Rhabdo, Lactic acidosis, AGMA, Abnormal LFT's, Shock, Elevated ammonia, likely AKI and respiratory failure. MICU consulted for admission.

**Problem List**
Altered Mental Status
Withdrawal seizure?
Rhabdo
AKI
Lactic Acidosis
AGMA
Elevated LFT's
Shock
Elevated ammonia
Hypoxic and Hypercapnic respiratory failure

**1) CNS:**
- Hold sedation
- CT Head Pending
- UDS negative at OSH, repeat pending



UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: 003919388, DOB: 8/14/1979, Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

**06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)**

**H&P Notes (continued)**

- Ammonia 534
    -Start lactulose enema Q2hr
    -When OGT confirmed, start PO lactulose Q2hr and enema Q4hr
    -start rifaximin
- Check ethanol level and serum osm for osmolar gap
- EEG ordered stat
- Assessment unchanged after 2mg IV versed

**2) CVS:**
- Hypotensive
    -Continue levo, vaso and epi
- ECG ST
- Trop pending
- ECHO ordered

**3) Pulmonary:**
- Rate increased to 22 in ED, increase to 28 in ICU
- CXR pending final read, ETT in place

**4) GI:**
- PPX: Protonix
- Nutrition: NPO
- Confirm OGT
- Start PO lactulose and lactulose enema

**5) Renal:**
- Baseline Cr unknown
- Presumed AKI
- Consult Renal for CRRT for severe acidosis
- Q4hr RC10

**6) Heme/Onc:**
- H&H stable
- Low Plts
    -Check PS
- DVT ppx pending CT Head results
- DIC pending

**7) Endocrine:**
- Hx of DM
- Monitor Glucose Q4hr, SSI if indicated

**8) ID:**
- No clear source of infection at this time
- Vanc and ceftaz
- BC and UC in process
- Resp cult ordered
- RPP pending



UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: 003919388, DOB: 8/14/1979, Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

## 06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)

### H&P Notes (continued)

- Unable to reach family, Sheriff paperwork shows wife Care Raos, 870-814-7961 as next of kin

**Code Status:**
full code

Patient plan of care discussed with Dr. Goraya, Attending on call

*Derek Markham, APRN*

Electronically signed by Derek Markham, APRN, CNP at 6/13/2022 4:33 PM
Electronically signed by Harmeen Goraya, MD at 6/13/2022 10:37 PM

**Russell J Roark at 6/16/2022 1314**

Version 1 of 1

**Attestation signed by Felix Tellez-Avila, MD at 6/17/2022 8:26 AM**

I have seen and examined the patient with the fellow. Agree with history, exam, assessment, and plan.

# Brief H&P and Moderate Sedation Pre-Assessment

Patient: Eucevio Castillo; 42 y.o. male      MRN# 003919388
Primary Service: icu - Attending: Harmeen Goraya, MD

**CC / Diagnosis / Indication for Procedure:** bleeding
**Procedure:** egd
**Last Colonoscopy Performed:**na

**Patient History**
History reviewed. No pertinent past medical history.

History reviewed. No pertinent surgical history.

Patient/Family anesthesia problems: No

| 06/13 12:48 | | 100ml | | 3200ml | hp |
|---|---|---|---|---|---|

### Outcome:

06/13 12:01   ER care complete, transfer ordered by MD.     cv

06/13 12:43   Transferred by helicopter Survival Flight to UAMS Little Rock Transfer form completed. Report called to Rachel, RN.     hp

**Discharge Assessment:** Oriented to none Patient Patient able to independently bathe himself/herself with little or no assistance, to independently dress himself/herself with little or no assistance, to independently attend to toileting needs with little or no assistance, to independently transfer in/out of bed and/or chair with little or no assistance, to maintain full control of urinary and bowel functions, to independently feed himself/herself with little or no assistance. PT responsive to painful stimuli. Will withdraw arms when they are moved. Moaning, mumbling. Discharge instructions given to patient, family, Instructed on Discussed condition and transfer to UAMS with PTs daughter. Follow-up phone call after discharge offered - patient is agreeable to follow-up call No prescription(s) given.

06/13 12:49   Patient left the ED.     hp

### Signatures:

| Charles Vinson, MD | MD | cv | Moseley, Michelle, RN | RN | rm3 |
|---|---|---|---|---|---|
| Pennington, Harlee, RN | RN | hp | Tolin, Susan, RN | RN | st1 |

### Corrections:

06/13 13:51 ~~06/13 GCS: 6, 14:03~~     ~~rm3~~ hp

EXHIBIT
J

## ED Nurse Documentation Cont'd

| 06/13 12:48 | | 100ml | | | 3200ml | | hp |
|---|---|---|---|---|---|---|---|

### Outcome:

06/13 12:01 ER care complete, transfer ordered by MD.                                                            cv

06/13 12:43 Transferred by helicopter Survival Flight to UAMS Little Rock Transfer form completed. Report called to Rachel, RN.                                                                                        hp

**Discharge Assessment:** Oriented to none Patient Patient able to independently bathe himself/herself with little or no assistance, to independently dress himself/herself with little or no assistance, to independently attend to toileting needs with little or no assistance, to independently transfer in/out of bed and/or chair with little or no assistance, to maintain full control of urinary and bowel functions, to independently feed himself/herself with little or no assistance. PT responsive to painful stimuli. Will withdraw arms when they are moved. Moaning, mumbling. Discharge instructions given to patient, family, Instructed on Discussed condition and transfer to UAMS with PTs daughter. Follow-up phone call after discharge offered - patient is agreeable to follow-up call No prescription(s) given.

06/13 12:49 Patient left the ED.                                                                                        hp

### Signatures:

| Charles Vinson, MD | MD | cv | Moseley, Michelle, RN | RN | rm3 |
|---|---|---|---|---|---|
| Pennington, Harlee, RN | RN | hp | Tolin, Susan, RN | RN | st1 |

### Corrections:

06/13 13:51 06/13 GCS: 6; 11:03                                                                                    rm3  hp