**Court Session Worksheet**
Case #: DWI-22-19

First Appearance Hearing - Arkansas State Police
01:30 PM Wednesday, June 8, 2022

Jurisdiction: Arkansas State Police

Name: **Castillo, Eusevio Rodriguez**　　DOB: ▓▓▓　Ht: 0.00　Race: Unknown　SSN: ▓▓▓　Home: ▓▓▓
　　　　　　　　　　　　　　　　　　　　Age: 42　　Wt: 0　　Sex: Male　　DL #: ▓▓▓　　Work:

Addr: 1205 Mt Holly Rd. , El Dorado, Arkansas  71730　　　　　　　　　　　　　Employer:
Alias:

T/P Contract #: TP-18-1248　Start Date: 08/11/18　Freq: Monthly　Min Amt: $60.00  Last Pay Date:　Pay By Date:　Balance: $ 681.00　Status: DLQ

☑ Defendant: Castillo, Eusevio Rodriguez　　　☐ Dfns Atty(P):　　　　☐ Officer(P): Tatum, Trevoris

| Events: | | |
|---|---|---|
| 04/28/22 | Charge Document# 400A6018 filed 04/27/22. Initial Assessment for $500.00 of Fine; $300.00 of Cost; Fees of ($20.00 for County Jail Fee;$40.00 for Jail Booking and Admin Fee;) for Total Fees of $60.00 ; for a Total Amount of $860.00. | |
| 04/28/22 | Initially Set for Arraignment on 06/06/22 at 09:00 AM. | |
| 05/02/22 | Party (135450) Castillo, Eusevio Has Been Consolidated To Party (122554) Castillo, Eusebio Rodriguez. | |
| 06/06/22 | Hearing Rescheduled From 06/06/22 ( Arraignment) To 06/08/22 ( First Appearance Hearing). Requested By The Court. | |
| 06/06/22 | Case Hearing( Arraignment on 06/06/22) Completed by presiding Judge ( Barker, Jack) . | |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22) Defendant ( Castillo, Eusevio Rodrigu ) Was Present. | |
| 06/08/22 | Defendant Waives Right Of Counsel And Signs Waiver Agreement. | |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg# 1 ( -Driving While Intoxicated ). Defendant Plead: Guilty. Court Found Defendant: Guilty. Finding Entered. | |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg#1 ( -Driving While Intoxicated), Court Ordered Defendant To Pay: ($1,000.00 Of Fine, $300.00 Of Cost, $20.00 Of County Jail Fee, $40.00 Of Jail Booking And Admin Fee) In The Total Amount Of $1 | |
| 06/08/22 | ,360.00. Dwi 1st Offense. Entered. | |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg#1 ( -Driving While Intoxicated), Court Ordered Defendant To Jail For 0 Years With 1 Years Adjusted. In County Jail. Entered. | |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg#1 ( -Driving While Intoxicated), Court Ordered Dwi - Dasep. Entered. This Order Starts On 06/08/22 And Is Due By 06/08/22. | |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg#1 ( -Driving While Intoxicated), Court Ordered Ignition Interlock. Entered. This Order Starts On 06/08/22 And Is Due By 06/08/22. | |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg#1 ( -Driving While Intoxicated), Court Ordered Defensive Driving School. Must Be Completed By 09/13/22. Entered. This Order Starts On 06/08/22 And Is Due By 06/08/22. | |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg#1 ( -Driving While Intoxicated), Court Ordered Community Service For 24 Hours. Entered. This Order Starts On 06/08/22 And Is Due By 06/08/22. | |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22) Defendant ( Castillo, Eusevio Rodrigu ) Was Present. | |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg#1 ( -Driving While Intoxicated), Court Ordered Defendant To Jail For 10 Days. In County Jail. Entered. | |

Chrg Doc#: 400A6018　　Viol Date: 04/27/22　BAC: 0.000　Speed: 0 / 0　Seatbelt: Yes　Accident: No　Type: Traffic Citation　Filing Date: 04/27/22
Location: Hwy 167s Hwy 7 S (iron Mountain Road)　　　　　　　　Comments:

