

ANGELA GALVIS SCHNUERLE, LL.M.

5523 John F. Kennedy Boulevard, North Little Rock, AR 72116

Friday, July 15, 2022

<u>Via Fax:</u> 501-682-9410
<u>Via Certified Mail:</u> 7019 2280 0002 3027 3422

Jason Daniel
Office of Court Interpreter Services Director
625 Marshall Street, Suite 1100
Little Rock, AR 72201

   RE: FOIA Request

To Whom It May Concern:

Under the **Arkansas Freedom of Information Act § 25-19-101 et seq.,** I am requesting the following information:

1. Please provide any and all documents pertaining to the name and contact information of the interpreter who interpreted for State v. Eusevio Castillo, Case No. DWI-22-19, in Union County District Court on June 8, 2022.
2. Please provide any and all documents pertaining to the request for an interpreter in Case No. DWI-22-19, from Union County District Court for the hearing which took place June 8, 2022, including when the request was made, and the name and contact information of the requester.
3. Please provide any recordings which might exist made of the interpretation via phone call for State v. Eusevio Castillo, Case No. DWI-22-19.

If there are any fees for searching or copying these records, please inform me if the cost will exceed $20.00. This information is not being sought for commercial purposes.

The Arkansas Freedom of Information Act requires a response within three business days. If access to the records I am requesting will take longer, please contact me with information about when I might expect copies or the ability to inspect the requested records.

If you deny any or all of this request, please cite each specific exemption you feel justifies the refusal to release the information and notify me of the appeal procedures available to me under the law. Thank you for considering my request.

If you have any questions or need additional information, I can be reached at the telephone number or e-mail address listed below. Please notify me when the records I have requested will be available. You may email the records to galvislaw@gmail.com or alternatively I will make arrangements to retrieve them during normal business hours
Thank you for your attention to this matter.



Exhibit

C

Sincerely,

**GALVIS LAW, PLLC**

Angela Schnuerle, LL.M

AGS/bs





