Partial Transcription of Court Recording of June 13, 2022 – DWI-22-19
------------------------------------------------------------------------------------

**Judge:** Do you have any questions about anything, Sir?

**Court translator:** ¿Tiene cualquier pregunta, señor?

*(Verified translation):* Do you have any question, sir?

**Eusebio:** Si, tengo unas preguntas. Muchos han ido tomando, yo ahorita no puedo, pero a veces veo en la carretera y... (he is interrupted)

*(Verified translation):* Yes, I have some questions. Many are drinking, I can't right now, but sometimes I see in the road and... (he is interrupted)

**Court translator:** Your honour, I am going to ask him to repeat his underline the first part of it, okay?

**Judge:** Okay.

**Court translator:** ¿Señor puede repetirme, por favor?

*(Verified translation):* Sir, can you repeat it for me, please?

**Eusebio:** Que, por favor, muchos carros han ido mordiendo raya y han ido tomando y policías han ido atrás y no les hacen nada, nada más a uno, porque es mexicano.

**Court translator:** So, I am not really understanding why there are so many different charges. I wasn't that drunk, and I just feel like the police were following me.

> (what should have been translated ): That, please, many cars have gone over the line and have been drinking; The police have gone behind and they don't do anything to them, only to us, because we are Mexicans.

**Judge:** I will change. I will give you ten days of care jail for DWI first offence.

**Court translator:** Voy a modificar la pena y le voy a dar 10 días por la infracción de haber manejado mientras tomado.

**Judge:** You were three times the legal limit for drinking.

**Court translator:** Porque usted estaba tres veces por encima del límite legal.

**Judge:** You were drinking beer and vodka and no regards for the public.

**Court translator:** Usted estaba tomando cerveza y vodka y le falto al respeto al público en general.

**Judge:** Take him into custody.

**Court translator:** Llévele preso



Exhibit
D

## VERIFIED STATEMENT OF TRANSLATIONS

STATE OF ARKANSAS
COUNTY OF UNION

Before me, the undersigned authority, on this day personally appeared Nubia M. Lozada known to me, who being duly sworn, upon oath states that she is familiar with the Spanish and English languages, that she has carefully translated the enclosed translation titled **Partial Transcription of Court Recording of June 13, 2022 – DWI-22-19** (One page) is true and correct, and that the same is a complete translation to the best of knowledge, ability, and belief.

Angela Galvis Schnuerle

SUBSCRIBED and sworn to before me on this *13th* day of *December*, 2022.

Notary Public

My Commission Expires: *08/20/2024*

DENISE BERUMEN
MY COMMISSION # 12400473
EXPIRES: August 20, 2024
Pulaski County