Printed Inmate Name: __Eugenio Castillo__   Date: __6-9-2022__

# Turn+Key HEALTH

## Intake Medical Questions

Was medical treatment given upon arrest? — YES or **NO**

Allergies to medication or food? — YES or **NO**
   If yes, what? _____

Do you take any medication? — **YES** or NO
   If yes, list your medications that you take: __Blood Pressure, Diabetes (Unsure name, needs wife to bring meds)__

Diabetes? — **YES** or NO
   If yes, are you insulin dependent? — YES or **NO**

Seizures? — **YES** or NO
   If yes, when was the last one? _____

Heart Problems? — YES or **NO**
   If yes, what problems? _____

Suicidal/Homicidal? — YES or **NO**

Asthma? — YES or **NO**

Hepatitis or **Liver Problems?** — **YES** or NO

HIV or STDs? — YES or **NO**

Mental Health Issues? — YES or **NO**
   If yes, what conditions? _____

Have you ever been positive for TB? — YES or **NO**
   If yes, where were you treated? _____

Any of the following symptoms associated with TB? (Circle all that apply) Productive Cough, Nights Sweats, Fever, Fatigue, Weight Loss

Staph Infection? — YES or **NO**

Are you under the influence of alcohol or any controlled substance? — YES or **NO**

Any Chance in Detox occurring? — YES or **NO**

Are you Pregnant? — YES or **NO**
   If yes, how many months are you? _____

**Plaintiff Exhibit E**



**Turn+Key**
HEALTH
19 NE 50th St.
Oklahoma City, OK 73105
Phone: (405)516-0276
Fax (405)563-9121

## CORONAVIRUS SCREENING

Inmate Name  Eusevio Ca Stin   Inmate # _____

**TRAVEL HISTORY**

1. In the past 30 days. Have you traveled outside of the United States?   ___ Yes  X No

   When? _____   Where? _____

2. Does the inmate report a history of traveling to or from Europe or Asia?   ___ Yes  X No

**CONTACT HISTORY**

3. In the past 30 days, have you had close contact with anyone known to have traveled to Europe or Asia?   ___ Yes  X No

   If so, who is person that you had close contact with? _____

   When was the contact? _____   How long was contact for? _____ mins/hrs/days

   What was your proximity with the other individual during contact? _____ ft.

4. Have you or anyone you've been in contact with had a laboratory confirm Coronavirus? (The incubation period is 2-14 days)   Yes   No

5. Do you have fever, cough, shortness of breath, difficulty breathing, persistent pain or pressure on chest, bluish lips or face, chills, shaking with chills, muscle pain, headache, sore throat, newly noticed difficulty with smell or taste, or other symptoms of lower respiratory illness? (If yes, circle symptom(s) they are experiencing)   Yes   No

_____        _____
Detention Staff Signature                    Date

If inmate answers "YES" to the questions 2,3,4, or 5 above, immediately place a mask on him/her and escort to the isolation cell in the medical unit. The nurse is to be notified and will complete the symptoms check list AFTER the inmate has been placed in isolation.

TEMP: _____        Respirations: _____

BP: _____        Shortness of Breath: ___ Y ___ N

O2Sat: _____        Cough: ___ Y ___ N ___        If yes, productive cough: ___ Y ___ N

_____        _____
Medical Staff Signature                    Date

REVISED 12/17/20

Please Print and Make Sure to sign and date both places at the bottom of this form
Phone #_____ Full Name_____

Address_____County_____ZipCode_____

Date of Birth_____Social Security#_____ Are you married_____

What is your spouse's name, date of birth and social security #_____

Does your spouse have any income_____If so from whom and how much is their gross monthly pay_____Are you currently enrolled in a health insurance plan yes or no
If so Name of plan and date enrolled_____Have you lost coverage recently yes or no

Do you have any income_____If so from whom and what is your gross monthly pay_____
_____Do you have children that you claim on a tax return_____
If so, what are their names, dates of birth and Social Security Numbers_____
Do you have any children or dependents that receive income yes or no How much, from who and how often
What is your email address?_____

