# Union County Sheriff

**RICKY ROBERTS**
SHERIFF

**CHARLIE PHILLIPS**
CHIEF DEPUTY

250 AMERICAN ROAD
EL DORADO, AR 71730

PHONE 870-864-1970
FAX 870-864-1992

On 06/12/2022 at approximately 0030 hours, I Sgt Walka, was conducting cell checks with Sgt Cotton when we entered H pod. Upon entering H pod, inmate EUSEBIO CASTILLO was acting erratically and was attempting to exit the pod whenever we entered for checks. A couple inmates in the pod stated that he was acting weird and was attempting to walk up on them and get in their face when they were trying to sleep. They said they were worried about him and did not want anything to happen to him, so they asked if we could relocate Castillo to keep an eye on him. I spoke with Sgt Cotton and he stated that Castillo was detoxing from alcohol. We concluded that for his health and safety we would place him in Booking 3 for closer observation. We then moved Castillo without incident into Booking 3 at approximately 0040 hours.

On 06/13/2022, I began my shift at approximately 0515 hours. I noticed Castillo was lying on the floor in the cell face down, in his underwear. Lt Perry had just offered him a breakfast try at the time and Lt Perry stated he denied his tray. Lt Perry stated that Castillo was alert but refused his tray. I monitored Castillo in the morning via cell checks until Nurse Kasey Sanford arrived at approximately 0800 hours. I advised her that Castillo was laying on the floor, trembling, and was incoherent when attempting to talk with him. She advised me to bring him to nursing for her to evaluate him.

Officer Freeman and myself then opened the door to Booking 3 and attempted to have Castillo put his uniform on to go see the nurse. Due to the language barrier, I used the Google Translate app on the Guardian device and had it translate that we were going to take him to nursing and needed him to get dressed. Castillo remained on the floor, trembling and would not respond to the translation. Officer Freeman and myself then assisted Castillo to the bench in the cell and dressed him in the uniform. We then took him to nursing exam room in a wheelchair for evaluation.

After the nurse evaluated Castillo, she stated that she was going to have him transported to the hospital. Officer Freeman and myself then returned Castillo to booking and waiting for further information. A short time later, Lt Worley advised that the judge had released him and he would be transported to the hospital by Sgt Ward. Officer Freeman and myself then placed Castillo in the civilian clothes he entered jail with and wheeled him to Sgt Ward's vehicle in the sally port. We hoisted Castillo into the backseat of Sgt Ward vehicle and secured him with the seatbelt. We waited for the nurse to bring his medicine and medical paperwork before leaving. When nurse arrived at the vehicle, she advised Castillo was now unresponsive. She then asked for an ambulance to come and transport Castillo to the hospital. The nurse had me retrieve smelling salt capsules and she attempted to get Castillo alert. He appeared to have some response to the smelling salt. A few moments later ProMed ambulance arrived and transported Castillo to the hospital.

***No further information***

Sgt Joseph Walka-1832

**EXHIBIT G**