

**UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES**

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: ████████, DOB: ████████, Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

---

**06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)**

**Discharge Summary Note**

**Discharge Summary**

**Kayln Denise Holloway, MD at 6/22/2022 1130**

**Version 1 of 1**

---

### Physician Discharge Summary

**Patient ID:**
Eucevio Castillo
████████

42 y.o.
████████

**Admit date**: 6/13/2022

**Discharge date and time:** 6/22/22 11:22

**Admitting Physician**: Harmeen Goraya, MD

**Discharge Physician:** Larry G Johnson, MD

**Admission Diagnoses:** Altered mental status [R41.82]
Acute respiratory failure with hypoxia (HCC) [J96.01]
Acute renal failure, unspecified acute renal failure type (HCC) [N17.9]
Altered mental status, unspecified altered mental status type [R41.82]
Thrombocytopenia (HCC) [D69.6]

**Discharge Diagnoses:**
Altered Mental Status
Acute Variceal Bleeding
Acute Liver Failure
Diabetic Ketoacidosis
Severe Anion Gap Metabolic Acidosis
Thrombocytopenia
Acute Renal Failure requiring CRRT
Rhabdomyolysis

**Admission Condition:** critical

**Discharged Condition:** Deceased

**Indication for Admission:** Acute Hypoxic Respiratory Failure, Severe Metabolic Acidosis, DKA, Rhabdomyolysis

**EXHIBIT
I**

**Hospital Course:**
Per admission H/P
"Eucevio Castillo is a 42 y.o. year old with reported PMH of HTN, DM and ETOH abuse who presented from OSH with altered mental status, Rhabdo, Lactic acidosis, AGMA, Abnormal LFT's, Shock, Elevated ammonia, likely AKI and respiratory failure. Patient was placed in jail on Monday and started having withdrawals on Thursday. He was treated



UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: █████████, DOB: █████████, Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

---

### 06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)

#### Discharge Summary Note (continued)

with clonidine, vitamins, folic acid, ibprophen, methocarbamol, omeprazole and vit B. He was found slumped over unresponsive in the jail today. Taken to outside hospital and found to have K 6.5, $CO_2$ 14, Cr. 10.6, Glucose 64, Lipase 514, Ck 12332, Neg drug screen, pH 7.14 and lactate 12.9. He received approximately 4L of NS at OSH and zosyn. On arrival to UAMS he was emregently intubated and started on Levo, vaso and Epi. CVL and artline placed. The was a report from ED staff of seizure like activity on arrival prior to intubation. MICU consulted for admission. Admission labs in process, CT Head pending. Spoke with Union County Sheriff's office and they reported he was released from custody upon transport to outside hospital."

While in the ICU, patient continued on pressers and started on lactulose and rifaximin. ECG showed sinus tachycardia. CT head showed no acute abnormalities. Renal consulted to start CRRT for severe acidosis. Also had elevated CK concerning for rhabdomyolysis so was treated with continued fluids. Presented with low platelets likely secondary to undiagnosed cirrhosis. Also started vanc./merrem/micafungin for empiric coverage. Blood and urine cultures with no growth during ICU stay. Respiratory cultures also unremarkable and RPP negative. Neurology consulted due to concern for possible seizures. EEG ordered due to possible seizure like activity but did not show any signs of seizure activity. Patient showed primitive reflexes but otherwise minimally responsive to verbal stimuli despite being on minimal sedation. Cardiology consulted for elevated troponin and attributed changes as likely due to shock/renal failure. Echo showed 40-45% with no valvular abnormalities. DM managed with SSI.

During stay, patient started having large volume bloody bowel movements. GI consulted for EGD where they banded varices and started patient on octreotide for 72 hours. For a brief period patient's pressers were able to be weaned down to levo and vaso as well as showed good response to albumin volume replacement and pulling on CRRT. 6/19 patient became hypotensive requiring levo, vaso, neo, and epi as well as steroids to keep MAPs >65. Also started having increased frothy sputum requiring suction, NG tube suction output increased with bloody output and had continued bloody bowel movements that worsened after requiring epinephrine. Replaced blood products as needed throughout the stay. Required significant amounts of pRBCs as well as FFP, cryo and platelets based on rotems. Were going to attempt to take patient for pan-CT scan to evaluate source of bleed and other possible sources of infection but patient too medically unstable to take for imaging. Unable to wean patient down from FiO2 of 100% on ventilator. Also concern for worsening of third spacing of fluids as repeat chest xrays appeared to show worsening fluid status but pressures unable to tolerate fluid matching. GI contacted again regarding continued GI bleeding but due to elevated INR and patient instability not a candidate for TIPS at this time.

Over the evening 6/21-6/22 the patient had 4 cardiac arrests requiring brief resuscitation. He had worsening hypoxic respiratory failure despite maximum ventilator settings and worsening acidosis. His family ultimately made the decision to transition to DNR and the patient expired shortly after.

