**ED Nurse Documentation Cont'd**
Name: Eucevio Castillo
DOB:
MRN:
Account#:

| 06/13 12:48 | | 100ml | | 3200ml | hp |

**Outcome:**

| 06/13 12:01 | ER care complete, transfer ordered by MD. | cv |

06/13 12:43 Transferred by helicopter Survival Flight to UAMS Little Rock Transfer form completed. Report called to Rachel, RN.   hp

**Discharge Assessment:** Oriented to none Patient Patient able to independently bathe himself/herself with little or no assistance, to independently dress himself/herself with little or no assistance, to independently attend to toileting needs with little or no assistance, to independently transfer in/out of bed and/or chair with little or no assistance, to maintain full control of urinary and bowel functions, to independently feed himself/herself with little or no assistance. PT responsive to painful stimuli. Will withdraw arms when they are moved. Moaning, mumbling. Discharge instructions given to patient, family. Instructed on Discussed condition and transfer to UAMS with PTs daughter. Follow-up phone call after discharge offered - patient is agreeable to follow-up call No prescription(s) given.

06/13 12:49 Patient left the ED.   hp

**Signatures:**

| Charles Vinson, MD | MD | cv | Moseley, Michelle, RN | RN | rm3 |
| Pennington, Harlee, RN | RN | hp | Tolin, Susan, RN | RN | st1 |

**Corrections:**

06/13 13:51 ~~06/13 GCS: 6, 14-83~~   rm3   hp

## ED Nurse Documentation Cont'd

Name: Eucevio Castillo  
DOB: 08/14/1979

MRN: 13008699  
Account#: 5878553

| 06/13 12:48 | | 100ml | | 3200ml | hp |

### Outcome:

06/13 12:01 ER care complete, transfer ordered by MD. — cv

06/13 12:43 Transferred by helicopter Survival Flight to UAMS Little Rock Transfer form completed. Report called to Rachel, RN. — hp

**Discharge Assessment:** Oriented to none Patient Patient able to independently bathe himself/herself with little or no assistance, to independently dress himself/herself with little or no assistance, to independently attend to toileting needs with little or no assistance, to independently transfer in/out of bed and/or chair with little or no assistance, to maintain full control of urinary and bowel functions, to independently feed himself/herself with little or no assistance. PT responsive to painful stimuli. Will withdraw arms when they are moved. Moaning, mumbling. Discharge instructions given to patient, family, Instructed on Discussed condition and transfer to UAMS with PTs daughter. Follow-up phone call after discharge offered - patient is agreeable to follow-up call No prescription(s) given.

06/13 12:49 Patient left the ED. — hp

### Signatures:

| Charles Vinson, MD | MD | cv | Moseley, Michelle, RN | RN | rm3 |
| Pennington, Harlee, RN | RN | hp | Tolin, Susan, RN | RN | st1 |

### Corrections:

06/13 13:51 ~~06/13~~ ~~GCS: 6,~~ ~~11:03~~ — rm3  hp