IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ESTATE OF EUSEBIO CASTILLO RODRIGUEZ,
DECEASED by its Special Co-Administratrices, Amanda
Castillo and Cary Rios, on behalf of the Estate and its
Wrongful Death Beneficiaries                                                                    PLAINTIFF

v.                                              Civil No. 1:23-cv-01006

UNION COUNTY ARKANSAS; ASSOCIATION
OF ARKANSAS COUNTIES RISK MANAGEMENT
FUND; TURN KEY HEALTH CLINICS LLC; TURN KEY
HEALTH MEDICAL ARKANSAS, PLLC; SHERIFF
RICKEY ROBERTS; CAPTAIN RICHARD MITCHAM;
SGT. JOSEPH WALKA; SGT. JEDIDIAH COTTON;
CORRECTIONAL OFFICER DEMARIO FREEMAN;
SGT. JOHN WARD; HARLEY WEST, LPN; KASIE
SANFORD, LPN; and DEANNA HOPSON, M.D.                                                DEFENDANTS

## ORDER

Before the Court is Defendants Association of Arkansas Counties Risk Management Fund, Turn Key Health Clinics, LLC, and Union County Arkansas' ("Defendants") *Joint Motion to Quash Subpoenas Duces Tecum.* ECF No. 52. Plaintiff filed a Response in Opposition to the Motion. ECF No. 57. The Honorable Susan O. Hickey referred this motion to this Court pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2009). ECF No. 59.

On May 28, 2024, the Court conducted a zoom hearing during which the parties informed the Court they had resolved all outstanding issues concerning the matters contained in the instant motion except for the date of the 30(b)(6) depositions. During the zoom hearing the Court ruled: 1) Defendants must provide counsel for Plaintiff with available dates for the depositions; 2) the depositions must take place on or before June 28, 2024; and 3) counsel for Plaintiff must re-notice the depositions once a date for the depositions has been set. The Court also stated in the event the

parties are unable to agree they must immediately contact the Court so the Court can set the date for the depositions.

On June 2, 2024, the parties filed a Joint Notice (ECF No. 72) confirming all issues regarding the Joint Motion to Quash Subpoenas Duces Tecum (ECF No. 52) have been resolved. Accordingly, the Joint Motion to Quash Subpoenas Duces Tecum (ECF No. 52) is now **DENIED** as **MOOT**.

**DATED this 4th day of June 2024.**

/s/  *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE