In The United States District Court
For The Western District of Arkansas
El Dorado Division

Estate of Eusebio Castillo Rodriguez,
Deceased, by its Special Co-Administratrices,
Amanda Castillo and Cary Rios, on behalf of
The Estate and Its Wrongful Death Beneficiaries          Plaintiffs

v.                   No. 1:23-CV-01006-SOH

Union County, Arkansas;
Association of Arkansas Counties Risk Management Fund;
Sheriff Rickey Roberts; Captain Richard Mitcham;
Sgt. Joseph Walka; Sgt. Jedidiah Cotton;
Correctional Officer Demario Freeman;
Sgt. John Ward; Turn Key Health Clinics LLC;
Turn Key Health Medical Arkansas, PLLC;
Harley West, LPN; Kasie Sanford, LPN; and
Deanna Hopson, M.D.                                      Defendants

**Plaintiffs' Response to Motion to Dismiss by
Association of Arkansas Counties Risk Management Fund**

Plaintiffs, Amanda Castillo and Cary Rios, by their attorneys, state:

1. Plaintiffs admit that they have sued separate defendant Association of Arkansas Counties Risk Management Fund ("Fund") to the extent defendant Union County claims and is entitled to immunity, since the Fund at all relevant times was a liability insurance carrier, self-insurance fund, pooled liability fund, or similar fund maintained by Union County to insure/indemnify it for claims such as those made in this lawsuit and is, therefore, liable for the actions of Union County pursuant to *Ark. Code Ann. § 23-79-210*.

2.	Plaintiffs admit the allegations contained in paragraph two of the Fund's motion.

3.	Plaintiffs admit the allegations contained in paragraph three of the Fund's motion.

4.	Plaintiffs deny the allegations contained in paragraph four of the Fund's motion because Union County is a "medical care provider" for purposes of the substandard medical care it provided in this case as more fully explained in the brief being filed contemporaneously with this response.

5.	Plaintiffs deny all allegations in the Fund's motion unless specifically admitted herein above.

THEREFORE, plaintiffs, Amanda Castillo and Cary Rios, respectfully request that the Court deny the Fund's motion; their costs and attorney fees expended herein; and all other proper relief.

**Dated: June 28, 2024.**

Respectfully submitted,

M. Darren O'Quinn, AR Bar No. 87-125
**LAW OFFICES OF DARREN O'QUINN PLLC**
B. Ram Suri Professional Building
36 Rahling Circle, Suite 4
Little Rock, AR 72223
Phone: (501) 817-3124
Fax: (501) 817-3128
Email: Darren@DarrenOQuinn.com

And

Angela Galvis Schnuerle, ABA #2004196
Attorney for Plaintiff
GALVIS LAW, PLLC
5523 JFK Blvd.
North Little Rock, AR 72205
Phone: (501) 220-1116
Email: angie@galvis.legal
**Attorneys for the Plaintiffs**

## CERTIFICATE OF SERVICE

    I certify that on this June 28, 2024, that the foregoing was filed with the Court's electronic filing system, which in turn will automatically serve all counsel of record with same.

_____
M. Darren O'Quinn