IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ESTATE OF EUSEBIO CASTILLO RODRIGUEZ,
DECEASED, by its Special Co-Administrators,
Amanda Castillo and Cary Rios, on behalf of the Estate
and its Wrongful Death Beneficiaries                           PLAINTIFF

v.                        Case No. 1:23-cv-1006

UNION COUNTY, ARKANSAS, *et al.*                               DEFENDANTS

## ORDER

Before the Court is Christopher M. Stevens' Motion to Withdraw as Counsel. ECF No. 115. Mr. Stevens request to be withdrawn as counsel of record for Separate Defendants Union County, Arkansas, Ricky Roberts, Richard Mitcham, Joseph Walka, Jedediah Cotton, Demario Freeman, and John Ward ("Union County Defendants"). Mr. Stevens states that the Union County Defendants will continue to be represented by their remaining counsel of record, Harper Lee Kiefer, John T. Adams, Margaret Diane Depper, and David Fuqua.

Upon review, the Court finds that Mr. Stevens' Motion to Withdraw as Counsel (ECF No. 115) should be and hereby is **GRANTED**. Chirstopher M. Stevens is hereby withdrawn as counsel of record for the Union County Defendants. The Clerk of Court is hereby directed to remove Mr. Stevens from the CM/ECF notifications system for this case. The Union County Defendants will continue to be represented by their remaining counsel of record.

**IT IS SO ORDERED**, this 6th day of November, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge