IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ESTATE OF EUSEBIO CASTILLO RODRIGUEZ,
DECEASED, by its Special Co-Administrators,
Amanda Castillo and Cary Rios, on behalf of the
Estate and its Wrongful Death Beneficiaries                                                    PLAINTIFF

v.                                                   Case No. 1:23-cv-1006

UNION COUNTY, ARKANSAS; SHERIFF
RICKEY ROBERTS; CAPTAIN RICHARD
MITCHAM; SGT. JOSEPH WALKA; SGT.
JEDEDIAH COTTON; CORRECTIONAL
OFFICER DEMARIO FREEMAN; SGT. JOHN
WARD; TURN KEY HEALTH CLINICS LLC;
TURN KEY HEALTH MEDICAL ARKANSAS,
PLLC; HARLEY WEST, LPN; KASIE SANFORD,
LPN; and DEANNA HOPSON, M.D.                                                                 DEFENDANTS

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice.  ECF No.

122.  The parties stipulate to dismissal of all of Plaintiff's claims with prejudice pursuant to Federal

Rule of Civil Procedure 41(a)(1)(A)(ii).

An action may be dismissed by "a stipulation of dismissal signed by all parties who have

appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).  "Caselaw concerning stipulated dismissals under Rule

41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically

and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th

Cir. 1984).   Thus, all claims were effectively dismissed when the parties filed the instant

stipulation.  However, this order issues for the purpose of maintaining the Court's docket.

This case and all parties' claims are hereby **DISMISSED WITH PREJUDICE**.  If any

party desires that the terms of any settlement be a part of the record therein, those terms should be

reduced to writing and filed with the Court within thirty (30) days of the entry of this judgment.

The Court retains jurisdiction to vacate this order upon cause shown that any such settlement has not been completed and further litigation is necessary.

      **IT IS SO ORDERED**, this 3rd day of July, 2025.

/s/ Susan O. Hickey       
Susan O. Hickey
Chief United States District Judge