Exhibit **B**

June 08, 2022
2:22:37 pm

Union County District Court

Page 33 of

**Court Session Worksheet**
Case #: DWI-22-19

Jurisdiction: Arkansas State Police

First Appearance Hearing – Arkansas State Police
01:30 PM Wednesday, June 8, 2022

Charge: (1st) Driving While Intoxicated

| Plea: G | Find: G | Disp: FE | Fine: $1,000.00 | Cost: $300.00 | Fees: $60.00 | Rest: $0.00 | Adj: $0.00 | Paid: $0.00 | Bal: $1,360.00 |

Advised Rights: ✓ Advised Of Rights To Attorney, Trial, Appeal, and Penalty for Offense ☐ Enhanced Penalties Explained For Subsequent Offenses
Waived Rights: ✓ Waives Right To Counsel with Signed Waiver ☐ Plea Statement ☐ Waives Right To Speedy Trial
☐ Court Appoints Public Defender ☐ Assess Public Defender User Fee of $_____
✓ Court Provides Interpreter **by phone** ☐ Assess Court Interpreter Fee of $_____

Plea: ✓ G ☐ NG ☐ NC ☐ DM ( ☐ With ☐ Without ) Prejudice   DM Reason:
Finding: ✓ G ☐ NG ☐ NP
Disposition: ☐ Finding Entered ☐ Bond Forfeiture ☐ Probation
☐ Under Advisement ☐ 1st Offender Program ☐ Deferred Sentence
☐ Deferred Adjudication ☐ Other _____

☐ Improper Filing ☐ Lack of Evidence
☐ Officer Not Present ☐ Lack of Jurisdiction
☐ Witness Not Present ☐ Merged
☐ Other

TIME PAY

Comments: _____   Judge: _____

Orders: Fine: $1000   Jail: 10   H-(D)-M-Y   D.L. Susp: ✓   H-D-M-Y   FTA: ☐
Cost: $360   Jail Suspended: 1   H-D-M-(Y)   D.D. School: ___   H-D-M-Y   FTA Bond Set At: $___
Restitution: $___   Jail Credit Time Served: ___   H-D-M-Y   D.W.I. School: ✓   H-D-M-Y   Cash Bond Only: ☐
Fees: $___   Jail Time To Be Served: ___   ☐ Consecutively   Comm. Service: 24   (H)-D-M-Y
Seat Belt Credit: $___   ☐ Concurrently   Work Program: ___   H-D-M-Y   Transfer Felony: ☐
Total: $1,360   S.I.S. – Jail: ___   ___ : ___   H-D-M-Y   Ignition Interlock: ✓
S.I.S. – Fine: $___   H-D-M-Y   ___ : ___   H-D-M-Y   T/P Eligible: ✓

Comments: _____

Re-Schedule: Date: 12/13/22   Time: 9am   Type: ☐ Arraignment ☐ Bench Trial ☐ Jury Trial ✓ Review Hearing
✓ Per Court ☐ Per Defense ☐ Per Prosecution   ☐ Show Cause ☐ Sentencing ☐ _____ Hearing

STATE OF ARKANSAS
COUNTY OF UNION   CERTIFIED
I hereby certify this to be a true copy of the original filed in the Union County District Clerk's Office of the Court.
Witness my hand and seal this 21st day of July 2022
Lisa Bates, District Court Clerk
by [signature] D.C.