Is there anybody that claims you as a dependent on their tax return_____If so please list their name, date of birth, social security number, address, employer or source of income and their gross monthly amount of income_____
Where you recently released from one of the following: Department of Corrections,Department of Community Correction, County Jail, City Jail or Juvenile Detention Facility? Yes or no  If so, which one and when were you released_____
Does anyone in the household need help paying for medical bills this month or in the past 3 months_____
Where you ever in Foster carre_____

Is anyone in the household blind_____If so who_____Is anyone in the household disabled_____If so who_____Does anyone in your household need help with activities of daily living through personal assistance services, a nursing home, or other medical facility_____
If so who and in what form

Is anyone in the household in a nursing home, human development center, Arkansas state hospital, Arkansas health center, Intermediate Care Facility for the Intellectually Disabled_____Are you currently enrolled in a health insurance plan? Yes  or  No. If so, with who
If so which one and state the name of the facility and how long you have been there_____

Are you a resident of Arkansas and a US Citizen_____Are you a tobacco user_____
Are you an American Indian or Alaskan Native_____Are you pregnant now or delivered a baby in the last 90 days_____If so, what is your due date, how many babies are you expecting or how many did you deliver_____

I'm signing this application under penalty of perjury, which means I have provided true answers to all the questions on this form to the best of my knowledge. I know that I may be subject to penalties under the federal law if I intentionally provide false or untrue information. I have read the privacy act subject to this application for health insurance

_____          _____
Signature                                Date

To Whom It May Concern I am unemployed and have no income.


_____          _____
Signature                                Date

## Arkansas Blue Cross and Blue Shield Agent of Record Form

This Agent of Record Form can be used to document assistance of an Exchange or Arkansas Works enrollment. In cases where Arkansas Blue Cross and Blue Shield does not receive an agent's NPN from the FFM (Federally Facilitated Marketplace) or Department of Human Services this form can be submitted to facilitate appropriate credit.

Primary Applicant Name: _____

### Applicant Information

My signature below is representative of my consent to provide information to below-named agent in order assist in the quoting and (potentially) enrollment process. Additionally, agent has provided me with instructions as to where and how I can access the privacy notice statement. I understand that this authorization can be used, should I end up enrolling with Arkansas Blue Cross and Blue Shield, as consent for agent to access certain information on my account. Further, it is my right to remove this authorization at any time.

Applicant Signature: _____    Date: _____

### Agent Information

Agent Name: **Matthew Glass**

Agent NPN: **7489086**

Agent Phone Number: **(870) 732-0707**

Agent Email Address: **matthew.glass@fumic.com**

I attest that I assisted the above client with their enrollment on the FFM or Insure Ark website.

Agent Name (print): **Matthew Glass**

Agent Signature: _____    Date: **5/14/2020**

This form should not be used as a substitute for providing your NPN on the e-enrollment. If, after submitting an enrollment, you have found that you did not receive attribution as the Agent of Record for an enrollment you assisted, this can be used as supporting documentation for attribution. Please send to agentmarketingsupport@arkbluecross.com via secure/encrypted email for consideration.



Arkansas BlueCross BlueShield
An Independent Licensee of the Blue Cross and Blue Shield Association



# Turn+Key HEALTH

## General Consent for Care and Treatment

**TO THE PATIENT:** You have the right, as a patient, to be informed about your condition and the recommended surgical, medical or diagnostic procedure to be used so that you may make the decision whether or not to undergo any suggested treatment or procedure after knowing the risks and hazards involved. At this point in your care, no specific treatment plan has been recommended. This consent form is simply an effort to obtain your permission to perform the evaluation necessary to identify the appropriate treatment and/or procedure for any identified condition(s).

This consent provides us with your permission to perform reasonable and necessary medical examinations, testing and treatment. By signing below, you are indicating that (1) you intend that this consent is continuing in nature even after a specific diagnosis has been made and treatment recommended; and (2) you consent to treatment at_____(Facility). The consent will remain fully effective until it is revoked in writing or you are released from custody. You have the right at any time to discontinue services.