**Consults:** cardiology, GI and nephrology

**Significant Diagnostic Studies:** endoscopy: EGD

Findings:
Esophagus Protruding lesions 3 cords of grade III varices were seen in the lower third of the esophagus. The varices were not bleeding. 3 bands were applied for hemostasis successfully. Bands were placed using the Wilson-Cook Saeed multiband ligator kit which was attached to the tip of the endoscope.
Stomach Mucosa Diffuse congestion, petechiae and mosaic mucosal pattern of the mucosa was noted in the fundus. These findings were suggestive of portal hypertensive gastropathy.
Duodenum Mucosa Normal mucosa was noted in the whole examined duodenum.



UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: , DOB: , Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

## 06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)

**Discharge Summary Note (continued)**

Findings:
Esophagus Protruding lesions 3 cords of grade III varices were seen in the lower
third of the esophagus. The varices were not bleeding. All the bands are in
place. No active bleeding. A NGT was placed.
Stomach Mucosa Diffuse congestion, petechiae and mosaic mucosal pattern of the
mucosa was noted in the stomach. These findings were suggestive of portal
hypertensive gastropathy. No varices in the fundus. One clot was visualized. No
active bleeding.
Duodenum Mucosa Normal mucosa was noted in the whole examined duodenum.

**Treatments:** antibiotics: vancomycin, Meropenem and Micafungin, analgesia: fentanyl, steroids: solu-medrol, insulin:
regular, respiratory therapy: O2, chest PT and mechanical ventilation and therapies: blood product transfusion for
coagulopathy

**Discharge Exam:**
I received a call from Eucevio Castillo's nurse concerning patient's non-responsiveness. Upon arrival to the room,
found patient supine in bed. Patient was without response to verbal or noxious stimuli.  Carotid pulses were absent.
 Pupils without light response and eyes with fixed gaze and dilated.  Patient was without heart tones by auscultation
for 2 minutes.   Patient pronounced dead at 09:03 AM.  Family present on the unit and informed.
Dr. Johnson, attending physician of record, was notified of change in patient status.

**Disposition:** Deceased (N/A)

**Patient Instructions:**

**Your Medication List - The checkmarks below show the times you should take
your medicines.**

**ASK your doctor about these medications**

| | Morn ing | Arou nd Noon | After noon | Even ing | Bedti me | As Need ed |
|---|---|---|---|---|---|---|
| amLODIPine 10 MG tablet Commonly known as: Norvasc Take 10 mg by mouth daily. | | | | | | |
| atorvastatin 40 MG tablet Commonly known as: Lipitor Take 40 mg by mouth at bedtime. | | | | | | |
| glipiZIDE 10 MG 24 hr tab Commonly known as: Glucotrol XL Take 10 mg by mouth daily. | | | | | | |



UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN:              DOB:          , Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

---

### 06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)

**Discharge Summary Note (continued)**

| | Morn ing | Arou nd Noon | After noon | Even ing | Bedti me | As Need ed |
|---|---|---|---|---|---|---|
| **hydroCHLOROthiazide** 50 MG tablet<br>Commonly known as: Hydrodiuril<br>Take 50 mg by mouth daily. | | | | | | |
| **meloxicam** 15 MG tablet<br>Commonly known as: Mobic<br>Take 15 mg by mouth daily. | | | | | | |
| **metoprolol tartrate** 25 MG tablet<br>Commonly known as: Lopressor<br>Take 25 mg by mouth daily. | | | | | | |
| **olmesartan** 40 MG tablet<br>Commonly known as: BENICAR<br>Take 40 mg by mouth daily. | | | | | | |

Activity: N/A
Diet: N/A
Wound Care: N/A

**UAMS Appointments Scheduled in the Next 30 Days**
No future appointments.

**Additional Follow-up**
Follow-up not needed.

**Inpatient Attending at Discharge:** Larry G Johnson, MD.

**Signed:**
KAYLN DENISE HOLLOWAY
6/22/2022
11:30 AM

Electronically signed by Kayln Denise Holloway, MD at 6/24/2022  9:14 AM
Electronically signed by Larry G. Johnson, MD at 6/25/2022  9:58 PM

---



UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: ████████ DOB: ████████ Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

---

**06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)**

Discharge Summary Note (continued)

---

H&P Notes

H&P

Derek Markham, APRN, CNP at 6/13/2022 1457

Version 1 of 1

Attestation signed by Harmeen Goraya, MD at 6/13/2022 10:37 PM

## Pulmonary and Critical Care Attending Admission Note

Patient was seen and examined at bedside with critical care team and I agree with their history and exam. Assessment and plan was jointly made. I personally reviewed pertinent labs and radiographic images.

LOS: 0

42 y.o. male admitted to ICU with profound shock.

Briefly he was arrested for driving under intoxication and was suppose to be in jail for ten days. He was found in jail unresponsive as per reports and was transferred to OSH and eventually to UAMS.