June 08, 2022　　　　　　　　　　　　　　　　　Union County District Court　　　　　　　　　　　　　　　　　Page 34 of
2:22:37 pm

**Court Session Worksheet**　　　　　　　First Appearance Hearing - Arkansas State Police
Jurisdiction: Arkansas State Police　　　　　Case #: TR-22-1778　　　　　　　　　　01:30 PM  Wednesday, June 8, 2022

| | | | | | |
|---|---|---|---|---|---|
| Name: **Castillo, Eusevio Rodriguez** | DOB: ▮▮▮ | Ht: 0.00 | Race: Unknown | SSN: | Home: ▮▮▮ |
| | Age: 42 | Wt: 0 | Sex: Male | DL #: ▮▮▮ | Work: |
| Addr: 1205 Mt Holly Rd, El Dorado, Arkansas 71730 | | | | Employer: | |
| Alias: | | | | | |

| T/P Contract #: TP-18-1248 | Start Date: 08/11/18 | Freq: Monthly | Min Amt: $60.00 | Last Pay Date: | Pay By Date: | Balance: $ 681.00 | Status: DLQ |
|---|---|---|---|---|---|---|---|
| ☑ Defendant: Castillo, Eusevio Rodriguez | | ☐ Dfns Atty(P): | | | ☐ Officer(P): Tatum, Trevoris | | |

| Events: | | |
|---|---|---|
| | 04/28/22 | Charge Document# 400A6018 filed 04/27/22. Initial Assessment for $1,000.00 of Fine; $75.00 of Cost; Fees of ($20.00 for County Jail Fee;$40.00 for Jail Booking and Admin Fee;) for Total Fees of $60.00 ; for a Total Amount of $1,135.00. |
| | 04/28/22 | Initially Set for Arraignment on 06/06/22 at 09:00 AM. |
| | 05/02/22 | Party (135450) Castillo, Eusevio Has Been Consolidated To Party (122554) Castillo, Eusebio Rodriguez. |
| | 06/06/22 | Hearing Rescheduled From 06/06/22 ( Arraignment) To 06/08/22 ( First Appearance Hearing). Requested By The Court. |
| | 06/06/22 | Case Hearing( Arraignment on 06/06/22) Completed by presiding Judge ( Barker, Jack) |
| | 06/08/22 | In Court ( First Appearance Hearing On 06/08/22) Defendant ( Castillo, Eusevio Rodrigu ) Was Present. |
| | 06/08/22 | Defendant Waives Right Of Counsel And Signs Waiver Agreement. |
| | 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg# 1 ( -Driving On Suspended Dl Dwi ). Defendant Plead: Guilty. Court Found Defendant: Guilty. Finding Entered. |
| | 06/08/22 | defendant Originally Charged With –()- Driving On Suspended Dl Dwi And Found Guilty Of Lesser Included Charge Of – ()- Driving On Suspended Revoked Dl. |
| | 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg#1 ( -Driving On Suspended Revoked Dl), Court Ordered Defendant To Pay: ($1,000.00 Of Fine, $75.00 Of Cost, $20.00 Of County Jail Fee, $40.00 Of Jail Booking And Admin Fee) In The Total Amount |
| | 06/08/22 | Of $1,135.00 With $940.00 Adjusted. Entered. |
| | 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg#1 ( -Driving On Suspended Revoked Dl), Court Ordered Defendant To Jail For 0 Days With 10 Days Adjusted. In County Jail. Entered. |

| Chrg Doc#: 400A6018 | Viol Date: 04/27/22 | BAC: 0.000 | Speed: 0 / 0 | Seatbelt: No | Accident: No | Type: Traffic Citation | Filing Date: 04/27/22 |
|---|---|---|---|---|---|---|---|
| Location: | | | Comments: | | | | |

June 08, 2022
11:15:36 am

Union County District Court

Page 34 o...

**Court Session Worksheet**
Case #: CR-22-1228

First Appearance Hearing - Arkansas State Police
01:30 PM Wednesday, June 8, 2022

Jurisdiction: Arkansas State Police

Name: **Castillo, Eusevio Rodriguez**  DOB: [redacted]  Ht: 0.00  Race: Unknown  SSN: [redacted]  Home: [redacted]
Age: 42  Wt: 0  Sex: Male  DL #: [redacted]  Work:
Employer:

Addr: 1205 Mt Holly Rd., El Dorado, Arkansas 71730
Alias:

T/P Contract #: TP-18-1248  Start Date: 08/11/18  Freq: Monthly  Min Amt: $60.00  Last Pay Date:  Pay By Date:  Balance: $ 681.00  Status: DLQ