You have the right to discuss the treatment plan about the purpose, potential risks, and benefits of any test or treatment ordered for you. If you have any concerns regarding any test or treatment recommended by your health care provider, we encourage you to ask questions.

I voluntarily request health care providers, or the designees as deemed necessary, to perform reasonable and necessary medical examination, testing and treatment. I understand that if additional testing, invasive or interventional procedures are recommended, I will be asked to read and sign additional consent forms prior to the test(s) or procedure(s).

I certify that I have read and fully understand the above statements and consent fully and voluntarily to its contents.

_Eusevia Castillo_       _6.9.22_
**Signature**                                                  **Date**

_Eusevia Castillo_
**Printed Name**

_____     _____
**Printed Name of Witness**                          **Job Title**

_____     _____
**Signature of Witness**                               **Date**

REVISED 12/16/20



# Turn+Key
HEALTH

## AUTHORIZATION FOR DISCLOSURE AND RELEASE OF PROTECTED HEALTH INFORMATION

Patient Name:_____ ID#/DOB:_____ Facility:_____

I hereby authorize the use or disclosure of the Protected Health Information (PHI) described below to be provided to or obtained by the following (please provide complete address):

Name of Facility or Person to receive PHI:            Name of Facility or Person to Release PHI:
_____            _____
Address:_____            Address:_____
Phone no.:_____            Phone no.:_____
Fax no.:_____            Fax no.:_____

**The type of information to be disclosed:**
Evaluations_____
Diagnosis_____          Medical/Hospital Records_____      Mental Health Record Summary_____
Treatment Plan_____         Psychological Test Results_____     Psychotherapy Notes_____
X-ray reports_____         Medical Test Results_____          Domestic Violence Information_____
                            Lab results_____                   Sexual Assault Information_____
                            Medications_____                     Pregnancy Test Results_____

**The purpose of such disclosure:**

Ongoing Treatment_____ Medical Care_____ Consultation_____
Evaluation_____      Transfer_____     Coordination of Care_____

The designated information about me____may____may not be transmitted by fax, electronic mail or other electronic file transfer mechanisms. The above designated person____may____may not discuss by telephone the content of the information released.

This consent is in effect until release from custody. I understand that I may revoke this authorization, in writing, at any time unless action based on it has already taken place.

I hereby release all parties stated herewith from any liability resulting from the release of this information. I agree that a photocopy of this release shall be as valid as the original.

I understand that the information authorized for release may include records related to mental health, or drug, substance, or alcohol abuse. I also, understand that my communications in therapy are protected under federal and state confidentiality regulations and cannot be disclosed without my written authorization. The information provided by a client during therapy sessions is legally confidential in the case of licensed clinical social workers, except as provided in **section 12.43.218 CRS** and except for certain legal exceptions. In general, these exceptions pertain to matters of danger to self or others, and to assault or neglect of children.

I further understand that the potential exists for re-disclosure of my private mental health information, and that it may no longer be protected under the HIPAA privacy regulations.

I understand that information I have or may have a communicable or venereal disease is made confidential by law and cannot be disclosed without permission except in limited circumstances including disclosure to persons who have had risk exposures, disclosure pursuant to an order of the court or the U.S. Department of Health, disclosure among health care providers or disclosure for statistical or epidemiological purposes. When such information is disclosed, it cannot contain information from which you could be identified unless disclosure of that identifying information is authorized by you, by an order of the court or the U.S. Department of Health or by law.

This is to certify that I have given consent freely and voluntarily, and that the benefits and disadvantages of releasing the information, if known, have been explained to me.

**Signature of Patient:**_____   Date:_____

**Signature of Parent/Guardian:**_____   Date:_____

**Witness Signature:**_____   Date:_____

**FEDERAL REGULATIONS PROHIBIT THE RECIPIENT OF THIS INFORMATION FROM MAKING ANY FURTHER DISCLOSURES OF THIS INFORMATION.**

Revised 12/16/20