Prior Pertinent History:
ETOH abuse
Diabetes Mellitus
Essential Hypertension

Active issues:
- Acute hypoxic and hypercapneic respiratory failure : requiring intubation
- On mechanical ventilation
- Shock : septic
- Toxic metabolic hepatic encephalopthy
- ETOH abuse and withdrawal
- Severe lactic acidosis
- Anion gap metabolic acidosis
- Suspected diabetic ketoacidosis
- Suspected Starvation ketoacidosis
- Rhabdomyolysis
- Acute kidney injuty requiring RRT
- ? Shock liver with hyperammonemia
-
- Plan:
- CT noted : follow final read, lactulose enema and per OG, UDS negative in OSH, EEG, thiamine and folate
- EKG and troponins, check echo with bubble study, wean pressors to maintain map > 65, fluid resuscitation, calcium drip, bicarb drip
- C/w current full vent support and wean as tolerated
- Keep NPO, PPI



**UNIVERSITY OF ARKANSAS**
**FOR MEDICAL SCIENCES**

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: ████████, DOB: ██████, Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

---

**06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)**

**H&P Notes (continued)**

- Consult renal to start RRT and Quinton in place, trend lactate until clears, monitor UO
- Glycemic control < 180, start insulin drip
- Broad spectrum antibiotics, Cx, procal, RPP
- 
- NOK : wife, at bedside, has two daughters and one son
- 
- Full Code
- Admit to ICU
- 
- 
- *This note was dictated using M\*Modal medical voice recognition software. Variances in spelling and vocabulary are possible and errors are unintentional.*
- 
- I spent 60 minutes of critical time which excludes teaching, performing procedure and updating family.

**MICU History and Physical**

**Date of Service**: 6/13/2022
**Patient**: Eucevio Castillo
**MRN**: ████████

**Chief Complaint:** Altered mental status

**History of Presenting Illness**
Eucevio Castillo is a 42 y.o. year old with reported PMH of HTN, DM and ETOH abuse who presented from OSH with altered mental status, Rhabdo, Lactic acidosis, AGMA, Abnormal LFT's, Shock, Elevated ammonia, likely AKI and respiratory failure. Patient was placed in jail on Monday and started having withdrawals on Thursday. He was treated with clonidine, vitamins, folic acid, ibprophen, methocarbamol, omeprazole and vit B. He was found slumped over unresponsive in the jail today. Taken to outside hospital and found to have K 6.5, CO2 14, Cr. 10.6, Glucose 64, Lipase 514, Ck 12332, Neg drug screen, pH 7.14 and lactate 12.9. He received approximately 4L of NS at OSH and zosyn. On arrival to UAMS he was emregently intubated and started on Levo, vaso and Epi. CVL and artline placed. The was a report from ED staff of seizure like activity on arrival prior to intubation. MICU consulted for admission. Admission labs in process, CT Head pending. Spoke with Union County Sheriff's office and they reported he was released from custody upon transport to outside hospital.

**Past Medical History**
History reviewed. No pertinent past medical history.

**Past Surgical History**
No past surgical history on file.



UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: ▓▓▓▓▓  DOB: ▓▓▓▓▓  Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

## 06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)

**H&P Notes (continued)**

*Family History*
History reviewed. No pertinent family history.
No family history of premature heart disease or MI

*Social History*
**Social History**

Socioeconomic History
- Marital status:              Married
     Spouse name:             Not on file
- Number of children:         Not on file
- Years of education:         Not on file
- Highest education level:    Not on file
Occupational History
- Not on file
Tobacco Use
- Smoking status:            Not on file
- Smokeless tobacco:         Not on file
Substance and Sexual Activity
- Alcohol use:               Not on file
- Drug use:                  Not on file
- Sexual activity:           Not on file
Other Topics                 Concern
- Not on file
Social History Narrative
- Not on file

**Social Determinants of Health**

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file
Housing Stability: Not on file

*Home Meds*
**Current/Updated Med List**
Not on File

*Allergies*
Allergies as of 06/13/2022



**UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES**

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: ▓▓▓▓▓ DOB: ▓▓▓▓▓ , Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

---

### 06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)

**H&P Notes (continued)**

- (No Known Allergies)

*Review of Systems*
Unable to complete 2/2 patient condition.

---

*Physical Exam:*
Temp:  [98.2 °F (36.8 °C)] 98.2 °F (36.8 °C)
Pulse:  [90-106] 106
Resp:  [16-46] 16
BP: (56-114)/(48-64) 114/64
Arterial Line BP: (98)/(45) 98/45
FiO2 (%):  [100 %] 100 %
- **Gen:** intubated, unresponsive
- **HEENT:** PERRL - sluggish , EOMI, no jaundice
- **Neck**: No JVD, midline trachea
- **Resp**: Clear bilateral air entry, no wheezing or crackles.
- **CV:** RRR, no M/R/G, pulses 1+ bilaterally. tachy
- **GI:** Soft, not distended, +BS x 4
- **MSS**: No lower ext. edema or swelling, spontaneously moves extremities
- **Skin:**  warm, intact
- **Neuro:** weak cough/gag, minimal response to pain

---

*Pertinent Labs:*

| CBC Recent Labs | 06/13/22 1422 |
|---|---|
| WBC | 4.16 |
| RBC | 3.91* |
| HGB | 13.3 |
| HCT | 40.1 |
| PLT | 66* |

**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| WBC | 4.16 | 06/13/2022 02:22 PM |
| RBC | 3.91 (L) | 06/13/2022 02:22 |

| BMP Recent Labs | 06/13/22 1422 |
|---|---|
| NA | 151* |
| POTASSIUM | 5.4* |
| CL | 102 |
| CO2 | 16* |
| ANIONGAP | 33* |
| BUN | 76* |
| CREATININE | 9.1* |
| GLUCOSE | 229* |