Defendant: Castillo, Eusevio Rodriguez  Dfns Atty(P):  Officer(P): Tatum

STATE OF ARKANSAS
COUNTY OF UNION    CERTIFIED
I hereby certify this to be a true copy of the original filed in the Union County District Clerk's Office of the Court of...
Witness my hand and seal this 21st day of July 2022
Lisa Bailey, District Court Clerk

| Events: | | |
|---|---|---|
| 04/28/22 | Charge Document# 400A6018 filed 04/27/22. Initial Assessment for $100.00 of Fine; $100.00 of Cost; Fees of ($20.00 for County Jail Fee) for Total Fees of $20.00. Initial Balance of $220.00. | |
| 04/28/22 | Initially Set for Arraignment on 06/06/22 at 09:00 AM. | |
| 05/02/22 | Party (135450) Castillo, Eusevio Has Been Consolidated To Party (122554) Castillo, Eusebio Rodriguez. | |
| 06/06/22 | Hearing Rescheduled From 06/06/22 (Arraignment) To 06/08/22 (First Appearance Hearing). Requested By The Court. | |
| 06/06/22 | Case Hearing (Arraignment on 06/06/22) Completed by presiding Judge (Barker, Jack). | |

Chrg Doc#: 400A6018  Viol Date: 04/27/22  BAC: 0.000  Speed: 0 / 0  Seatbelt: No  Accident: No  Type: Traffic Citation  Filing Date: 04/27/22  D.C.
Location:  Comments:

Charge: **[5-71-218] (1st) Open Container Containing Alcohol in Vehicle**

Plea:  Find:  Disp:  Fine: $ 100.00  Cost: $ 100.00  Fees: $ 20.00  Rest: $ 0.00  Adj: $ 0.00  Paid: $ 0.00  Bal: $ 220.00

Advised Rights: ✓ Advised Of Rights To Attorney, Trial, Appeal, and Penalty for Offense ☐ Enhanced Penalties Explained For Subsequent Offenses
Waived Rights: ✓ Waives Right To Counsel with Signed Waiver  ☐ Plea Statement  ☐ Waives Right To Speedy Trial
☐ Court Appoints Public Defender  ☐ Assess Public Defender User Fee of $____
✓ Court Provides Interpreter by phone  ☐ Assess Court Interpreter Fee of $____

Plea: ✓ G  ☐ NG  ☐ NC  ☐ DM (☐ With  ☐ Without) Prejudice  DM Reason:
Finding: ✓ G  ☐ NG  ☐ NP  ☐ Improper Filing  ☐ Lack of Evidence
☐ Bond Forfeiture  ☐ Probation  ☐ Officer Not Present  ☐ Lack of Jurisdiction
Disposition: ✓ Finding Entered  ☐ 1st Offender Program  ☐ Deferred Sentence  ☐ Witness Not Present  ☐ Merged
☐ Under Advisement  ☐ Other ____  ☐ Other ____
☐ Deferred Adjudication

TIME PAY

Comments: ____  Judge: [signature]

Orders:  Fine: $ 100.00  Jail: ____ H-D-M-Y  D.L. Susp: ____ H-D-M-Y  FTA: ☐
Cost: $ 120.00  Jail Suspended: ____ H-D-M-Y  D.D. School: ____ H-D-M-Y  FTA Bond Set At: $ ____
Restitution: $ ____  Jail Credit Time Served: ____ H-D-M-Y  D.W.I. School: ____ H-D-M-Y  Cash Bond Only: ☐
Fees: $ ____  Jail Time To Be Served: ____  ☐ Consecutively  Comm. Service: ____ H-D-M-Y
Seat Belt Credit: $ ____  ☐ Concurrently  Work Program: ____ H-D-M-Y  Transfer Felon: ☐
Total: $ 220.00  S.I.S. - Jail: ____  ____ H-D-M-Y
S.I.S. - Fine: $ ____  ____ H-D-M-Y  Ignition Interlock: ☐
Comments:  T/P Eligible: ✓