**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| CREATININE | 9.1 (H) | 06/13/2022 02:22 PM |

**PT/INR**
No results for input(s): INR in the last 72 hours.

Invalid input(s): PT

**Lipid Profile**
No results for input(s): CHOL, TRIG, HDL, LDLCALC in the last 72 hours.



UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: [redacted]  DOB: [redacted], Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

---

### 06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)

**H&P Notes (continued)**

| | | | | |
|---|---|---|---|---|
| HGB | 13.3 | PM 06/13/2022 02:22 PM | | |
| HCT | 40.1 | 06/13/2022 02:22 PM | | |
| HCT | 40 | 06/13/2022 02:01 PM | | |
| PLT | 66 (L) | 06/13/2022 02:22 PM | | |

| **Liver Enzymes** | **Cardiac Enzymes** | **Endocrine** |
|---|---|---|
| No results for input(s): ALBUMIN, GGT, AST, ALT, ALKPHOS, INR in the last 72 hours. | No results for input(s): CKTOTAL, CKMB, CKMBINDEX, TROPONINI, BNP in the last 72 hours. | No results for input(s): HGBA1C, TSH, T4FREE, T3FREE, CORTISOL in the last 72 hours. |
| Invalid input(s): PT | No results found for: CKTOTAL, CKMB, CKMBINDEX, TROPONINI, BNP | No results found for: HGBA1C, TSH, T4FREE, T3FREE, CORTISOL |
| No results found for: ALBUMIN, GGT, AST, ALT, ALKPHOS, INR | | |

---

*Assessment and Plan of care:*
Eucevio Castillo is a 42 y.o. year old with reported PMH of HTN, DM and ETOH abuse who presented from OSH with altered mental status, Rhabdo, Lactic acidosis, AGMA, Abnormal LFT's, Shock, Elevated ammonia, likely AKI and respiratory failure.  MICU consulted for admission.

**Problem List**
Altered Mental Status
Withdrawal seizure?
Rhabdo
AKI
Lactic Acidosis
AGMA
Elevated LFT's
Shock
Elevated ammonia
Hypoxic and Hypercapnic respiratory failure

**1) CNS:**
- Hold sedation
- CT Head Pending
- UDS negative at OSH, repeat pending



UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: ███████  DOB: ███████, Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

---

### 06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)

**H&P Notes (continued)**

- Ammonia 534
    - -Start lactulose enema Q2hr
    - -When OGT confirmed, start PO lactulose Q2hr and enema Q4hr
    - -start rifaximin
- Check ethanol level and serum osm for osmolar gap
- EEG ordered stat
- Assessment unchanged after 2mg IV versed

**2) CVS:**
- Hypotensive
    - -Continue levo, vaso and epi
- ECG ST
- Trop pending
- ECHO ordered

**3) Pulmonary:**
- Rate increased to 22 in ED, increase to 28 in ICU
- CXR pending final read, ETT in place

**4) GI:**
- PPX: Protonix
- Nutrition: NPO
- Confirm OGT
- Start PO lactulose and lactulose enema

**5) Renal:**
- Baseline Cr unknown
- Presumed AKI
- Consult Renal for CRRT for severe acidosis
- Q4hr RC10

**6) Heme/Onc:**
- H&H stable
- Low Plts
    - -Check PS
- DVT ppx pending CT Head results
- DIC pending

**7) Endocrine:**
- Hx of DM
- Monitor Glucose Q4hr, SSI if indicated

**8) ID:**
- No clear source of infection at this time
- Vanc and ceftaz
- BC and UC in process
- Resp cult ordered
- RPP pending



**UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES**

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: ▉▉▉▉ DOB: ▉▉▉▉ Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

---

**06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)**

**H&P Notes (continued)**

- Unable to reach family, Sheriff paperwork shows wife Care Raos, 870-814-7961 as next of kin

**Code Status:**
full code

Patient plan of care discussed with Dr. Goraya, Attending on call

*Derek Markham, APRN*

Electronically signed by Derek Markham, APRN, CNP at 6/13/2022 4:33 PM
Electronically signed by Harmeen Goraya, MD at 6/13/2022 10:37 PM

**Russell J Roark at 6/16/2022 1314**

**Version 1 of 1**

**Attestation signed by Felix Tellez-Avila, MD at 6/17/2022 8:26 AM**

I have seen and examined the patient with the fellow. Agree with history, exam, assessment, and plan.

# Brief H&P and Moderate Sedation Pre-Assessment

Patient: Eucevio Castillo; 42 y.o. male     MRN# 003919388
Primary Service: icu - Attending: Harmeen Goraya, MD

**CC / Diagnosis / Indication for Procedure:** bleeding
**Procedure:** egd
**Last Colonoscopy Performed:**na

**Patient History**
History reviewed. No pertinent past medical history.

History reviewed. No pertinent surgical history.