Re-Schedule: Date: __/__/__  Time: ____  Type: ☐ Arraignment  ☐ Bench Trial  ☐ Jury Trial  ☐ Review Hearing
☐ Per Court  ☐ Per Defense  ☐ Per Prosecution  ☐ Show Cause  ☐ Sentencing  Hearing

**Court Session Worksheet**
Case #: DWI-22-19

First Appearance Hearing - Arkansas State Police
01:30 PM Wednesday, June 8, 2022

Jurisdiction: Arkansas State Police

Name: **Castillo, Eusevio Rodriguez**   DOB: 08/14/79   Ht: 0.00   Race: Unknown   SSN:   Home: (870) 866-9791
Age: 42   Wt: 0   Sex: Male   DL #: AR / 933551185   Work:

Addr: 1205 Mt Holly Rd., El Dorado, Arkansas 71730   Employer:
Alias:

T/P Contract #: TP-18-1248   Start Date: 08/11/18   Freq: Monthly   Min Amt: $60.00   Last Pay Date:   Pay By Date:   Balance: $ 681.00   Status: DLQ

☑ Defendant: Castillo, Eusevio Rodriguez   ☐ Dfns Atty(P):   ☐ Officer(P): Tatum, Trevoris

| Events: | | |
|---|---|---|
| 04/28/22 | Charge Document# 400A6018 filed 04/27/22. Initial Assessment for $500.00 of Fine; $300.00 of Cost; Fees of ($20.00 for County Jail Fee;$40.00 for Jail Booking and Admin Fee;) for Total Fees of $60.00 ; for a Total Amount of $860.00. | |
| 04/28/22 | Initially Set for Arraignment on 06/06/22 at 09:00 AM. | |
| 05/02/22 | Party (135450) Castillo, Eusevio Has Been Consolidated To Party (122554) Castillo, Eusebio Rodriguez. | |
| 06/06/22 | Hearing Rescheduled From 06/06/22 ( Arraignment) To 06/08/22 ( First Appearance Hearing). Requested By The Court. | |
| 06/06/22 | Case Hearing( Arraignment on 06/06/22) Completed by presiding Judge ( Barker, Jack) . | |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22) Defendant ( Castillo, Eusevio Rodrigu ) Was Present. | |
| 06/08/22 | Defendant Waives Right Of Counsel And Signs Waiver Agreement. | |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg# 1 ( -Driving While Intoxicated ). Defendant Plead: Guilty. Court Found Defendant: Guilty. Finding Entered. | |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg#1 ( -Driving While Intoxicated), Court Ordered Defendant To Pay: ($1,000.00 Of Fine, $300.00 Of Cost, $20.00 Of County Jail Fee, $40.00 Of Jail Booking And Admin Fee) In The Total Amount Of $1 | |
| 06/08/22 | ,360.00. Dwi 1st Offense. Entered. | |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg#1 ( -Driving While Intoxicated), Court Ordered Defendant To Jail For 0 Years With 1 Years Adjusted. In County Jail. Entered. | |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg#1 ( -Driving While Intoxicated), Court Ordered Dwi - Dasep. Entered. This Order Starts On 06/08/22 And Is Due By 06/08/22. | |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg#1 ( -Driving While Intoxicated), Court Ordered Ignition Interlock. Entered. This Order Starts On 06/08/22 And Is Due By 06/08/22. | |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg#1 ( -Driving While Intoxicated), Court Ordered Defensive Driving School. Must Be Completed By 09/13/22. Entered. This Order Starts On 06/08/22 And Is Due By 06/08/22. | |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg#1 ( -Driving While Intoxicated), Court Ordered Community Service For 24 Hours. Entered. This Order Starts On 06/08/22 And Is Due By 06/08/22. | |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22) Defendant ( Castillo, Eusevio Rodrigu ) Was Present. | |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg#1 ( -Driving While Intoxicated), Court Ordered Defendant To Jail For 10 Days. In County Jail. Entered. | |