Patient/Family anesthesia problems: No

---



UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: 003919388, DOB: 8/14/1979, Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

**06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)**

Discharge Summary Note

Discharge Summary

Kayln Denise Holloway, MD at 6/22/2022 1130

Version 1 of 1

### Physician Discharge Summary

**Patient ID:**
Eucevio Castillo
003919388
42 y.o.
8/14/1979

**Admit date:** 6/13/2022

**Discharge date and time:** 6/22/22 11:22

**Admitting Physician:** Harmeen Goraya, MD

**Discharge Physician:** Larry G Johnson, MD

**Admission Diagnoses:** Altered mental status [R41.82]
Acute respiratory failure with hypoxia (HCC) [J96.01]
Acute renal failure, unspecified acute renal failure type (HCC) [N17.9]
Altered mental status, unspecified altered mental status type [R41.82]
Thrombocytopenia (HCC) [D69.6]

**Discharge Diagnoses:**
Altered Mental Status
Acute Variceal Bleeding
Acute Liver Failure
Diabetic Ketoacidosis
Severe Anion Gap Metabolic Acidosis
Thrombocytopenia
Acute Renal Failure requiring CRRT
Rhabdomyolysis

**Admission Condition:** critical

**Discharged Condition:** Deceased

# EXHIBIT
# I

**Indication for Admission:** Acute Hypoxic Respiratory Failure, Severe Metabolic Acidosis, DKA, Rhabdomyolysis

**Hospital Course:**
Per admission H/P
"Eucevio Castillo is a 42 y.o. year old with reported PMH of HTN, DM and ETOH abuse who presented from OSH with altered mental status, Rhabdo, Lactic acidosis, AGMA, Abnormal LFT's, Shock, Elevated ammonia, likely AKI and respiratory failure.  Patient was placed in jail on Monday and started having withdrawals on Thursday.  He was treated



UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: 003919388, DOB: 8/14/1979, Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

---

### 06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)

#### Discharge Summary Note (continued)

with clonidine, vitamins, folic acid, ibprophen, methocarbamol, omeprazole and vit B. He was found slumped over unresponsive in the jail today. Taken to outside hospital and found to have K 6.5, CO2 14, Cr. 10.6, Glucose 64, Lipase 514, Ck 12332, Neg drug screen, pH 7.14 and lactate 12.9. He received approximately 4L of NS at OSH and zosyn. On arrival to UAMS he was emregently intubated and started on Levo, vaso and Epi. CVL and artline placed. The was a report from ED staff of seizure like activity on arrival prior to intubation. MICU consulted for admission. Admission labs in process, CT Head pending. Spoke with Union County Sheriff's office and they reported he was released from custody upon transport to outside hospital."

While in the ICU, patient continued on pressers and started on lactulose and rifaximin. ECG showed sinus tachycardia. CT head showed no acute abnormalities. Renal consulted to start CRRT for severe acidosis. Also had elevated CK concerning for rhabdomyolysis so was treated with continued fluids. Presented with low platelets likely secondary to undiagnosed cirrhosis. Also started vanc./merrem/micafungin for empiric coverage. Blood and urine cultures with no growth during ICU stay. Respiratory cultures also unremarkable and RPP negative. Neurology consulted due to concern for possible seizures. EEG ordered due to possible seizure like activity but did not show any signs of seizure activity. Patient showed primitive reflexes but otherwise minimally responsive to verbal stimuli despite being on minimal sedation. Cardiology consulted for elevated troponin and attributed changes as likely due to shock/renal failure. Echo showed 40-45% with no valvular abnormalities. DM managed with SSI.

During stay, patient started having large volume bloody bowel movements. GI consulted for EGD where they banded varices and started patient on octreotide for 72 hours. For a brief period patient's pressers were able to be weaned down to levo and vaso as well as showed good response to albumin volume replacement and pulling on CRRT. 6/19 patient became hypotensive requiring levo, vaso, neo, and epi as well as steroids to keep MAPs >65. Also started having increased frothy sputum requiring suction, NG tube suction output increased with bloody output and had continued bloody bowel movements that worsened after requiring epinephrine. Replaced blood products as needed throughout the stay. Required significant amounts of pRBCs as well as FFP, cryo and platelets based on rotems. Were going to attempt to take patient for pan-CT scan to evaluate source of bleed and other possible sources of infection but patient too medically unstable to take for imaging. Unable to wean patient down from FiO2 of 100% on ventilator. Also concern for worsening of third spacing of fluids as repeat chest xrays appeared to show worsening fluid status but pressures unable to tolerate fluid matching. GI contacted again regarding continued GI bleeding but due to elevated INR and patient instability not a candidate for TIPS at this time.

Over the evening 6/21-6/22 the patient had 4 cardiac arrests requiring brief resuscitation. He had worsening hypoxic respiratory failure despite maximum ventilator settings and worsening acidosis. His family ultimately made the decision to transition to DNR and the patient expired shortly after.

**Consults:** cardiology, GI and nephrology

**Significant Diagnostic Studies:** endoscopy: EGD

Findings:
Esophagus Protruding lesions 3 cords of grade III varices were seen in the lower third of the esophagus. The varices were not bleeding. 3 bands were applied for hemostasis successfully. Bands were placed using the Wilson-Cook Saeed multiband ligator kit which was attached to the tip of the endoscope.
Stomach Mucosa Diffuse congestion, petechiae and mosaic mucosal pattern of the mucosa was noted in the fundus. These findings were suggestive of portal hypertensive gastropathy.
Duodenum Mucosa Normal mucosa was noted in the whole examined duodenum.



UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: 003919388, DOB: 8/14/1979, Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

---

### 06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)

Discharge Summary Note (continued)

---

Findings:
Esophagus Protruding lesions 3 cords of grade III varices were seen in the lower
third of the esophagus. The varices were not bleeding. All the bands are in
place. No active bleeding. A NGT was placed.
Stomach Mucosa Diffuse congestion, petechiae and mosaic mucosal pattern of the
mucosa was noted in the stomach. These findings were suggestive of portal
hypertensive gastropathy. No varices in the fundus. One clot was visualized. No
active bleeding.
Duodenum Mucosa Normal mucosa was noted in the whole examined duodenum.

**Treatments:** antibiotics: vancomycin, Meropenem and Micafungin, analgesia: fentanyl, steroids: solu-medrol, insulin:
regular, respiratory therapy: O2, chest PT and mechanical ventilation and therapies: blood product transfusion for
coagulopathy

#### Discharge Exam:
I received a call from Eucevio Castillo's nurse concerning patient's non-responsiveness. Upon arrival to the room,
found patient supine in bed. Patient was without response to verbal or noxious stimuli.  Carotid pulses were absent.
 Pupils without light response and eyes with fixed gaze and dilated.  Patient was without heart tones by auscultation
for 2 minutes.   Patient pronounced dead at 09:03 AM.  Family present on the unit and informed.
Dr. Johnson, attending physician of record, was notified of change in patient status.

**Disposition:** Deceased (N/A)

**Patient Instructions:**

**Your Medication List - The checkmarks below show the times you should take
your medicines.**

#### ASK your doctor about these medications

| | Morning | Around Noon | After noon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|---|
| amLODIPine 10 MG tablet<br>Commonly known as: Norvasc<br>Take 10 mg by mouth daily. | | | | | | |
| atorvastatin 40 MG tablet<br>Commonly known as: Lipitor<br>Take 40 mg by mouth at bedtime. | | | | | | |
| glipiZIDE 10 MG 24 hr tab<br>Commonly known as: Glucotrol XL<br>Take 10 mg by mouth daily. | | | | | | |

---



UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: 003919388, DOB: 8/14/1979, Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

## 06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)

**Discharge Summary Note (continued)**

| | Morn ing | Arou nd Noon | After noon | Even ing | Bedti me | As Need ed |
|---|---|---|---|---|---|---|
| **hydroCHLOROthiazide 50 MG** tablet Commonly known as: Hydrodiuril Take 50 mg by mouth daily. | | | | | | |
| **meloxicam 15 MG tablet** Commonly known as: Mobic Take 15 mg by mouth daily. | | | | | | |
| **metoprolol tartrate 25 MG tablet** Commonly known as: Lopressor Take 25 mg by mouth daily. | | | | | | |
| **olmesartan 40 MG tablet** Commonly known as: BENICAR Take 40 mg by mouth daily. | | | | | | |

Activity: N/A
Diet: N/A
Wound Care: N/A

**UAMS Appointments Scheduled in the Next 30 Days**
No future appointments.

**Additional Follow-up**
Follow-up not needed.

**Inpatient Attending at Discharge:** Larry G Johnson, MD.

**Signed:**
KAYLN DENISE HOLLOWAY
6/22/2022
11:30 AM

Electronically signed by Kayln Denise Holloway, MD at 6/24/2022  9:14 AM
Electronically signed by Larry G. Johnson, MD at 6/25/2022  9:58 PM



UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: 003919388, DOB: 8/14/1979, Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

---

**06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)**

Discharge Summary Note (continued)

---

H&P Notes

H&P

Derek Markham, APRN, CNP at 6/13/2022 1457

Version 1 of 1

Attestation signed by Harmeen Goraya, MD at 6/13/2022 10:37 PM

### Pulmonary and Critical Care Attending Admission Note

Patient was seen and examined at bedside with critical care team and I agree with their history and exam. Assessment and plan was jointly made. I personally reviewed pertinent labs and radiographic images.

LOS: 0

42 y.o. male admitted to ICU with profound shock.

Briefly he was arrested for driving under intoxication and was suppose to be in jail for ten days. He was found in jail unresponsive as per reports and was transferred to OSH and eventually to UAMS.