Chrg Doc#: 400A6018   Viol Date: 04/27/22   BAC: 0.000   Speed: 0 / 0   Seatbelt: Yes   Accident: No   Type: Traffic Citation   Filing Date: 04/27/22
Location: Hwy 167s Hwy 7 S (iron Mountain Road)   Comments:

**Court Session Worksheet**
Case #: DWI-22-19

First Appearance Hearing - Arkansas State Police
01:30 PM Wednesday, June 8, 2022

Jurisdiction: Arkansas State Police

Charge: (1st) Driving While Intoxicated

| Plea: G | Find: G | Disp: FE | Fine: $1,000.00 | Cost: $300.00 | Fees: $60.00 | Rest: $0.00 | Adj: $0.00 | Paid: $0.00 | Bal: $1,360.00 |

Advised Rights: ☑ Advised Of Rights To Attorney, Trial, Appeal, and Penalty for Offense ☐ Enhanced Penalties Explained For Subsequent Offenses
Waived Rights: ☑ Waives Right To Counsel with Signed Waiver ☐ Plea Statement ☐ Waives Right To Speedy Trial
☐ Court Appoints Public Defender ☐ Assess Public Defender User Fee of $_____
☑ Court Provides Interpreter **by phone** ☐ Assess Court Interpreter Fee of $_____

Plea: ☑ G ☐ NG ☐ NC ☐ DM ( ☐ With ☐ Without ) Prejudice   DM Reason: ☐ Improper Filing  ☐ Lack of Evidence
Finding: ☑ G ☐ NG ☐ NP   ☐ Bond Forfeiture  ☐ Probation   ☐ Officer Not Present  ☐ Lack of Jurisdiction
Disposition: ☐ Finding Entered  ☐ 1st Offender Program  ☐ Deferred Sentence   ☐ Witness Not Present  ☐ Merged
☐ Under Advisement  ☐ Other _____   ☐ Other _____
☐ Deferred Adjudication

**TIME PAY**

Comments: _____   Judge: _____

Orders: Fine: $1000    Jail: 10    H-D-M-Y    D.L. Susp: ✓    H-D-M-Y    FTA: ☐
Cost: $360    Jail Suspended: 1    H-D-M-Y    D.D. School: ___    H-D-M-Y    FTA Bond Set At: $_____
Restitution: $___    Jail Credit Time Served: ___    H-D-M-Y    D.W.I. School: ✓    H-D-M-Y    Cash Bond Only: ☐
Fees: $___    Jail Time To Be Served: ___    ☐ Consecutively    Comm. Service: 24    H-D-M-Y
Seat Belt Credit: $___    ☐ Concurrently    Work Program: ___    H-D-M-Y    Transfer Felony: ☐
Total: $1,360    S.I.S. - Jail: ___    ___    H-D-M-Y    Ignition Interlock: ☑
S.I.S. - Fine: $___    H-D-M-Y    ___    H-D-M-Y    T/P Eligible: ☑

Comments: _____

Re-Schedule: Date: 12/13/22   Time: 9am   Type: ☐ Arraignment ☐ Bench Trial ☐ Jury Trial ☑ Review Hearing
☑ Per Court  ☐ Per Defense  ☐ Per Prosecution          ☐ Show Cause ☐ Sentencing ☐ _____ Hearing

STATE OF ARKANSAS
COUNTY OF UNION    CERTIFIED
I hereby certify this to be a true copy of the original filed in the Union County District Clerk's Office of the Court.
Witness my hand and seal this 21st day of July, 2022
Lisa Bates, District Court Clerk
by _____ D.C.