Prior Pertinent History:
ETOH abuse
Diabetes Mellitus
Essential Hypertension

Active issues:
- Acute hypoxic and hypercapneic respiratory failure : requiring intubation
- On mechanical ventilation
- Shock : septic
- Toxic metabolic hepatic encephalopthy
- ETOH abuse and withdrawal
- Severe lactic acidosis
- Anion gap metabolic acidosis
- Suspected diabetic ketoacidosis
- Suspected Starvation ketoacidosis
- Rhabdomyolysis
- Acute kidney injuty requiring RRT
- ? Shock liver with hyperammonemia
-
- Plan:
- CT noted : follow final read, lactulose enema and per OG, UDS negative in OSH, EEG, thiamine and folate
- EKG and troponins, check echo with bubble study, wean pressors to maintain map > 65, fluid resuscitation, calcium drip, bicarb drip
- C/w current full vent support and wean as tolerated
- Keep NPO, PPI



**UNIVERSITY OF ARKANSAS**
**FOR MEDICAL SCIENCES**

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: 003919388, DOB: 8/14/1979, Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

---

## 06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)

**H&P Notes (continued)**

- Consult renal to start RRT and Quinton in place, trend lactate until clears, monitor UO
- Glycemic control < 180, start insulin drip
- Broad spectrum antibiotics, Cx, procal, RPP
- 
- NOK : wife, at bedside, has two daughters and one son
- 
- Full Code
- Admit to ICU
- 
- 
- *This note was dictated using M\*Modal medical voice recognition software. Variances in spelling and vocabulary are possible and errors are unintentional.*
- 
- I spent 60 minutes of critical time which excludes teaching, performing procedure and updating family.


### MICU History and Physical

**Date of Service**: 6/13/2022
**Patient**: Eucevio Castillo
**MRN**: 003919388

**_Chief Complaint:_** Altered mental status

**_History of Presenting Illness_**
Eucevio Castillo is a 42 y.o. year old with reported PMH of HTN, DM and ETOH abuse who presented from OSH with altered mental status, Rhabdo, Lactic acidosis, AGMA, Abnormal LFT's, Shock, Elevated ammonia, likely AKI and respiratory failure. Patient was placed in jail on Monday and started having withdrawals on Thursday. He was treated with clonidine, vitamins, folic acid, ibprophen, methocarbamol, omeprazole and vit B. He was found slumped over unresponsive in the jail today. Taken to outside hospital and found to have K 6.5, CO2 14, Cr. 10.6, Glucose 64, Lipase 514, Ck 12332, Neg drug screen, pH 7.14 and lactate 12.9. He received approximately 4L of NS at OSH and zosyn. On arrival to UAMS he was emregently intubated and started on Levo, vaso and Epi. CVL and artline placed. The was a report from ED staff of seizure like activity on arrival prior to intubation. MICU consulted for admission. Admission labs in process, CT Head pending. Spoke with Union County Sheriff's office and they reported he was released from custody upon transport to outside hospital.

---

**_Past Medical History_**
History reviewed. No pertinent past medical history.

**_Past Surgical History_**
No past surgical history on file.

---



**UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES**

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: 003919388, DOB: 8/14/1979, Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

---

**06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)**

**H&P Notes (continued)**

*Family History*
History reviewed. No pertinent family history.
No family history of premature heart disease or MI

*Social History*
**Social History**

Socioeconomic History
- Marital status:       Married
    Spouse name:     Not on file
- Number of children:     Not on file
- Years of education:     Not on file
- Highest education level:   Not on file

Occupational History
- Not on file

Tobacco Use
- Smoking status:     Not on file
- Smokeless tobacco:     Not on file

Substance and Sexual Activity
- Alcohol use:     Not on file
- Drug use:     Not on file
- Sexual activity:     Not on file

Other Topics     Concern
- Not on file

Social History Narrative
- Not on file

**Social Determinants of Health**

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file
Housing Stability: Not on file

*Home Meds*
**Current/Updated Med List**
Not on File

*Allergies*
Allergies as of 06/13/2022



UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: 003919388, DOB: 8/14/1979, Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

---

**06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)**

**H&P Notes (continued)**

• (No Known Allergies)

*Review of Systems*
Unable to complete 2/2 patient condition.

---

*Physical Exam:*
Temp:  [98.2 °F (36.8 °C)] 98.2 °F (36.8 °C)
Pulse:  [90-106] 106
Resp:  [16-46] 16
BP: (56-114)/(48-64) 114/64
Arterial Line BP: (98)/(45) 98/45
FiO2 (%):  [100 %] 100 %
- **Gen:** intubated, unresponsive
- **HEENT:** PERRL - sluggish , EOMI, no jaundice
- **Neck**: No JVD, midline trachea
- **Resp**: Clear bilateral air entry, no wheezing or crackles.
- **CV:** RRR, no M/R/G, pulses 1+ bilaterally. tachy
- **GI:** Soft, not distended, +BS x 4
- **MSS**: No lower ext. edema or swelling, spontaneously moves extremities
- **Skin:**  warm, intact
- **Neuro:** weak cough/gag, minimal response to pain

---

*Pertinent Labs:*

| CBC Recent Labs | 06/13/22 1422 |  |
|---|---|---|
| WBC | 4.16 |  |
| RBC | 3.91* |  |
| HGB | 13.3 |  |
| HCT | 40.1 |  |
| PLT | 66* |  |

**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| WBC | 4.16 | 06/13/202 2 02:22 PM |
| RBC | 3.91 (L) | 06/13/202 2 02:22 |

| BMP Recent Labs | 06/13/22 1422 |
|---|---|
| NA | 151* |
| POTASSIUM | 5.4* |
| CL | 102 |
| CO2 | 16* |
| ANIONGAP | 33* |
| BUN | 76* |
| CREATININE | 9.1* |
| GLUCOSE | 229* |