June 08, 2022
2:22:37 pm

Union County District Court

Page 34 of

**Court Session Worksheet**
Case #: TR-22-1778

First Appearance Hearing - Arkansas State Police
01:30 PM Wednesday, June 8, 2022

Jurisdiction: Arkansas State Police

Name: **Castillo, Eusevio Rodriguez**  DOB: 08/14/79  Ht: 0.00  Race: Unknown  SSN:  Home: (870) 866-9791
                                      Age: 42       Wt: 0     Sex: Male      DL #: AR / 933551185  Work:
Addr: 1205 Mt Holly Rd. , El Dorado, Arkansas 71730                          Employer:
Alias:

| T/P Contract #: TP-18-1248 | Start Date: 08/11/18 | Freq: Monthly | Min Amt: $60.00 | Last Pay Date: | Pay By Date: | Balance: $ 681.00 | Status: DLQ |

☑ Defendant: Castillo, Eusevio Rodriguez    ☐ Dfns Atty(P):    ☐ Officer(P): Tatum, Trevoris

| Events: | | |
|---|---|---|
| 04/28/22 | Charge Document# 400A6018 filed 04/27/22. Initial Assessment for $1,000.00 of Fine; $75.00 of Cost; Fees of ($20.00 for County Jail Fee;$40.00 for Jail Booking and Admin Fee;) for Total Fees of $60.00 ; for a Total Amount of $1,135.00. | |
| 04/28/22 | Initially Set for Arraignment on 06/06/22 at 09:00 AM. | |
| 05/02/22 | Party (135450) Castillo, Eusevio Has Been Consolidated To Party (122554) Castillo, Eusebio Rodriguez. | |
| 06/06/22 | Hearing Rescheduled From 06/06/22 ( Arraignment) To 06/08/22 ( First Appearance Hearing). Requested By The Court. | |
| 06/06/22 | Case Hearing( Arraignment on 06/06/22) Completed by presiding Judge ( Barker, Jack) . | |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22) Defendant ( Castillo, Eusevio Rodrigu ) Was Present. | |
| 06/08/22 | Defendant Waives Right Of Counsel And Signs Waiver Agreement. | |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg# 1 ( -Driving On Suspended Dl Dwi ). Defendant Plead: Guilty. Court Found Defendant: Guilty. Finding Entered. | |
| 06/08/22 | defendant Originally Charged With --()- Driving On Suspended Dl Dwi And Found Guilty Of Lesser Included Charge Of – ()- Driving On Suspended Revoked Dl. | |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg#1 ( -Driving On Suspended Revoked Dl), Court Ordered Defendant To Pay: ($1,000.00 Of Fine, $75.00 Of Cost, $20.00 Of County Jail Fee, $40.00 Of Jail Booking And Admin Fee) In The Total Amount | |
| 06/08/22 | Of $1,135.00 With $940.00 Adjusted. Entered. | |
| 06/08/22 | In Court ( First Appearance Hearing On 06/08/22), On Chrg#1 ( -Driving On Suspended Revoked Dl), Court Ordered Defendant To Jail For 0 Days With 10 Days Adjusted. In County Jail. Entered. | |

Chrg Doc#: 400A6018    Viol Date: 04/27/22   BAC: 0.000   Speed: 0 / 0   Seatbelt: No   Accident: No   Type: Traffic Citation   Filing Date: 04/27/22
Location:                                                 Comments:

June 08, 2022  
11:15:36 am  

Union County District Court

Page 34 o.

**Court Session Worksheet**
**Case #: CR-22-1228**

First Appearance Hearing - Arkansas State Police
01:30 PM Wednesday, June 8, 2022

Jurisdiction: Arkansas State Police

Name: **Castillo, Eusevio Rodriguez**  DOB: 08/14/79  Ht: 0.00  Race: Unknown  SSN:  Home: (870) 866-9791
Age: 42  Wt: 0  Sex: Male  DL #: AR / 933551185  Work:
Addr: 1205 Mt Holly Rd., El Dorado, Arkansas 71730  Employer:
Alias:

T/P Contract #: TP-18-1248  Start Date: 08/11/18  Freq: Monthly  Min Amt: $60.00  Last Pay Date:  Pay By Date:  Balance: $681.00  Status: DLQ

☑ Defendant: Castillo, Eusevio Rodriguez  ☐ Dfns Atty(P):  ☐ Officer(P): Tatu...