**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| CREATININE | 9.1 (H) | 06/13/2022 02:22 PM |

**PT/INR**
No results for input(s): INR in the last 72 hours.

Invalid input(s): PT

**Lipid Profile**
No results for input(s): CHOL, TRIG, HDL, LDLCALC in the last 72 hours.



UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: 003919388, DOB: 8/14/1979, Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

### 06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)

**H&P Notes (continued)**

| | | | | |
|---|---|---|---|---|
| HGB | 13.3 | PM 06/13/202 2 02:22 PM | | |
| HCT | 40.1 | 06/13/202 2 02:22 PM | | |
| HCT | 40 | 06/13/202 2 02:01 PM | | |
| PLT | 66 (L) | 06/13/202 2 02:22 PM | | |

| **Liver Enzymes** | **Cardiac Enzymes** | **Endocrine** |
|---|---|---|
| No results for input(s): ALBUMIN, GGT, AST, ALT, ALKPHOS, INR in the last 72 hours.<br><br>Invalid input(s): PT<br>No results found for: ALBUMIN, GGT, AST, ALT, ALKPHOS, INR | No results for input(s): CKTOTAL, CKMB, CKMBINDEX, TROPONINI, BNP in the last 72 hours.<br>No results found for: CKTOTAL, CKMB, CKMBINDEX, TROPONINI, BNP | No results for input(s): HGBA1C, TSH, T4FREE, T3FREE, CORTISOL in the last 72 hours.<br>No results found for: HGBA1C, TSH, T4FREE, T3FREE, CORTISOL |

---

**Assessment and Plan of care:**
Eucevio Castillo is a 42 y.o. year old with reported PMH of HTN, DM and ETOH abuse who presented from OSH with altered mental status, Rhabdo, Lactic acidosis, AGMA, Abnormal LFT's, Shock, Elevated ammonia, likely AKI and respiratory failure.  MICU consulted for admission.

**Problem List**
Altered Mental Status
Withdrawal seizure?
Rhabdo
AKI
Lactic Acidosis
AGMA
Elevated LFT's
Shock
Elevated ammonia
Hypoxic and Hypercapnic respiratory failure

**1) CNS:**
- Hold sedation
- CT Head Pending
- UDS negative at OSH, repeat pending



UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: 003919388, DOB: 8/14/1979, Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

## 06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)

### H&P Notes (continued)

- Ammonia 534
    - -Start lactulose enema Q2hr
    - -When OGT confirmed, start PO lactulose Q2hr and enema Q4hr
    - -start rifaximin
- Check ethanol level and serum osm for osmolar gap
- EEG ordered stat
- Assessment unchanged after 2mg IV versed

**2) CVS:**
- Hypotensive
    - -Continue levo, vaso and epi
- ECG ST
- Trop pending
- ECHO ordered

**3) Pulmonary:**
- Rate increased to 22 in ED, increase to 28 in ICU
- CXR pending final read, ETT in place

**4) GI:**
- PPX: Protonix
- Nutrition: NPO
- Confirm OGT
- Start PO lactulose and lactulose enema

**5) Renal:**
- Baseline Cr unknown
- Presumed AKI
- Consult Renal for CRRT for severe acidosis
- Q4hr RC10

**6) Heme/Onc:**
- H&H stable
- Low Plts
    - -Check PS
- DVT ppx pending CT Head results
- DIC pending

**7) Endocrine:**
- Hx of DM
- Monitor Glucose Q4hr, SSI if indicated

**8) ID:**
- No clear source of infection at this time
- Vanc and ceftaz
- BC and UC in process
- Resp cult ordered
- RPP pending



**UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES**

UAMS Hospital
4301 West Markham Street
Slot #524
Little Rock AR 72205

Castillo, Eucevio
MRN: 003919388, DOB: 8/14/1979, Sex: M
Adm: 6/13/2022, D/C: 6/22/2022

---

**06/13/2022 - ED to Hosp-Admission (Discharged) in E4 -MEDICAL/NEURO ICU (continued)**

**H&P Notes (continued)**

- Unable to reach family, Sheriff paperwork shows wife Care Raos, 870-814-7961 as next of kin

**Code Status:**
full code

Patient plan of care discussed with Dr. Goraya, Attending on call

*Derek Markham, APRN*

Electronically signed by Derek Markham, APRN, CNP at 6/13/2022  4:33 PM
Electronically signed by Harmeen Goraya, MD at 6/13/2022 10:37 PM

**Russell J Roark at 6/16/2022 1314**

Version 1 of 1

**Attestation signed by Felix Tellez-Avila, MD at 6/17/2022  8:26 AM**

I have seen and examined the patient with the fellow. Agree with history, exam, assessment, and plan.

# Brief H&P and Moderate Sedation Pre-Assessment

Patient: Eucevio Castillo; 42 y.o. male      MRN# 003919388
Primary Service: icu - Attending: Harmeen Goraya, MD

**CC / Diagnosis / Indication for Procedure:** bleeding
**Procedure:** egd
**Last Colonoscopy Performed:**na

**Patient History**
History reviewed. No pertinent past medical history.

History reviewed. No pertinent surgical history.

Patient/Family anesthesia problems: No

---