STATE OF ARKANSAS
COUNTY OF UNION   CERTIFIED
I hereby certify this to be a true copy of the original filed in th[e]
Union County District Clerk's Office of the Court of
Witness my hand and seal this 21st day of July 2022
Lisa Bailey, District Court Clerk

Events:
04/28/22 — Charge Document# 400A6018 filed 04/27/22. Initial Assessment for $100.00 of Fine; $100.00 of Cost; Fees of ($20.00 for County Jail Fee) for Total Fees of $20.00; for Total Assessment of $220.00.
04/28/22 — Initially Set for Arraignment on 06/06/22 at 09:00 AM.
05/02/22 — Party (135450) Castillo, Eusevio Has Been Consolidated To Party (122554) Castillo, Eusebio Rodriguez.
06/06/22 — Hearing Rescheduled From 06/06/22 ( Arraignment) To 06/08/22 ( First Appearance Hearing). Requested By The Court.
06/06/22 — Case Hearing( Arraignment on 06/06/22) Completed by presiding Judge ( Barker, Jack).

Chrg Doc#: 400A6018  Viol Date: 04/27/22  BAC: 0.000  Speed: 0/0  Seatbelt: No  Accident: No  Type: Traffic Citation  Filing Date: 04/27/22  D.C.
Location:  Comments:

Charge: **[5-71-218] (1st) Open Container Containing Alcohol in Vehicle**
Plea:  Find:  Disp:  Fine: $100.00  Cost: $100.00  Fees: $20.00  Rest: $0.00  Adj: $0.00  Paid: $0.00  Bal: $220.00

Advised Rights: ☑ Advised Of Rights To Attorney, Trial, Appeal, and Penalty for Offense  ☐ Enhanced Penalties Explained For Subsequent Offenses
Waived Rights: ☑ Waives Right To Counsel with Signed Waiver  ☐ Plea Statement  ☐ Waives Right To Speedy Trial
☐ Court Appoints Public Defender  ☐ Assess Public Defender User Fee of $_____
☑ Court Provides Interpreter _by phone_  ☐ Assess Court Interpreter Fee of $_____

Plea: ☑ G  ☐ NG  ☐ NC  ☐ DM ( ☐ With  ☐ Without ) Prejudice  DM Reason:
Finding: ☑ G  ☐ NG  ☐ NP
Disposition: ☑ Finding Entered  ☐ Bond Forfeiture  ☐ Probation  ☐ Improper Filing  ☐ Lack of Evidence
☐ Under Advisement  ☐ 1st Offender Program  ☐ Deferred Sentence  ☐ Officer Not Present  ☐ Lack of Jurisdiction
☐ Deferred Adjudication  ☐ Other  ☐ Witness Not Present  ☐ Merged
 ☐ Other

TIME PAY

Comments:  Judge: [signature]

Orders: Fine: $ 100.00  Jail: ____ H-D-M-Y  D.L. Susp: ____ H-D-M-Y  FTA: ☐
Cost: $ 120.00  Jail Suspended: ____ H-D-M-Y  D.D. School: ____ H-D-M-Y  FTA Bond Set At: $____
Restitution: $ ____  Jail Credit Time Served: ____ H-D-M-Y  D.W.I. School: ____ H-D-M-Y
Fees: $ ____  Jail Time To Be Served: ____ ☐ Consecutively  Comm. Service: ____ H-D-M-Y  Cash Bond Only: ☐
Seat Belt Credit: $ ____  ☐ Concurrently  Work Program: ____ H-D-M-Y  Transfer Felon: ☐
Total: $ 220.00  S.I.S. - Jail: ____  ____ H-D-M-Y  Ignition Interlock: ☐
S.I.S. - Fine: $ ____  ____ H-D-M-Y  T/P Eligible: ☑

Comments:

Re-Schedule: Date: __/__/__  Time: ____  Type: ☐ Arraignment  ☐ Bench Trial  ☐ Jury Trial  ☐ Review Hearing
☐ Per Court  ☐ Per Defense  ☐ Per Prosecution  ☐ Show Cause  ☐ Sentencing  Hearing